

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>VALENTINE IRO,<br>  aka "Iro Enterprises,"<br>  aka "Valentine Obinna Iro,"<br>  aka "Obinna Iro,"<br>  aka "Obinna Nassa,"<br>CHUKWUDI CHRISTOGUNUS IGBOKWE,<br>  aka "Christogunus C.<br>      Igbokwe,"<br>  aka "Chris Kudon,"<br>  aka "Atete,"<br>  aka "Still Kudon,"<br>JERRY ELO IKOGHO,<br>  aka "J Man,"<br>IZUCHUKWU KINGSLEY UMEJESI,<br>  aka "Kingsley Umejesi,"<br>  aka "Armenian Man,"<br>  aka "Kingsley LA,"<br>  aka "Izuking Aka Aku,"<br>ADEGOKE MOSES OGUNGBE,<br>  aka "P & P Motors,"<br>  aka "Pp,"<br>ALBERT LEWIS CATHEY,<br>  aka "Alb,"<br>  aka "Abert Jag,"<br>  aka "Al,"<br>TITYAYE MARINA MANSBANGURA,<br>  aka "Tityaye Igbokwe,"<br>  aka "Marina Mansour,"<br>  aka "Marina Mansaray," | CR No. 19CR00380-FMO<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1956(h): Conspiracy<br>to Engage in Money Laundering; 18<br>U.S.C. § 1349: Conspiracy to<br>Commit Wire Fraud, Mail Fraud, and<br>Bank Fraud; 18 U.S.C. § 1343: Wire<br>Fraud; 18 U.S.C. § 1344(2): Bank<br>Fraud; 18 U.S.C.<br>§ 1956(a)(1)(B)(i): Money<br>Laundering; 18 U.S.C. § 1957:<br>Engaging in Monetary Transactions<br>in Property Derived from Specified<br>Unlawful Activity; 18 U.S.C.<br>§§ 1960(a), (b)(1)(A), (b)(1)(B),<br>(b)(1)(C): Operating an Unlicensed<br>Money Transmitting Business; 18<br>U.S.C. § 2232(a): Destruction of<br>Property to Prevent Seizure; 18<br>U.S.C. § 1001(a)(2): False<br>Statements; 18 U.S.C.<br>§ 1028A(a)(1): Aggravated Identity<br>Theft; 18 U.S.C. § 2(a): Aiding<br>and Abetting; 18 U.S.C. §§ 981 and<br>982 and 28 U.S.C. § 2461(c):<br>Criminal Forfeiture] |

```
 1      aka "Marina Tityaye Mans
           Bangura,"
 2   CHUKWUDI COLLINS AJAEZE,
        aka "Thank You Jesus"
 3   EKENE AUGUSTINE EKECHUKWU,
        aka "Ogedi Power,"
 4      aka "Power,"
     CHUKS EROHA,
 5      aka "Chuks Nassa Iro,"
        aka "Nassa,"
 6      aka "Prince Chuddy,"
        aka "Nurse Chuddy,"
 7   COLLINS NNAEMEKA OJIMBA,
        aka "Collins Emeka Ojimba,"
 8      aka "Ojimba Collins,"
        aka "Charly.Africa,"
 9   FNU LNU,
        aka "Xplora G,"
10   UCHENNA OCHIAGHA,
        aka "Urch Agu,"
11      aka "Advanced Mega Plus Ltd,"
     NNAMDI THEOJOSEPH DURU,
12      aka "Duru Theo Joseph
           Nnamdi,"
13      aka "Williams High School,"
        aka "Ifytyns,"
14   ERICSON UCHE OFORKA,
        aka "Oforka,"
15      aka "Eric Oforka,"
     MARK IFEANYI CHUKWUOCHA,
16      aka "Mark Iheanyi
           Chukwuocha,"
17      aka "Chukwu Mark,"
        aka "Markife,"
18   AUGUSTINE NNAMDI,
        aka "Nnamdi Augustine,"
19      aka "Jazz,"
     CHIEMEZIE CHRISTOPHER CHILAKA,
20      aka "Fanta,"
     CHARLES OHAJIMKPO,
21      aka "Giggs,"
        aka "Ryan Giggs,"
22      aka "Charles,"
     STANLEY UGOCHUKWU UCHE,
23      aka "Ugo Law,"
        aka "Uche Stanley,"
24      aka "He is risen.Happy
           Easter!,"
25   CHIKA AUGUSTINE ODIONYENMA,
        aka "Tony Augustin
           Odionyenma,"
26      aka "Chika Tony,"
27      aka "CTA Finance Source
           Intl,"
28   PASCHAL CHIMA OGBONNA,
```

```
 1        aka "Chima,"
          aka "Paschal,"
 2   SAMUEL NNAMDI ONWUASOANYA,
          aka "Sammy Lee Nnamdi,"
 3        aka "Onwuasoanya Samuel
             Nnamdi,"
 4        aka "Enugu Ogo,"
     MACWILLIAM CHINONSO CHUKWUOCHA,
 5        aka "ChiBoy,"
     EMMANUEL ONYEKA UZOKA,
 6        aka "Emmanuel Mansion,"
          aka "Mansion,"
 7        aka "Son of God,"
          aka "Ezirim Uzoma,"
 8   JOSHUA ANIEFIOK AWAK,
          aka "Joe Awk,"
 9        aka "Kwee Tin Law,"
     GEORGE UGOCHUKWU EGWUMBA,
10        aka "George Ugo,"
          aka "Ugo Aunty Scholar,"
11   UCHECHUKWU SOLOMON EZIRIM,
          aka "Uche Nwanne,"
12        aka "Uche Ezirim,"
     AUGUSTINE IFEANYI OKAFOR,
13        aka "Zero,"
          aka "St.Austine,"
14        aka "Austine,"
          aka "Ifeanyichukwu Okafor,"
15   FNU LNU,
          aka "Okay Sam Mal,"
16   LESLIE N. MBA,
          aka "Mystical,"
17        aka "Nwachinemere Leslie,"
     OGOCHUKWU INNOCENT IKEWESI,
18        aka "Ogoo UK,"
          aka "Innocent Ikewesi,"
19   EMMANUEL UZOMA OGANDU,
          aka "Nwachinaemere,"
20        aka "Uzoma,"
     AMARACHUKWU HARLEY ANYANWU,
21        aka "GodisGod,"
          aka "War B,"
22   BRIGHT IFEANYI AZUBUIKE,
          aka "Bright Bauer Azubuike,"
23        aka "Ifeanyi Jnr,"
     EMEKA MOSES NWACHUKWU,
24        aka "All Man,"
          aka "Omalitoto,"
25   FNU LNU,
          aka "Donatus Izunwanne,"
26        aka "Izunwanne Donatus
             Chibuikem,"
27        aka "Deworlddonmax,"
     CHINWENDU KENNETH OSUJI,
28        aka "Father,"
```

```
 1   EUSEBIUS UGOCHUKWU ONYEKA,
       aka "Ugo UK,"
 2     aka "sly19 sly,"
     CHIDI ANUNOBI,
 3     aka "Anunobi Chidi,"
       aka "Chidioo,"
 4   ANTHONY NWABUNWANNE OKOLO,
       aka "Eric West,"
 5     aka "Erci West,"
       aka "Code,"
 6   OBINNA CHRISTIAN ONUWA,
       aka "Papa Chukwuezugo,"
 7     aka "Obinna Onuwa Abala,"
       aka "Obyno Abala,"
 8   CHIJIOKE CHUKWUMA ISAMADE,
       aka "Mr CJ,"
 9     aka "CJ,"
     LINUS NNAMDI MADUFOR,
10     aka "Madufor Nnamdi,"
     CHRYSAUGONUS NNEBEDUM,
11     aka "Cris,"
     UGOCHUKWU OKEREKE,
12     aka "Blade,"
       aka "Kingsly Cris,"
13     aka "Okereke Ugochukwu,"
     FIDEL LEON ODIMARA,
14     aka "Fiedel Odimara,"
       aka "Ndaa,"
15     aka "Dee Dutchman,"
     KINGSLEY CHINEDU ONUDOROGU,
16     aka "OBJ,"
     DESSI NZENWAH,
17     aka "Desmond Sage,"
       aka "Des Nzenwa,"
18     aka "Saga Lounge,"
     CHIMAROKE OBASI,
19     aka "Chima Russia"
     JAMES CHIGOZIE AGUBE,
20     aka "Smart,"
       aka "Smart Agube,"
21     aka "Smart Chigozie Agube"
     CHIMAOBI UZOZIE OKORIE,
22     aka "Omaobi,"
       aka "Mobility,"
23   OGOCHUKWU OHIRI,
       aka "Ogomegbulam Ohiri,"
24     aka "Ologbo,"
     KENNEDY CHIBUEZE UGWU,
25     aka "Kennedy David,"
     IFEANYICHUKWU OLUWADAMILARE
26       AGWUEGBO,
       aka "B⬤$$ IFF¥,"
27   VICTOR IFEANYI CHUKWU,
       aka "Ifeannyi Soccer,"
28     aka "Vic Chux,"
```

```
 1   CHIDI EMMANUEL MEGWA,
        aka "Cantr,"
 2      aka "Canta Jr.,"
     PRINCEWILL ARINZE DURU,
 3      aka "Arnzi Prince Will,"
        aka "Arinze,"
 4   DESMOND IWU,
        aka "Desmond Chigozie Iwu,"
 5      aka "Lalaw,"
        aka "Odo Desmond,"
 6   ONYEKA VINCENT CHIKA,
        aka "Chyco,"
 7      aka "Chika Ejima,"
        aka "Vincent Chika Onyeka,"
 8   IFEANYI KINGSLEY MEZIENWA,
        aka "Ifeanyi Ali,"
 9      aka "Ifeanyichukwu Mezienwa,"
     VICTOR UCHENNA AGUH,
10      aka "Orch Sod,"
        aka "Uche SP,"
11      aka "Rich Homie Urch,"
     KEVIN AMARACHI ESHIMBU,
12      aka "Humble,"
        aka "Humble Amarachukwu,"
13      aka "Dato Humble,"
     VITALIS KELECHI ANOZIE,
14      aka "Kelechi Vitalis Anozie,"
        aka "Kelechi Anozieh,"
15      aka "Pastor Kel Anozie,"
        aka "Pastor Kc,"
16      aka "Choice,"
     WILLIAMS OBIORA AGUNWA,
17      aka "Don Williams,"
     GEORGE CHIMEZIE DIKE,
18      aka "Chimekros,"
        aka "Slim Dad...No...1,"
19   MUNACHISO KYRIAN UKACHUKWU,
        aka "Muna,"
20   NWANNEBUIKE OSMUND,
        aka "Osmund Nwannebuike,"
21      aka "Olivite,"
        aka "Nikky Bro.,"
22   CHIDIEBERE FRANKLIN NWANGWU,
        aka "Frank Chidi,"
23      aka "Franklin Nwangwu,"
        aka "Agogo,"
24   DAMIAN UCHECHUKWU AJAH,
        aka "Uche Ajah,"
25      aka "Ajah Damian Uchechukwu,"
        aka "Uchechukwu Demian Ajah,"
26   EMEKA P. EJIOFOR,
        aka "Ejiofor Emeka,"
27   LAWRENCE CHUKWUMA UBASINEKE,
        aka "Ubasineke Chuks,"
28      aka "Chukwuma Ubasineke,"
```

```
CHINEDU BRIGHT IBETO,
   aka "Doggy,"
   aka "Doggy Lucino,"
VALENTINE AMARACHI NWANEGWO,
   aka "Satis,"
   aka "Satis Amarachi Satis,"
EMMANUEL CHIDIEBERE DIKE,
   aka "Emmanet,"
JEREMIAH UTIEYIN EKI,
   aka "Uti,"
CHINAKA DAVIDSON IWUOHA,
   aka "Tmrw Afrika Will Wake
      Up,"
   aka "Cookie,"
   aka "All Africa Media
      Network,"
CHIMA DARLINGTON DURU,
   aka "Kajad,"
   aka "Kajad Jesus,"
IKENNA CHRISTIAN IHEJIUREME,
   aka "Piper,"
   aka "Am Happy!,"
OBI ONYEDIKA MADEKWE,
   aka "Odu Investment,"

          Defendants.
```

The Grand Jury charges:

<div align="center">INTRODUCTORY ALLEGATIONS</div>

At times relevant to this Indictment:

A.    <u>Defendants</u>

1.    Defendants VALENTINE IRO, also known as ("aka") "Iro Enterprises," aka "Valentine Obinna Iro," aka "Obinna Iro," aka "Obinna Nassa" ("IRO"); JERRY ELO IKOGHO, aka "J Man" ("IKOGHO"); IZUCHUKWU KINGSLEY UMEJESI, aka "Kingsley Umejesi," aka "Armenian Man," aka "Kingsley LA," aka "Izuking Aka Aku" ("UMEJESI"); ADEGOKE MOSES OGUNGBE, aka "P & P Motors," aka "Pp" ("OGUNGBE"); ALBERT LEWIS CATHEY, aka "Alb," aka "Abert Jag," aka "Al" ("CATHEY"); TITYAYE MARINA MANSBANGURA, aka "Tityaye Igbokwe," aka "Marina Mansour," aka "Marina Mansaray," aka "Marina Tityaye Mans Bangura" ("MANSBANGURA"); EKENE AUGUSTINE EKECHUKWU, aka "Ogedi Power," aka "Power"

("EKECHUKWU"); COLLINS NNAEMEKA OJIMBA, aka "Collins Emeka Ojimba," aka "Ojimba Collins," aka "Charly.Africa" ("OJIMBA"); GEORGE UGOCHUKWU EGWUMBA, aka "George Ugo," aka "Ugo Aunty Scholar" ("EGWUMBA"); VICTOR IFEANYI CHUKWU, aka "Ifeannyi Soccer," aka "Vic Chux" ("CHUKWU"); CHIDI EMMANUEL MEGWA, aka "Cantr," aka "Canta Jr." ("MEGWA"); and NWANNEBUIKE OSMUND, aka "Osmund Nwannebuike," aka "Olivite," aka "Nikky Bro." ("OSMUND"), resided within the Central District of California.

2.   Defendant CHUKWUDI CHRISTOGUNUS IGBOKWE, aka "Christogunus C. Igbokwe," aka "Chris Kudon," aka "Atete," aka "Still Kudon" ("IGBOKWE") resided in Nigeria until on or about January 17, 2017, and thereafter resided within the Central District of California.

3.   Defendant CHUKWUDI COLLINS AJAEZE, aka "Thank You Jesus" ("AJAEZE") resided in Nigeria until on or about June 19, 2017, and thereafter resided within the Central District of California.

4.   Defendant CHUKS EROHA, aka "Chuks Nassa Iro," aka "Nassa," aka "Prince Chuddy," aka "Nurse Chuddy" ("EROHA") resided within the Central District of California until on or about July 29, 2017, and thereafter resided outside the United States.

5.   Defendant MACWILLIAM CHINONSO CHUKWUOCHA, aka "ChiBoy" ("MACWILLIAM CHUKWUOCHA"); EMMANUEL ONYEKA UZOKA, aka "Emmanuel Mansion," aka "Mansion," aka "Son of God," aka "Ezirim Uzoma" ("UZOKA"); CHIJIOKE CHUKWUMA ISAMADE, aka "Mr CJ," aka "CJ" ("ISAMADE");  FIDEL LEON ODIMARA, aka "Fiedel Odimara," aka "Ndaa," aka "Dee Dutchman" ("ODIMARA"); KENNEDY CHIBUEZE UGWU, aka "Kennedy David" ("UGWU"); IFEANYICHUKWU OLUWADAMILARE AGWUEGBO, aka "B😎$$ IFF¥" ("AGWUEGBO"); PRINCEWILL ARINZE DURU, aka "Arnzi Prince Will," aka "Arinze" ("P. DURU"); and MUNACHISO KYRIAN UKACHUKWU, aka "Muna"

7

1  ("UKACHUKWU") resided in the United States, outside the Central

2  District of California.

3      6.   CHIEMEZIE CHRISTOPHER CHILAKA, aka "Fanta" ("CHILAKA")

4  resided within the United States, outside the Central District of

5  California, between on or about January 17, 2017 and March 18, 2017,

6  and otherwise resided outside of the United States.

7      7.   Defendant JOSHUA ANIEFIOK AWAK, aka "Joe Awk," aka "Kwee

8  Tin Law" ("AWAK") resided in Nigeria until on or about August 25,

9  2018, and thereafter resided within the Central District of

10  California.

11      8.   Defendants First Name Unknown ("FNU") Last Name Unknown

12  ("LNU"), aka "Xplora G" ("XPLORA G"); UCHENNA OCHIAGHA, aka "Urch

13  Agu," aka "Advanced Mega Plus Ltd" ("OCHIAGHA"); NNAMDI THEOJOSEPH

14  DURU, aka ""Duru Theo Joseph Nnamdi," aka "Williams High School," aka

15  "Ifytyns" ("N. DURU"); ERICSON UCHE OFORKA, aka "Oforka," aka "Eric

16  Oforka" ("OFORKA");  MARK IFEANYI CHUKWUOCHA, aka "Mark Iheanyi

17  Chukwuocha," aka "Chukwu Mark," aka "Markife" ("MARK CHUKWUOCHA");

18  AUGUSTINE NNAMDI, aka "Nnamdi Augustine," aka "Jazz" ("NNAMDI");

19  CHARLES OHAJIMKPO, aka "Giggs," aka "Ryan Giggs," aka "Charles"

20  ("OHAJIMKPO"); STANLEY UGOCHUKWU UCHE, aka "Ugo Law," aka "Uche

21  Stanley," aka "He is risen.Happy Easter!" ("UCHE"); CHIKA AUGUSTINE

22  ODIONYENMA, aka "Tony Augustin Odionyenma," aka "Chika Tony," aka

23  "CTA Finance Source Intl" ("ODIONYENMA"); PASCHAL CHIMA OGBONNA, aka

24  "Chima," aka "Paschal" ("OGBONNA"); SAMUEL NNAMDI ONWUASOANYA, aka

25  "Sammy Lee Nnamdi," aka "Onwuasoanya Samuel Nnamdi," aka "Enugu Ogo"

26  ("ONWUASOANYA"); UCHECHUKWU SOLOMON EZIRIM, aka "Uche Nwanne," aka

27  "Uche Ezirim" ("EZIRIM"); AUGUSTINE IFEANYI OKAFOR, aka "Zero," aka

28  "St.Austine," aka "Austine," aka "Ifeanyichukwu Okafor" ("OKAFOR");

FNU LNU, aka "Okay Sam Mal" ("SAM MAL"); LESLIE N. MBA, aka

"Mystical," aka "Nwachinemere Leslie" ("MBA"); OGOCHUKWU INNOCENT

IKEWESI, aka "Ogoo UK," aka "Innocent Ikewesi" ("IKEWESI"); EMMANUEL

UZOMA OGANDU, aka "Nwachinaemere," aka "Uzoma" ("OGANDU");

AMARACHUKWU HARLEY ANYANWU, aka "GodisGod," aka "War B" ("ANYANWU");

BRIGHT IFEANYI AZUBUIKE, aka "Bright Bauer Azubuike," aka "Ifeanyi

Jnr" ("AZUBUIKE"); EMEKA MOSES NWACHUKWU, aka "All Man," aka

"Omalitoto" ("NWACHUKWU"); FNU LNU aka "Donatus Izunwanne," aka

"Izunwanne Donatus Chibuikem," aka "Deworlddonmax" ("IZUNWANNE");

CHINWENDU KENNETH OSUJI, aka "Father" ("OSUJI"); EUSEBIUS UGOCHUKWU

ONYEKA, aka "Ugo UK," aka "sly19 sly" ("ONYEKA"); CHIDI ANUNOBI, aka

"Anunobi Chidi," aka "Chidioo" ("ANUNOBI"); ANTHONY NWABUNWANNE

OKOLO, aka "Eric West," aka "Erci West," aka "Code" ("OKOLO"); OBINNA

CHRISTIAN ONUWA, aka "Papa Chukwuezugo," aka "Obinna Onuwa Abala,"

aka "Obyno Abala" ("ONUWA"); LINUS NNAMDI MADUFOR, aka "Madufor

Nnamdi" ("MADUFOR"); CHRYSAUGONUS NNEBEDUM,  aka "Cris" ("NNEBEDUM");

UGOCHUKWU OKEREKE, aka "Blade," aka "Kingsly Cris," aka "Okereke

Ugochukwu" ("OKEREKE"); KINGSLEY CHINEDU ONUDOROGU, aka "OBJ"

("ONUDOROGU"); DESSI NZENWAH, aka "Desmond Sage," aka "Des Nzenwa,"

aka "Saga Lounge" ("NZENWAH"); CHIMAROKE OBASI, aka "Chima Russia"

("OBASI"); JAMES CHIGOZIE AGUBE, aka "Smart," aka "Smart Agube," aka

"Smart Chigozie Agube" ("AGUBE"); CHIMAOBI UZOZIE OKORIE, aka

"Omaobi," aka "Mobility" ("OKORIE"); OGOCHUKWU OHIRI, aka

"Ogomegbulam Ohiri," aka "Ologbo" ("OHIRI"); DESMOND IWU, aka

"Desmond Chigozie Iwu," aka "Lalaw," aka "Odo Desmond" ("IWU");

ONYEKA VINCENT CHIKA, aka "Chyco," aka "Chika Ejima," aka "Vincent

Chika Onyeka" ("CHIKA"); IFEANYI KINGSLEY MEZIENWA, aka "Ifeanyi

Ali," aka "Ifeanyichukwu Mezienwa" ("MEZIENWA"); VICTOR UCHENNA AGUH,

9

aka "Orch Sod," aka "Uche SP," aka "Rich Homie Urch" ("AGUH"); KEVIN AMARACHI ESHIMBU, aka "Humble," aka "Humble Amarachukwu," aka "Dato Humble" ("ESHIMBU"); VITALIS KELECHI ANOZIE, aka "Kelechi Vitalis Anozie," aka "Kelechi Anozieh," aka "Pastor Kel Anozie," aka "Pastor Kc," aka "Choice" ("ANOZIE"); WILLIAMS OBIORA AGUNWA, aka "Don Williams" ("AGUNWA"); GEORGE CHIMEZIE DIKE, aka "Chimekros," aka "Slim Dad...No...1" ("G. DIKE"); CHIDIEBERE FRANKLIN NWANGWU, aka "Frank Chidi," aka "Franklin Nwangwu," aka "Agogo" ("NWANGWU"); DAMIAN UCHECHUKWU AJAH, aka "Uche Ajah," aka "Ajah Damian Uchechukwu," aka "Uchechukwu Demian Ajah" ("AJAH"); EMEKA P. EJIOFOR, aka "Ejiofor Emeka" ("EJIOFOR"); LAWRENCE CHUKWUMA UBASINEKE, aka "Ubasineke Chuks," aka "Chukwuma Ubasineke" ("UBASINEKE"); CHINEDU BRIGHT IBETO, aka "Doggy," aka "Doggy Lucino" ("IBETO"); VALENTINE AMARACHI NWANEGWO, aka "Satis," aka "Satis Amarachi Satis" ("NWANEGWO"); EMMANUEL CHIDIEBERE DIKE, aka "Emmanet" ("E. DIKE"); JEREMIAH UTIEYIN EKI, aka "Uti" ("EKI"); CHINAKA DAVIDSON IWUOHA, aka "Tmrw Afrika Will Wake Up," aka "Cookie," aka "All Africa Media Network" ("IWUOHA"); CHIMA DARLINGTON DURU, aka "Kajad," aka "Kajad Jesus" ("C. DURU"); and IKENNA CHRISTIAN IHEJIUREME, aka "Piper," aka "Am Happy!" ("IHEJIUREME") resided outside of the United States.

9.    OBI ONYEDIKA MADEKWE, aka "Odu Investment" ("MADEKWE") resided in the United States until on or about April 18, 2017, and thereafter resided outside the United States.

B.    Unindicted Coconspirators

10.    Unindicted Coconspirator #1 ("UICC 1"), UICC 2, UICC 7, UICC 9, UICC 10, UICC 11, UICC 12, UICC 13, UICC 14, UICC 15, UICC 16, UICC 17, UICC 18, UICC 20, UICC 21, UICC 22, UICC 23, and UICC 24 resided within the Central District of California.

11.   UICC 8 and UICC 19 resided in the United States, outside the Central District of California.

12.   UICC 3, UICC 4, UICC 5, UICC 6, UICC 25, and 26 resided outside of the United States.

C.   Financial Institutions

13.   At all times relevant to this Indictment, Bank of America N.A. ("BOA"), BBVA Compass Bancshares, Inc. ("Compass Bank"), CalCom Federal Credit Union ("CalCom FCU"), Capital One Bank ("Capital One"), Citibank N.A. ("Citibank"), Citizens Financial Group ("Citizens Bank"), Comerica Bank ("Comerica"), J.P. Morgan Chase N.A. ("Chase"), PNC Bank, Regions Financial Corporation ("Regions Bank") SunTrust Bank ("SunTrust"), TD Bank N.A. ("TD Bank"), US Bank N.A. ("US Bank"), and Wells Fargo Bank, N.A. ("Wells Fargo") were federally insured financial institutions.

D.   Terminology

14.   Business email compromise ("BEC") frauds may occur when a hacker gains unauthorized access to a business email account, blocks or redirects communications to and/or from the email account, and then uses the compromised email account or a separate fraudulent email account to communicate with personnel from a victim company, attempting to trick them into making an unauthorized wire transfer.

15.   Escrow fraud is a variation of a BEC fraud scheme, in which a hacker may gain unauthorized access to the email account of an escrow company or real estate agent, and then communicate with an unsuspecting person who is seeking to purchase property, directing that person to make a down-payment for purchase of property to a fraudulent bank account, rather than the legitimate bank account of an escrow company.

16.   Romance scams target persons looking for romantic partners or friendship on dating websites and other social media platforms. The scammers may create profiles using fictitious or fake names, locations, images, and personas, allowing the scammers to cultivate relationships with prospective romance scam victims.  Victims may be convinced to provide money or gifts to the scammers, or may be asked to conduct transactions on behalf of the scammers.

## COUNT ONE

### [18 U.S.C. § 1956(h)]

### [ALL DEFENDANTS]

17.   The Grand Jury re-alleges and incorporates paragraphs 1 through 16 of the Introductory Allegations of this Indictment here.

A.   OBJECTS OF THE CONSPIRACY

18.   Beginning on a date unknown to the Grand Jury, but no later than October 7, 2014, and continuing through an unknown date, but no earlier than on or about May 2, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendants IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, P. DURU, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR, UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, IHEJIUREME, and MADEKWE, together with UICC 1 through UICC 26 and others known and unknown to the Grand Jury, knowingly conspired:

a.   to conduct and attempt to conduct, financial transactions, affecting interstate and foreign commerce, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, which, in fact, involved

the proceeds of specified unlawful activity — namely, wire fraud, in

violation of Title 18, United States Code, Section 1343; mail fraud,

in violation of Title 18, United States Code, Section 1341; and bank

fraud, in violation of Title 18, United States Code, Section 1344(2)

— and knowing that the transactions were designed in whole and in

part to conceal and disguise the nature, location, source, ownership,

and control of the proceeds, in violation of Title 18, United States

Code, Section 1956(a)(1)(B)(i);

b.   to transport, transmit, and transfer, and attempt to

transport, transmit, and transfer, funds from a place in the United

States to a place outside of the United States, knowing that the

property involved in the financial transactions represented the

proceeds of some form of unlawful activity, and which property was,

in fact, the proceeds of specified unlawful activity — namely, wire

fraud, in violation of Title 18, United States Code, Section 1343;

mail fraud, in violation of Title 18, United States Code, Section

1341; and bank fraud, in violation of Title 18, United States Code,

Section 1344(2) — and knowing that the transactions were designed in

whole and in part to conceal and disguise the nature, location,

source, ownership, and control of the proceeds, in violation of Title

18, United States Code, Section 1956(a)(2)(B)(i); and

c.   to engage and attempt to engage in monetary

transactions involving criminally derived property of a value greater

than $10,000, affecting interstate and foreign commerce, which was

derived from specified unlawful activity — namely, wire fraud, in

violation of Title 18, United States Code, Section 1343; mail fraud,

in violation of Title 18, United States Code, Section 1341; and bank

fraud, in violation of Title 18, United States Code, Section 1344(2)

14

1   — and knowing that the funds represented the proceeds of some form of

2   unlawful activity, in violation of Title 18, United States Code,

3   Section 1957.

4   B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE

5   ACCOMPLISHED

6       19.   The objects of the conspiracy were to be accomplished, in

7   substance, as follows:

8       a.   Defendants UMEJESI, OGUNGBE, EKECHUKWU, XPLORA G,

9   OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA,

10  OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM

11  CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA,

12  IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI,

13  ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE,

14  ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU,

15  AGWUEGBO, CHUKWU, MEGWA, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE,

16  AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR,

17  UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, and

18  IHEJIUREME would ask defendants IRO, IGBOKWE, and EROHA for a bank

19  account or money service account into which they could fraudulently

20  induce a victim to deposit funds from a BEC fraud, escrow fraud,

21  romance scam, or other fraudulent scheme.

22      b.   In response to such a request, defendants IRO,

23  IGBOKWE, and EROHA would (i) select a bank account or money service

24  account that had previously been opened in order to receive

25  fraudulently-obtained funds, which could receive the fraudulently-

26  obtained funds; (ii) request that a coconspirator, including

27  defendants UMEJESI, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, OJIMBA,

28  ISAMADE, MEGWA, IKEWESI, ONYEKA, NZENWAH, P. DURU, and OBASI, provide

the account information for a bank account or money service account,

which could receive the fraudulently-obtained funds; or (iii) cause a

bank account or money service account to be opened, which could

receive the fraudulently-obtained funds.

i.   For a bank account that was to be opened,

defendants IRO and IGBOKWE would request that a coconspirator,

including defendants UMEJESI, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU,

OJIMBA, ISAMADE, and P. DURU, open or cause to be opened a bank

account, which these coconspirators and others acting at their

direction would do through use of false or fraudulent pretenses,

representations, and promises, and concealment of material facts.

ii.   For a bank account opened in a business name,

defendants IRO, IGBOKWE, EROHA, UMEJESI, CATHEY, MANSBANGURA, AJAEZE,

EKECHUKWU, OJIMBA, AWAK, ISAMADE, and P. DURU would file, or would

cause to be filed, a false and fraudulent Fictitious Business Name

Statement at the Los Angeles County Registrar-Recorder/County Clerk's

Office.

c.   Defendants IRO, IGBOKWE, and EROHA would send

defendants UMEJESI, OGUNGBE, EKECHUKWU, XPLORA G, OCHIAGHA, N. DURU,

OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE,

ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK,

EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU,

AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA,

ISAMADE, MADUFOR, NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH,

OBASI, AGUBE, OKORIE, OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, IWU,

CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE, UKACHUKWU,

OSMUND, NWANGWU, AJAH, EJIOFOR, UBASINEKE, IBETO, NWANEGWO, E. DIKE,

EKI, IWUOHA, C. DURU, and IHEJIUREME the account information for the

1  bank account or money service account that could be used to receive
2  fraudulently-obtained funds.  For such a bank account, defendants
3  IRO, IGBOKWE, and EROHA would, at a minimum, send the account number
4  and the routing number.

5          d.   Defendants IRO, IGBOKWE, and EROHA would come to an
6  agreement with defendants UMEJESI, OGUNGBE, EKECHUKWU, XPLORA G,
7  OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA,
8  OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM
9  CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA,
10 IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI,
11 ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE,
12 ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU,
13 AGWUEGBO, CHUKWU, MEGWA, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE,
14 AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR,
15 UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, and
16 IHEJIUREME regarding the percentage of the fraudulently-obtained
17 funds that defendants IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY,
18 MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, ISAMADE, MEGWA, and P.
19 DURU would receive for their receiving and laundering services.

20         e.   Defendants UMEJESI, OGUNGBE, EKECHUKWU, XPLORA G,
21 OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA,
22 OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM
23 CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA,
24 IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI,
25 ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE,
26 ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU,
27 AGWUEGBO, CHUKWU, MEGWA, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE,
28 AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR,

1  UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, and

2  IHEJIUREME, or their coconspirators, would, through false or

3  fraudulent pretenses, representations, and promises, and concealment

4  of material facts, persuade a victim to deposit, wire, or transfer

5  funds into a bank account or money service accounts identified by

6  defendants IRO, IGBOKWE, and EROHA.

7          f.   Defendants and coconspirators would also make false or

8  fraudulent statements, representations, and promises, and conceal

9  material facts, in order to avoid discovery of the fraudulent nature

10  of the deposit, wire, or transfer.

11          g.   Defendants IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE,

12  CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, ISAMADE,

13  MEGWA, and P. DURU would withdraw, and attempt to withdraw, the

14  fraudulently-obtained funds from a bank account or money service

15  account, including through cash withdrawals, wire transfers, teller

16  transfers, check cashing, and deposits into further accounts used by

17  or under the control of defendants IRO, IGBOKWE, IKOGHO, UMEJESI,

18  OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA,

19  ISAMADE, MEGWA, and P. DURU, and other coconspirators working at

20  their direction, before the victim became aware of the fraudulent

21  nature of the transactions, so as to obtain the money and so as to

22  conceal and disguise the nature, location, source, ownership and

23  control of the proceeds.

24          h.   When a bank would question the source of the funds or

25  nature of a transaction, defendants IRO, IGBOKWE, IKOGHO, UMEJESI,

26  OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA,

27  ISAMADE, MEGWA, and P. DURU, and others acting at their direction,

28  would lie and make material omissions about their ownership of and

entitlement to the funds, or the source of the funds, so as to obtain the money and so as to avoid detection and conceal the fact that the funds were fraudulently obtained from a victim.

i.     Defendants IRO, IGBOKWE, UMEJESI, CATHEY, and MANSBANGURA would, on occasion, deposit funds, or cause funds to be deposited, into the bank account of an illicit and unlicensed money exchanger, including defendants IKOGHO, OGUNGBE, and MADEKWE, who would then transfer other funds from Nigerian bank accounts that they controlled to the Nigerian bank accounts of coconspirators. Alternatively, defendants IRO and IGBOKWE would, on occasion, direct UICC 3, UICC 4, UICC 5, and UICC 6 to transfer other funds from Nigerian bank accounts that they controlled to the Nigerian bank accounts of coconspirators.

C.   OVERT ACTS

20.   In furtherance of the conspiracy, and to accomplish its objects, defendants IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, P. DURU, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR, UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, IHEJIUREME, and MADEKWE, together with others known and unknown to the Grand Jury, on or about the dates set forth below, committed and caused to be committed

various overt acts, in the Central District of California and
elsewhere, including, but not limited to, the following:

<div align="center">Victim M.S.</div>

Overt Act No. 1:    On or about September 3, 2015, defendant IRO
sent defendant OGBONNA account information, including the account
number and the routing number, for a Chase checking account ending in
9837 of defendant IRO, doing business as ("dba") "VOI Enterprises,"
in Carson, California ("Chase 9837 Account"), with the instruction to
have victim M.S. include the following payment information in the
notes of the wire transfer:  "INV: VOI53753."

Overt Act No. 2:    On or about September 3, 2015, an unknown
coconspirator fraudulently induced M.S. to send a wire transfer of
approximately $23,000 from her BOA account in Monterey Park,
California to IRO's Chase 9837 Account, with the wire transfer notes
reading "OTHER INVOICE NO. VOI53753."

Overt Act No. 3:    On or about September 4, 2015, defendant IRO
withdrew approximately $14,000 from the Chase 9837 Account and wrote
on the withdrawal slip, "for Lexus RX330 and RX300."

Overt Act No. 4:    On or about September 4, 2015, defendant IRO
wrote a check to a relative for approximately $1,500 from the Chase
9837 Account, and wrote on the memo line, "2002 Nissan Optima."

Overt Act No. 5:    On or about September 8, 2015, an unknown
coconspirator fraudulently induced M.S. to send a wire transfer of
approximately $46,500 from her BOA account in Monterey Park,
California to defendant IRO's Chase 9837 Account.

Overt Act No. 6:    On or about September 8, 2015, defendant IRO
withdrew approximately $8,000 from the Chase 9837 Account and wrote
on the withdrawal slip, "Mercedes 2011 and Lexis RX 350 2008."

Overt Act No. 7:    On or about September 10, 2015, defendant IRO withdrew approximately $30,000 from the Chase 9837 Account and wrote on the withdrawal slip, "for Acura MDX 2007."

Overt Act No. 8:    On or about September 10, 2015, defendant IRO withdrew approximately $9,000 from the Chase 9837 Account.

Overt Act No. 9:    On or about September 10, 2015, an unknown coconspirator fraudulently induced M.S. to send a wire transfer of approximately $4,700 from her BOA account in Monterey Park, California to defendant IRO's Chase 9837 Account.

Overt Act No. 10:    On or about September 11, 2015, defendant IRO wrote a check to an acquaintance for approximately $7,700, and wrote on the memo line, "Camry 207 and Camry 05."

Overt Act No. 11:    On or about September 14, 2015, defendant IRO sent OGBONNA the instruction to have victim M.S. include the following payment information in the notes of the wire transfer: "Invoice number: VOI00462 R MODEL 89."

Overt Act No. 12:    On or about September 14, 2015, an unknown coconspirator fraudulently induced M.S. to send a wire transfer of approximately $17,000 from her BOA account in Monterey Park, California to defendant IRO's Chase 9837 Account, with a wire transfer note reading "INVOICE NO. VOI 00462 R MODEL 89."

Overt Act No. 13:    On or about September 17, 2015, defendant IRO withdrew approximately $10,000 from the Chase 9837 Account.

Overt Act No. 14:    On or about September 17, 2015, defendant IRO withdrew approximately $20,000 from the Chase 9837 Account.

Overt Act No. 15:    On or about September 17, 2015, defendant IRO withdrew approximately $5,000 from the Chase 9837 Account.

<div align="center">Victim Company 2</div>

Overt Act No. 16:    On or about February 12, 2016, an unknown coconspirator fraudulently induced Victim Company 2 to send a wire transfer of approximately $186,686 from its United Bank of Africa account to defendant IRO's Chase 9837 Account.

Overt Act No. 17:    On or about February 12, 2016, defendant IRO transferred approximately $188,600 from the Chase 9837 Account to a Chase savings account ending in 0820 of defendant IRO, dba "VOI Enterprises," in Carson, California ("Chase 0820 Account").

Overt Act No. 18:    On or about February 12, 2016, defendant IRO transferred approximately $161,700 from the Chase 0820 Account to the Chase 9837 Account.

Overt Act No. 19:    On or about February 16, 2016, defendant IRO sent a wire transfer of approximately $132,950 from the Chase 9837 Account to a Wells Fargo account ending in 6061 of defendant IRO, dba "Irva Auto Sales & Equip Broker LLC," in Carson, California ("Wells Fargo 6061 Account"), with a wire transfer note reading "Invoice: Mack Rd Model 2010 X."

Overt Act No. 20:    On or about February 16, 2016, defendant IRO sent a wire transfer of approximately $28,670 from the Chase 9837 Account to the bank account ending in 3107 of UICC 7 at CalCom FCU, in Torrance, California ("CalCom 3107 Account"), with the wire transfer note reading "Menhien Auction On Wednesday."

Overt Act No. 21:    On or about February 16, 2016, UICC 7 attempted to send a wire transfer of approximately $27,500 from the CalCom 3107 Account to the Wells Fargo 6061 Account, with the wire transfer note reading "Invoice for IRVA4646."

<div align="center">22</div>

Overt Act No. 22:   On or about February 16, 2016, defendant IRO
sent a wire transfer of approximately $50,000 from the Wells Fargo
6061 Account to a BOA account ending in 1824.

Overt Act No. 23:   On or about February 16, 2016, defendant IRO
withdrew approximately $50,000 from the Wells Fargo 6061 Account.

Overt Act No. 24:   On or about February 18, 2016, defendant IRO
sent a wire transfer of approximately $30,500 from the Chase 9837
Account to a Chase account ending in 1279 of UICC 8.

<p align="center">Victim R.B.</p>

Overt Act No. 25:   On or about March 31, 2016, an unknown
coconspirator fraudulently induced R.B. to send a wire transfer of
approximately $18,000 from her Wells Fargo account in Panama City
Beach, Florida, to a bank account at Comerica ending in 2663 of
defendant IRO, dba "IRVA Auto Sales & Equip Broker LLC," in Carson,
California ("Comerica 2663 Account").

Overt Act No. 26:   On or about March 31, 2016, defendant
ODIONYENMA emailed to defendant IRO a photograph of the wire transfer
request for approximately $18,000 submitted by R.B., which wire
transfer request contained R.B.'s name, Florida driver's license
number, address, phone number, and Wells Fargo bank account number.

Overt Act No. 27:   On or about April 4, 2016, an unknown
coconspirator fraudulently induced R.B. to send a wire transfer of
approximately $39,000 from her Wells Fargo account in Panama City
Beach, Florida, to the Comerica 2663 Account.

Overt Act No. 28:   On or about April 4, 2016, defendant
ODIONYENMA sent an email titled "Payment Receipt $39,000," and a
thumbnail photograph, to defendant IRO.

<p align="center">23</p>

1     <u>Overt Act No. 29:</u>  On or about April 7, 2016, an unknown
2 coconspirator fraudulently induced R.B. to send a wire transfer of
3 approximately $30,000 from her Wells Fargo account in Panama City
4 Beach, Florida, to a Wells Fargo account ending in 7410.

5     <u>Overt Act No. 30:</u>  On or about April 12, 2016, defendant
6 ODIONYENMA sent defendant IRO a photograph of the wire transfer
7 request for approximately $30,000 from the Wells Fargo account of
8 R.B.

9     <u>Overt Act No. 31:</u>  On or about April 13, 2016, defendant IRO
10 emailed to defendant AWAK a photograph of the wire transfer request
11 by R.B. for approximately $18,000 and a photograph of wire transfer
12 information for the wire by R.B. of approximately $39,000, and asked
13 defendant AWAK to make a receipt "relating to equipment."

14     <u>Overt Act No. 32:</u>  On or about April 14, 2016, defendant AWAK
15 emailed to defendant IRO a file containing a purported invoice from
16 "IRVA Auto Sales Equipment Broker LLC" to R.B., which invoice falsely
17 purported to be for two payments in January and February 2019,
18 totaling approximately $39,000.

19                             <u>Victim F.K.</u>

20     <u>Overt Act No. 33:</u>  On or about May 30, 2016, an unknown
21 coconspirator fraudulently induced F.K. to send a wire transfer of
22 approximately $6,824 from a bank account in Japan to a Chase account
23 ending in 1577 of UICC 2, in Los Angeles, California (the "Chase 1577
24 Account").

25     <u>Overt Act No. 34:</u>  On or about July 13, 2016, an unknown
26 coconspirator fraudulently induced F.K. to send a wire transfer of
27 approximately $33,128.26 from a bank account in Japan to a Chase

28

1  account ending in 0655 of UICC 1, in Los Angeles, California (the

2  "Chase 0655 Account").

3       Overt Act No. 35:   On or about October 12, 2016, an unknown

4  coconspirator fraudulently induced victim F.K. to travel to Los

5  Angeles to assist in releasing the funds that F.K. sent to the Chase

6  0655 Account.

7       Overt Act No. 36:   On or about October 13, 2016, defendant

8  MANSBANGURA took F.K. to a Chase branch in Los Angeles in an attempt

9  to have Chase release the funds that F.K. sent to the Chase 0655

10 Account.

11      Overt Act No. 37:   On or about October 13, 2016, defendant

12 MANSBANGURA sent defendant IGBOKWE a photograph of F.K. in Los

13 Angeles, and told defendant IGBOKWE that she had just dropped off

14 F.K.

15      Overt Act No. 38:   On an unknown date, an unknown coconspirator

16 fraudulently induced victim F.K. to send him a photograph of the wire

17 transfer request of approximately $33,128.26 to the Chase 0655

18 Account, which listed F.K.'s name and address, and UICC 1's account

19 number, routing number, and address.

20      Overt Act No. 39:   On or about March 24, 2017, defendant

21 ANUNOBI asked defendant IGBOKWE about the funds that F.K. sent

22 through a wire transfer to the Chase 0655 Account, and sent defendant

23 IGBOKWE the photograph of the wire transfer request of approximately

24 $33,128.26 to the Chase 0655 Account, which listed F.K.'s name and

25 address, and UICC 1's account number, routing number, and address.

26      Overt Act No. 40:   On or about March 27, 2017, defendant

27 IGBOKWE sent to defendant MANSBANGURA the photograph of the wire

28 transfer request of approximately $33,128.26 to the Chase 0655

1   Account, which listed F.K.'s name and address, and UICC 1's account

2   number, routing number, and address, and requested that defendant

3   MANSBANGURA call Chase to inquire about the funds.

                              Victim J.G.

5       Overt Act No. 41:   On or about October 26, 2016, an unknown

6   coconspirator fraudulently induced victim J.G. to send a wire

7   transfer of approximately $30,000 from a bank account at Heritage

8   Bank of Nevada to a US Bank account ending in 2669 of UICC 1, in Los

9   Angeles, California (the "US Bank 2669 Account").

10      Overt Act No. 42:   On or about October 27, 2016, defendants

11  IGBOKWE and MANSBANGURA caused a check for approximately $5,500 to be

12  issued from the US Bank 2669 Account to defendant MANSBANGURA.

13      Overt Act No. 43:   On or about October 27, 2016, defendants

14  IGBOKWE and MANSBANGURA caused a check for approximately $7,580 to be

15  issued from the US Bank 2669 Account to UICC 2.

16      Overt Act No. 44:   On or about October 28, 2016, defendants

17  IGBOKWE and MANSBANGURA caused a check for approximately $8,845 to be

18  issued from the US Bank 2669 Account to UICC 2.

19      Overt Act No. 45:   On or about October 31, 2016, defendants

20  IGBOKWE and MANSBANGURA caused a check for approximately $7,500 to be

21  issued from the US Bank 2669 Account to defendant MANSBANGURA.

                          Victim Company 3

23      Overt Act No. 46:   On or about December 19, 2016, an unknown

24  coconspirator fraudulently induced Victim Company 3 to send a wire

25  transfer of approximately $18,457.13 from its Chase account in

26  Oklahoma to a US Bank account ending in 2982 of UICC 2, in Los

27  Angeles, California ("US Bank 2982 Account").

28

1    <u>Overt Act No. 47:</u>   On or about December 20, 2016, defendants
2    IGBOKWE and MANSBANGURA caused approximately $8,500 to be withdrawn
3    as cash from the US Bank 2982 Account.

4                               <u>Victim B.Z.</u>

5    <u>Overt Act No. 48:</u>   On or about February 24, 2017, defendant
6    IGBOKWE sent defendant ONUWA the account information for a Chase
7    account ending in 7605 of UICC 1, in Los Angeles, California (the
8    "Chase 7605 Account"), including the name of UICC 1, the account
9    number, and the routing number.

10   <u>Overt Act No. 49:</u>   On or about March 14, 2017, defendant ONUWA
11   told defendant IGBOKWE that he wanted to use the Chase 7605 Account,
12   which defendant IGBOKWE said was "Ok."

13   <u>Overt Act No. 50:</u>   On or about March 16, 2017, an unknown
14   coconspirator fraudulently induced victim B.Z. to send a wire
15   transfer of approximately $11,900 from his Chemical Bank account in
16   Michigan to the Chase 7605 Account.

17   <u>Overt Act No. 51:</u>   On or about March 16, 2017, defendant ONUWA
18   sent defendant IGBOKWE a photograph showing an application and
19   agreement for a wire transfer from B.Z.'s Chemical Bank account to
20   the Chase 7605 Account.

21   <u>Overt Act No. 52:</u>   On or about March 22, 2017, defendants
22   IGBOKWE and ONUWA discussed how defendants IGBOKWE and MANSBANGURA
23   would withdraw the funds fraudulently obtained from B.Z.

24   <u>Overt Act No. 53:</u>   On or about March 24, 2017, defendant
25   IGBOKWE told defendant ONUWA that the funds fraudulently obtained
26   from B.Z. were "out," and defendant ONUWA provided defendant IGBOKWE
27   with his Nigerian bank account number.

28

1    Overt Act No. 54:   On or about March 27, 2017, defendant
2    MANSBANGURA caused a check for approximately $4,000 to be issued from
3    the Chase 7605 Account, with the memo line indicating that the check
4    was for "Rent."

5    Overt Act No. 55:   On or about April 4, 2017, defendant IGBOKWE
6    provided defendant ONUWA's name and Nigerian bank account number to
7    UICC 4, with the instruction to pay approximately 3,123,000 naira to
8    the account.

9    Overt Act No. 56:   On or about April 6, 2017, defendant IGBOKWE
10   provided defendant ONUWA's name and Nigerian bank account number to
11   defendant IRO, with the request that he pay approximately 1,000,000
12   naira to the account.

13   Overt Act No. 57:   On or about April 6, 2017, defendant IRO
14   provided defendant ONUWA's name and Nigerian bank account number to
15   UICC 3, with the request that he pay approximately 1,000,000 naira to
16   the account.

17                          Victim Company 4

18   Overt Act No. 58:   On or about March 27, 2017, defendant
19   UMEJESI sent defendant IGBOKWE the account information for a Wells
20   Fargo account ending in 7245 of UICC 9 (the "Wells Fargo 7245
21   Account"), including the name of UICC 9, the account number, and the
22   routing number.

23   Overt Act No. 59:   On or about March 29, 2017, an unknown
24   coconspirator fraudulently induced Victim Company 4 to send a wire
25   transfer of approximately $29,679.17 from Banco Bilbao Vizcaya
26   Argentaria, S.A., in Colombia, to the Wells Fargo 7245 Account.

27

28

1      Overt Act No. 60:   On or about March 29, 2017, defendant

2  IGBOKWE sent defendant UMEJESI a screenshot of a wire transfer

3  confirmation from Victim Company 4 for $29,679.17.

4      Overt Act No. 61:   On or about March 30, 2017, defendant

5  UMEJESI told defendant IGBOKWE that he was going to the bank, told

6  defendant IGBOKWE the username and password for online access to the

7  Wells Fargo 7245 Account, and sent defendant IGBOKWE the name of UICC

8  9.

9      Overt Act No. 62:   On or about March 31, 2017, defendants

10  IGBOKWE and UMEJESI caused a check of approximately $11,160 to be

11  issued in the name of defendant UMEJESI from the Wells Fargo 7245

12  Account.

13      Overt Act No. 63:   On or about March 31, 2017, defendants

14  IGBOKWE and UMEJESI caused a check of approximately $16,520 to be

15  issued in the name of defendant OJIMBA from the Wells Fargo 7245

16  Account.

17      Overt Act No. 64:   On or about March 31, 2017, defendant

18  UMEJESI sent defendant IGBOKWE a photograph of a deposit slip showing

19  a deposit of approximately $11,160 to a Chase account ending in 7290,

20  in Inglewood, California.

21      Overt Act No. 65:   On or about March 31, 2017, defendant

22  UMEJESI sent defendant IGBOKWE a photograph of a deposit slip showing

23  the deposit of a check issued by UICC 9 to defendant OJIMBA in the

24  amount of approximately $16,520 to a Chase account ending 1767, in

25  Inglewood, California.

26      Overt Act No. 66:   On or about April 1, 2017, defendant IGBOKWE

27  told defendant UMEJESI that they were entitled to 40 percent of the

28

amount received from Victim Company 4, which was approximately
$11,840.

<div align="center">Victim Company 5</div>

Overt Act No. 67:   On or about February 17, 2017, defendant IRO
told defendant IGBOKWE to have defendant MANSBANGURA take UICC 1 to a
bank to open a bank account in the name of Victim Company 5.

Overt Act No. 68:   On or about February 17, 2017, defendant
IGBOKWE sent defendant MANSBANGURA the message from defendant IRO
about taking UICC 1 to a bank to open a bank account in the name of
Victim Company 5.

Overt Act No. 69:   On or about February 22, 2017, defendant
MANSBANGURA caused UICC 1 to open a bank account at Chase ending in
5027 in a name similar to that of Victim Company 5 (the "Chase 5027
Account").

Overt Act No. 70:   On or about March 20, 2017, defendant
IGBOKWE sent to defendant IRO the account information for the Chase
5027 Account, including the account number and the routing number.

Overt Act No. 71:   On or about April 4, 2017, Wells Fargo
received a letter purporting to be from Victim Company 5, which
included a notarized letter and forged signature of the Chief
Executive Officer of Victim Company 5, requesting the closure of
Victim Company 5's Wells Fargo account and the transfer of the
current balance — which at the time was approximately $17,300,844.58
— to the Chase 5027 Account.

Overt Act No. 72:   On or about June 5, 2017, Wells Fargo
received a letter by U.S. Mail purporting to be from Victim Company
5, requesting the closure of Victim Company 5's Wells Fargo account

<div align="center">30</div>

1   and transfer of the current balance — which at the time was

2   approximately $12,760,922.93 — to the Chase 5027 Account.

3                              Victim A.V.

4       Overt Act No. 73:   On or about April 10, 2017, defendants

5   IGBOKWE and CHILAKA discussed a payment from A.V. anticipated to

6   arrive in a Wells Fargo account ending in 1147 of UICC 26, in Los

7   Angeles, California (the "Wells Fargo 1147 Account"), including

8   discussion of the name of UICC 26, the account number, and the

9   routing number.

10      Overt Act No. 74:   On or about April 11, 2017, an unknown

11  coconspirator fraudulently induced A.V. to request a wire transfer of

12  approximately $8,035 from her Capital One account in Maryland to the

13  Wells Fargo 1147 Account.

14      Overt Act No. 75:   On or about April 11, 2017, defendant

15  CHILAKA sent defendant IGBOKWE a copy of a wire transfer request

16  submitted by A.V. on April 11, 2017, requesting transfer of

17  approximately $8,035 from her Capital One account in Maryland to the

18  Wells Fargo 1147 Account.

19      Overt Act No. 76:   On or about April 17, 2017, after defendant

20  IGBOKWE sent defendant CHILAKA the account information for a BOA

21  account ending in 3037 of UICC 26, defendant CHILAKA asked for a bank

22  account that did not use a Nigerian name.

23      Overt Act No. 77:   On or about April 17, 2017, defendant

24  IGBOKWE sent defendant CHILAKA the account information for the Chase

25  5027 Account, including the name of UICC 1, the account number, and

26  the routing number.

27      Overt Act No. 78:   On or about April 27, 2017, an unknown

28  coconspirator fraudulently induced A.V. to send a wire transfer of

1 approximately $2,700 from her Capital One account in Maryland to the
2 Chase 5027 Account.

3    Overt Act No. 79:   On or about April 27, 2017, defendant
4 MANSBANGURA sent defendant IGBOKWE photographs of a Chase banking
5 application on a phone showing that an approximately $2,700 wire
6 transfer from A.V. was pending in the Chase 5027 Account.

7    Overt Act No. 80:   On or about April 27, 2017, defendant
8 IGBOKWE sent defendant CHILAKA photographs of a Chase banking
9 application on a phone showing that an approximately $2,700 wire
10 transfer from A.V. was pending in the Chase 5027 Account.

11    Overt Act No. 81:   On or about May 1, 2017, an unknown
12 coconspirator fraudulently induced A.V. to send a wire transfer of
13 approximately $3,360 from her Capital One account in Maryland to the
14 Chase 5027 Account.

15    Overt Act No. 82:   On or about May 1, 2017, defendant
16 MANSBANGURA sent defendant IGBOKWE a photograph of a Chase banking
17 application on a phone showing that an approximately $3,360 wire
18 transfer from A.V. was pending in the Chase 5027 Account.

19    Overt Act No. 83:   On or about April 27, 2017, defendant
20 IGBOKWE sent defendant CHILAKA photographs of a Chase banking
21 application on a phone showing that an approximately $3,360 wire from
22 A.V. was pending in the Chase 5027 Account.

23    Overt Act No. 84:   On or about May 8, 2017, defendant
24 MANSBANGURA told defendant IGBOKWE not use the Chase 5027 Account to
25 receive transactions from Capital One because Chase was scrutinizing
26 transactions from Capital One for fraud.

27    Overt Act No. 85:   On or about June 2, 2017, defendant CHILAKA
28 sent defendant IGBOKWE a voicemail from A.V. for a purported "Mr.

Davis," in which A.V. discussed having spoken to her Chase banker about the release of the $3,360 wire.

Overt Act No. 86:   On or about June 2, 2017, defendant IGBOKWE sent defendant CHILAKA an audio recording of defendant MANSBANGURA calling Chase while posing as UICC 1, and asking about the status of the $3,360 wire.

### Victims Je.F. and Jo.F.

Overt Act No. 87:   On or about April 17, 2017, an unknown coconspirator fraudulently induced Je.F. to send a wire transfer of approximately $135,800 from the BMO Harris Bank account of Je.F. and Jo.F. in Illinois to a Chase account ending in 6217 of UICC 24, in Hawthorne, California ("Chase 6217 Account").

Overt Act No. 88:   On or about April 18, 2017, defendant IRO sent defendant EKECHUKWU the account information for the Chase 6217 Account, including the account number and the routing number, and told him "Check this. Something is inside[.]"

Overt Act No. 89:   On or about April 19 and 20, 2017, defendant IRO discussed with defendant ANOZIE information from defendant AZUBUIKE related to defrauding Je.F. and Jo.F.

Overt Act No. 90:   On or about April 19, 2017, defendant IRO complained to defendant EKECHUKWU that, after a call by Chase to UICC 24, UICC 24 stated that he wanted to send the $135,800 back.

### Victim Company 6

Overt Act No. 91:   On or about April 10, 2017, defendant NNAMDI asked defendant IRO to open a bank account in the name of a specific Chinese company ("Chinese Company 1") with which Victim Company 6 had a business relationship.

1    <u>Overt Act No. 92:</u>   On or about April 10, 2017, defendant IRO

2  asked defendant CATHEY to open a bank account in the name of Chinese

3  Company 1.

4    <u>Overt Act No. 93:</u>   On or about April 12, 2017, defendant CATHEY

5  sent defendant IRO the account information for a PNC Bank account

6  ending in 7988, opened by UICC 10 in the name of Chinese Company 1,

7  in Atlanta, Georgia (the "PNC Bank 7988 Account").

8    <u>Overt Act No. 94:</u>   On or about April 17, 2017, after defendant

9  NNAMDI told defendant IRO that he had emailed defendant IRO a copy of

10  the "invoice" sent to Victim Company 6, defendant IRO told defendant

11  CATHEY that Victim Company 6 was expected to pay $900,000 to the PNC

12  Bank 7988 Account.

13    <u>Overt Act No. 95:</u>   On or about April 18, 2017, an unknown

14  coconspirator fraudulently induced Victim Company 6 to send a wire

15  transfer of approximately $900,000 from its Commerce State Bank

16  account in Wisconsin to the PNC Bank 7988 Account.

17    <u>Overt Act No. 96:</u>   On or about April 18, 2017, defendant IRO

18  sent defendant CATHEY a screenshot of a wire confirmation page

19  containing details for the $900,000 wire ordered by Victim Company 6

20  to the PNC Bank 7988 Account, and wrote, "Done [¶] Hahahaha."

21    <u>Overt Act No. 97:</u>   On or about April 19, 2017, defendant CATHEY

22  told defendant IRO how defendant CATHEY had flown to Atlanta to

23  oversee withdrawal of the funds fraudulently obtained from Victim

24  Company 6.

25    <u>Overt Act No. 98:</u>   On or about April 24, 2017, defendant CATHEY

26  sent defendant IRO account information for a Chase account ending in

27  5899, opened in the name of Chinese Company 1 in Los Angeles,

28

34

1  California ("Chase 5899 Account"), which defendant IRO said he would

2  keep for use later.

### Victim Company 7

4  Overt Act No. 99:  On or about April 21, 2017, an unknown

5  coconspirator fraudulently induced Victim Company 7 to send a wire

6  transfer of approximately $23,789, intended for Victim Company 8,

7  from Victim Company 7's BOA account in North Carolina to the Chase

8  checking account ending in 7866 of UICC 25, in Carson, California

9  (the "Chase 7866 Account").

10  Overt Act No. 100:  On or about April 21, 2017, defendant IRO

11  caused approximately $2,700 to be transferred from the Chase 7866

12  Account to the Chase savings account ending in 9927 of UICC 25, in

13  Carson, California (the "Chase 9927 Account").

14  Overt Act No. 101:  On or about April 24, 2017, defendant IRO

15  caused a wire transfer of approximately $18,598 to be sent from the

16  Chase 7866 Account to a SunTrust account of "B&B Motors of Tampa Bay

17  Inc.," with the wire notes saying "This payment is for car purchase

18  of Mr. Brown's; Payment For Mr Brown's Car Buy."

19  Overt Act No. 102:  On or about April 24, 2017, defendant IRO

20  caused approximately $500 to be withdrawn from the Chase 7866 Account

21  as cash through an ATM.

22  Overt Act No. 103:  On or about April 25, 2017, defendant IRO

23  caused a wire transfer of approximately $1450 to be sent from the

24  Chase 7866 Account to a U.S. Bank account ending in 0953.

25  Overt Act No. 104:  On or about April 26, 2017, defendant IRO

26  sent defendant ANOZIE photographs of a phone showing a Chase banking

27  application containing information related to the wire of

28  approximately $23,789 from Victim Company 7.

1

<div align="center">Victim D.J.</div>

2   **Overt Act No. 105:**  On or about January 20, 2017, defendants
3   IGBOKWE and MANSBANGURA assisted defendant P. DURU in filing an
4   application for a Fictitious Business Name Statement with the Los
5   Angeles County Registrar-Recorder/County Clerk's Office in the name
6   "PD Enterprise."

7   **Overt Act No. 106:**  On or about March 14, 2017, defendant
8   P. DURU sent defendant IGBOKWE account information for a Wells Fargo
9   account ending in 4859 of defendant P. DURU, dba "PD Enterprise," in
10  Sacramento, California (the "BOA 4859 Account").

11  **Overt Act No. 107:**  On or about April 7, 2017, in response to
12  defendant IGBOKWE's request that defendant P. DURU open a bank
13  account at Wells Fargo, defendant P. DURU sent defendant IGBOKWE
14  account information for a Wells Fargo account ending in 4899 of
15  defendant P. DURU, dba "PD Enterprise," in San Francisco, California
16  (the "Wells Fargo 4899 Account").

17  **Overt Act No. 108:**  On or about April 24, 2017, defendant
18  IGBOKWE sent defendant ODIONYENMA the account information for the
19  Wells Fargo 4899 Account, including the account number and the
20  routing number.

21  **Overt Act No. 109:**  On or about May 3, 2017, defendant
22  ODIONYENMA asked defendant IGBOKWE to confirm that he could use the
23  Wells Fargo 4899 Account to receive a romance scam payment of
24  approximately $25,000.

25  **Overt Act No. 110:**  On or about May 5, 2017, an unknown
26  coconspirator fraudulently induced D.J. to purchase a money order of
27  approximately $25,600 from United Southwest Bank in Minnesota and
28  deposit it into the Wells Fargo 4899 Account.

<div align="center">36</div>

1      Overt Act No. 111:  On or about May 5, 2017, defendant
2  ODIONYENMA sent defendant IGBOKWE a photograph of a check deposit
3  receipt showing that approximately $25,600 had been deposited into
4  the Wells Fargo 4899 Account.

5      Overt Act No. 112:  On or about May 5 and 6, 2017, defendants
6  ODIONYENMA and IGBOKWE discussed the exchange rate that defendant
7  IGBOKWE would provide, with defendant ODIONYENMA ultimately providing
8  a Nigerian bank account where defendant IGBOKWE was to deposit
9  7,272,000 naira.

10     Overt Act No. 113:  On or about May 11, 2017, defendant P. DURU
11 complained to defendant IGBOKWE that receiving 10 percent of the
12 fraudulently-obtained funds — rather than his usual 20 percent for
13 romance scam laundering or 40 percent for BEC fraud laundering — was
14 insufficient given the "risk" involved, and defendant IGBOKWE
15 responded, "Lol."

16 <center>Victim L.B.</center>

17     Overt Act No. 114:  On or about May 1, 2017, defendant IGBOKWE
18 sent defendant IRO the account information, including the account
19 number and the routing number, for a BOA account ending in 2660, in
20 Los Angeles, California (the "BOA 2660 Account") opened in defendant
21 IGBOKWE's name.

22     Overt Act No. 115:  On or about May 3, 2017, defendant IRO
23 provided defendant AWAK with defendant IGBOKWE's BOA 2660 Account to
24 receive an approximately $3,000 romance scam payment.

25     Overt Act No. 116:  On or about May 4, 2017, defendant AWAK sent
26 defendant IRO a photograph of a wire transfer request from L.B.'s
27 Wells Fargo account in Alabama to the BOA 2660 Account, but the wire
28 transfer request spelled defendant IGBOKWE's name incorrectly.

<center>37</center>

1    Overt Act No. 117:   On or about May 9, 2017, after defendant IRO
2    sent defendant AWAK the correct account-holder name on the BOA 2660
3    Account, defendant AWAK told defendant IRO that L.B. was at the bank
4    re-sending a wire transfer.

5    Overt Act No. 118:   On or about May 9, 2017, an unknown
6    coconspirator fraudulently induced L.B. to send a wire transfer of
7    approximately $3,000 from her Wells Fargo account to the BOA 2660
8    Account.

9    Overt Act No. 119:   On or about May 15, 2017, defendant IRO
10   instructed UICC 3 to pay 742,500 naira from his Nigerian bank account
11   to defendant AWAK's Nigerian bank account.

12   Overt Act No. 120:   On or about June 7, 2017, defendant IGBOKWE
13   used approximately $1,225 from the BOA 2660 Account to pay the U.S.
14   Customs and Immigration Service in connection with his application
15   for lawful permanent residence.

16                           Victim Company 9

17   Overt Act No. 121:   On or about April 24, 2017, defendant
18   IGBOKWE sent defendant UZOKA the account information for a BOA
19   account ending in 1004 of UICC 11, in Northridge, California (the
20   "BOA 1004 Account"), including the name of UICC 11, the account
21   number, and the routing number.

22   Overt Act No. 122:   On or about April 28, 2017, in response to
23   defendant UZOKA's inquiry about whether the BOA 1004 Account was
24   "still good," defendant IGBOKWE responded with a "thumbs up"
25   pictograph.

26   Overt Act No. 123:   On or about May 3, 2017, defendant UZOKA
27   sent defendant IGBOKWE an email that had been sent by an employee of
28   Victim Company 9 to a hacked email account of a Caribbean company

                                  38

1  with which Victim Company 9 was doing business, and defendant UZOKA
2  also told defendant IGBOKWE that the fraudulent transaction would be
3  approximately $220,000.

4    Overt Act No. 124:  On or about May 10, 2017, an unknown
5  coconspirator fraudulently induced Victim Company 9 to send a wire
6  transfer of approximately $220,462.68 from its account at First
7  Caribbean International Bank to the BOA 1004 Account.

8    Overt Act No. 125:  On or about May 10, 2017, defendant UMEJESI
9  sent defendant IGBOKWE a screenshot of a banking application
10  indicating that the fraudulent wire from Victim Company 9 had been
11  deposited into the BOA 1004 Account, which defendant IGBOKWE then
12  sent to defendant UZOKA.

13    Overt Act No. 126:  On or about May 11, 2017, defendant IKOGHO
14  sent defendant IRO the account information for a BOA account ending
15  in 5283 (the "BOA 5283 Account"), including the account number and
16  the routing number.

17    Overt Act No. 127:  On or about May 11, 2017, defendant OGUNGBE
18  sent defendant IRO the account information for a BOA account ending
19  in 9405 (the "BOA 9405 Account"), including the account number and
20  the routing number.

21    Overt Act No. 128:  On or about May 11, 2017, defendant IGBOKWE
22  sent defendant UMEJESI the account information for the BOA 5283
23  Account and the BOA 9405 Account, including the account numbers and
24  the routing numbers, which information defendant IGBOKWE had received
25  from defendant IRO.

26    Overt Act No. 129:  On or about May 11, 2017, defendant UMEJESI
27  caused a transfer of approximately $60,000 to be made from the BOA
28  1004 Account to the BOA 5283 Account, and sent defendant IGBOKWE a

photograph of a deposit slip reflecting the transfer, which defendant
IGBOKWE, in turn, sent to defendant IRO.

Overt Act No. 130:  On or about May 12, 2017, defendant UMEJESI
caused a transfer of approximately $75,500 to be made from the BOA
1004 Account to the BOA 9405 Account, and sent defendant IGBOKWE a
photograph of a deposit slip reflecting the transfer, which defendant
IGBOKWE, in turn, sent to defendant IRO.

Overt Act No. 131:  On or about May 13, 2017, defendant IGBOKWE
asked defendant IRO to make payments of approximately 21,300,000
naira and approximately 26,802,500 naira to the Nigerian bank account
of UICC 5.

Overt Act No. 132:  On or about May 13, 2017, defendant IRO
asked defendant IKOGHO to pay approximately 21,300,000 naira from his
Nigerian bank account to the Nigerian bank account of UICC 5.

Overt Act No. 133:  On or about May 15, 2017, defendant UMEJESI
caused a cashier's check of approximately $21,000, addressed to
defendant UMEJESI, to be purchased from the BOA 1004 Account.

Overt Act No. 134:  On or about May 15, 2017, defendant UMEJESI
caused a cashier's check of approximately $9,500, addressed to
defendant IGBOKWE, to be purchased from the BOA 1004 Account.

Overt Act No. 135:  On or about May 15, 2015, defendant UMEJESI
caused a transfer of approximately $30,000 to be made from the BOA
1004 Account to the BOA 9405 Account.

Overt Act No. 136:  On or about May 15, 2017, defendant IGBOKWE
asked UICC 5 to transfer approximately 7,750,000 naira from her
Nigerian bank account to the Nigerian bank account of defendant
UZOKA.

1    <u>Overt Act No. 137:</u>  On or about May 16, 2017, after defendant

2    OGUNGBE told defendant IRO that he was unable to transfer

3    approximately 26,802,500 naira to the Nigerian bank account of UICC 4

4    as defendant IRO had requested, defendant IRO requested that

5    defendant OGUNGBE transfer the money to the Nigerian bank account of

6    UICC 3.

7       <u>Overt Act No. 138:</u>  On or about May 17, 2017, defendant IRO

8    asked UICC 3 to pay approximately 17,500,000 naira to the Nigerian

9    bank account of defendant UZOKA and approximately 9,152,500 naira to

10   the Nigerian bank account of UICC 5.

11      <u>Overt Act No. 139:</u>  On or about May 19, 2017, defendant IGBOKWE

12   asked UICC 5 to transfer approximately 8,000,000 naira from her

13   Nigerian bank account to the Nigerian bank account of defendant

14   UZOKA.

15      <u>Overt Act No. 140:</u>  On or about May 23, 2017, defendant IGBOKWE

16   asked UICC 5 to transfer approximately 3,150,000 naira from her

17   Nigerian bank account to the Nigerian bank account of defendant

18   UZOKA.

19                          <u>Victim Law Firm</u>

20      <u>Overt Act No. 141:</u>'  On or about May 4, 2017, defendant IGBOKWE

21   asked defendant IRO whether he could use the Chase 5899 Account,

22   which account information defendant IRO had sent him earlier, to

23   receive a BEC fraud payment.

24      <u>Overt Act No. 142:</u>  On or about May 2, 2017, after defendant

25   IGBOKWE sent him the Chase 5899 Account and a U.S. Bank account

26   ending in 0362 of UICC 9 (the "US Bank 0362 Account"), defendant

27   OCHIAGHA confirmed that he would use both accounts to receive BEC

28   fraud payments totaling more than $400,000.

1    <u>Overt Act No. 143:</u>  On or about May 11, 2017, an unknown
2    coconspirator fraudulently induced the Victim Law Firm to send a wire
3    transfer of approximately $83,140.98 from its account at SunTrust in
4    North Carolina to the Chase 5899 Account.

5    <u>Overt Act No. 144:</u>  On or about May 11, 2017, defendant OCHIAGHA
6    told defendant IGBOKWE that a fraudulent payment would arrive in the
7    Chase 5899 Account.

8    <u>Overt Act No. 145:</u>  On or about May 11, 2017, after defendant
9    IRO told defendant CATHEY that a fraudulent payment would arrive in
10   the Chase 5899 Account, defendant CATHEY reported to defendant IRO
11   that $83,000 had arrived.

12   <u>Overt Act No. 146:</u>  On or about May 11, 2017, defendant IRO
13   reported to defendant IGBOKWE that $83,000 had arrived in the Chase
14   5899 Account.

15   <u>Overt Act No. 147:</u>  On or about May 12 and 13, 2017, defendants
16   IRO and CATHEY expressed concern to each other that the wire of
17   approximately $83,140.98 that had arrived was from a U.S. law firm,
18   and discussed requesting that Chase return the funds in order to
19   avoid further scrutiny for the transaction.

20                              <u>Victim D.V.</u>

21   <u>Overt Act No. 148:</u>  On or about May 13, 2017, an unknown
22   coconspirator fraudulently induced D.V. to send approximately $500 by
23   Western Union to the account of UICC 1, in Los Angeles, California.

24   <u>Overt Act No. 149:</u>  On or about May 14, 2017, defendant IGBOKWE
25   sent defendant MANSBANGURA the information needed to receive the
26   funds that D.V. sent by Western Union on May 13, 2015, including
27   D.V.'s name, D.V.'s address, a unique tracking number needed to
28   receive the money, and UICC 1's name.

1    Overt Act No. 150:  On or about May 15, 2017, an unknown
2    coconspirator fraudulently induced D.V. to send approximately $500 by
3    Western Union to the account of UICC 1, in Los Angeles, California.
4    Overt Act No. 151:  On or about May 15, 2017, defendant IGBOKWE
5    sent defendant MANSBANGURA the information needed to receive the
6    funds that D.V. sent by Western Union on May 15, 2015, including
7    D.V.'s name, and D.V.'s address, and told defendant MANSBANGURA that
8    the funds had been sent to UICC 1's account.
9    Overt Act No. 152:  On or about May 15, 2017, defendant
10   MANSBANGURA caused $500 sent by D.V. to UICC 1 through Western Union
11   to be withdrawn in Los Angeles, California.
12   Overt Act No. 153:  On or about May 15, 2017, defendant
13   MANSBANGURA caused $500 sent by D.V. to UICC 1 through Western Union
14   to be withdrawn in Los Angeles, California.
15                          Victim Company 10
16   Overt Act No. 154:  On or about May 11, 2017, defendant OCHIAGHA
17   requested that defendant IGBOKWE open a bank account in the name of a
18   U.S. company based in Pennsylvania (the "Pennsylvania Company") at a
19   bank other than First National Bank, where defendant OCHIAGHA said
20   the Pennsylvania Company held its legitimate bank account.
21   Overt Act No. 155:  On or about May 12, 2017, after defendant
22   IGBOKWE asked defendant IRO to open a bank account in the name of the
23   Pennsylvania Company, defendant IRO asked defendant CATHEY to open a
24   bank account in the name of the Pennsylvania Company.
25   Overt Act No. 156:  On or about May 15, 2017, defendant CATHEY
26   provided account information to defendant IRO for a Chase account
27   ending in 7262, opened in the name of the Pennsylvania Company by
28

                                  43

UICC 12, in Inglewood, California ("Chase 7262 Account"), including the account number and the routing number.

Overt Act No. 157:  On or about May 15, 2017, defendant IRO provided account information to defendant IGBOKWE for the Chase 7262 Account, including the account number and the routing number, who then provided the account information to defendant OCHIAGHA.

Overt Act No. 158:  On or about May 17, 2017, an unknown coconspirator fraudulently induced Victim Company 10 to send a wire transfer of approximately $301,201.20 from its account at China Merchants Bank in China to the Chase 7262 Account.

Overt Act No. 159:  On or about May 17, 2017, defendant IGBOKWE sent defendant IRO a screenshot showing a wire confirmation page for the wire from Victim Company 10 to the Chase 7262 Account.

Overt Act No. 160:  On or about May 17, 2017, defendant IRO instructed defendant CATHEY to begin to "service" the Chase 7262 Account, in anticipation of withdrawing the fraudulently-obtained funds.

Overt Act No. 161:  On or about May 19, 2017, defendants IRO and CATHEY discussed that Victim Company 10 had found out about the BEC fraud scheme.

Victim T.P.

Overt Act No. 162:  On or about May 2, 2017, after defendant IRO asked defendant CATHEY to open a bank account in the name of a specific Chinese company ("Chinese Company 4"), defendant CATHEY sent defendant IRO the account information for a Chase account ending in 7522, in Los Angeles, California (the "Chase 7522 Account"), including the account number and routing number, and defendant IRO sent that information to defendant NNAMDI.

 1     <u>Overt Act No. 163:</u>  On or about June 5, 2017, defendant NNAMDI
 2   sent defendant IRO an email from T.P., which indicated that T.P. had
 3   been fraudulently induced to make a payment.

 4     <u>Overt Act No. 164:</u>  On or about June 5, 2017, an unknown
 5   coconspirator fraudulently-induced T.P. to send a wire transfer of
 6   approximately $64,554 from an HSBC account in Hong Kong to the Chase
 7   7522 Account.

 8     <u>Overt Act No. 165:</u>  On or about June 5, 2017, defendant IRO told
 9   defendant NNAMDI that the exchange rate that defendant IRO could
10   provide was 60 to 100 naira below market rates because his money
11   exchangers had to "clean" the funds which carried "risk."

12     <u>Overt Act No. 166:</u>  On or about June 6, 2017, defendants IRO and
13   CATHEY caused approximately $8,500 to be withdrawn as cash from the
14   Chase 7522 Account.

15     <u>Overt Act No. 167:</u>  On or about June 7, 2017, defendants IRO and
16   CATHEY caused approximately $7,100 to be withdrawn as cash from the
17   Chase 7522 Account.

18     <u>Overt Act No. 168:</u>  On or about June 7, 2017, defendants IRO and
19   CATHEY caused an approximately $47,000 wire transfer to be sent from
20   the Chase 7522 Account to the Citibank account of a company in Hong
21   Kong.

22     <u>Overt Act No. 169:</u>  On or about June 7, 2017, defendant NNAMDI
23   sent defendant IRO account information for a Nigerian bank account to
24   which defendant IRO was to have his "exchanger" provide payment.

25     <u>Overt Act No. 170:</u>  On or about June 9, 2017, defendant IRO sent
26   defendant OGUNGBE the Nigerian bank account information that
27   defendant NNAMDI had provided to him, with the instruction to
28   "[t]ransfer 7,965,000" naira and "[c]ount it as 27k usd."

1      Overt Act No. 171:  On or about June 10, 2017, defendant OGUNGBE

2  confirmed that he had paid 7,965,000 naira to the Nigerian bank

3  account that defendant NNAMDI had provided to defendant IRO.

4  <div align="center">Victim Company 11</div>

5      Overt Act No. 172:  On or about May 25, 2017, defendant XPLORA G

6  asked defendant IRO to open a bank account in the name of a U.S.

7  company ("U.S. Company 1") in anticipation of an approximately

8  $300,000 BEC fraud payment.

9      Overt Act No. 173:  On or about May 26, 2017, after defendant

10 IRO asked defendant CATHEY to open a bank account in the name of U.S.

11 Company 1, defendant CATHEY caused UICC 12 to file a Fictitious

12 Business Name Statement in the name of U.S. Company 1 with the Los

13 Angeles County Registrar-Recorder/County Clerk's Office.

14     Overt Act No. 174:  On or about May 26, 2017, after defendant

15 IRO asked defendant CATHEY to open a bank account in the name of U.S.

16 Company 1, defendant CATHEY sent defendant IRO the account

17 information for a BOA account ending in 4180, opened by UICC 12 in

18 the name of U.S. Company 1, in Inglewood, California (the "BOA 4180

19 Account"), including the account number and the routing number.

20     Overt Act No. 175:  On or about May 26, 2017, defendant IRO sent

21 defendant XPLORA G the account information for the BOA 4180 Account,

22 including the account number and the routing number.

23     Overt Act No. 176:  On or about June 13, 2017, an unknown

24 coconspirator fraudulently induced Victim Company 11 to send a wire

25 transfer of approximately $297,617.11 from its account at Arab Bank

26 PLC in Lebanon to the BOA 4180 Account.

27

28

1       Overt Act No. 177:  On or about June 13, 2017, defendant

2   XPLORA G told defendant IRO that Victim Company 11 had paid $297,000

3   into the BOA 4180 Account.

4       Overt Act No. 178:  On or about June 13, 2017, after defendant

5   CATHEY told defendant IRO that BOA had closed the BOA 4180 Account,

6   defendant IRO asked defendant CATHEY to reopen the account.

7       Overt Act No. 179:  On or about June 14, 2017, defendant IRO

8   asked defendant UMEJESI to open a bank account at Chase or Wells

9   Fargo, but not BOA, in the name of U.S. Company 1.

10      Overt Act No. 180:  On or about June 15, 2017, defendant UMEJESI

11  caused UICC 13 to file a Fictitious Business Name Statement in the

12  name of U.S. Company 1 with the Los Angeles County Registrar-

13  Recorder/County Clerk's Office.

14      Overt Act No. 181:  On or about June 15, 2017, defendant UMEJESI

15  sent defendant IRO the account information for a Wells Fargo account

16  ending in 7984, opened by UICC 13, in Inglewood, California (the

17  "Wells Fargo 7984 Account"), including the account number and the

18  routing number.

19      Overt Act No. 182:  On or about June 16, 2017, an unknown

20  coconspirator fraudulently induced Victim Company 11 to send a wire

21  transfer of approximately $297,617.11 from its account at Arab Bank

22  PLC in Lebanon to the Wells Fargo 7984 Account.

23      Overt Act No. 183:  On or about June 22, 2017, after defendant

24  IRO asked defendant MADEKWE if he was able to launder the funds

25  fraudulently obtained from Victim Company 11 and they discussed the

26  exchange rate that defendant MADEKWE would provide, defendant MADEKWE

27  reported that he was unable to launder the funds because his Wells

28  Fargo account had been closed.

1        Overt Act No. 184:  On or about June 23, 2017, with defendant
2    MADEKWE unable to launder the funds, defendant IRO told defendant
3    UMEJESI to transfer $84,755 from the Wells Fargo 7984 Account to the
4    Wells Fargo account ending in 8463 of R.L., which account
5    information, including R.L.'s name and the account number, had been
6    provided to defendant IRO by defendant IKOGHO.

7        Overt Act No. 185:  On or about June 25, 2017, defendant IRO
8    caused defendant EROHA to file a Fictitious Business Name Statement
9    with the Los Angeles County Registrar-Recorder/County Clerk's Office,
10   in a name similar to that of U.S. Company 1.

11       Overt Act No. 186:  On or about June 25, 2017, defendant IRO
12   sent XPLORA G the account information for a BOA account ending in
13   3563 opened by defendant EROHA with a business name similar to that
14   of U.S. Company 1, in Inglewood, California (the "BOA 3563 Account").

15                               Victim B.P.

16       Overt Act No. 187:  On or about June 23, 2017, defendant AGUNWA
17   told defendant IGBOKWE that a coconspirator would use the Chase 7605
18   Account to receive an approximately $750 fraud payment.

19       Overt Act No. 188:  On or about June 23, 2017, an unknown
20   coconspirator fraudulently induced B.P. to send a wire transfer of
21   approximately $750 from her First Hawaiian Bank account in Hawaii to
22   the Chase 7605 Account.

23       Overt Act No. 189:  On or about June 27, 2017, defendant IGBOKWE
24   instructed UICC 4 to make payments of 26,000 naira to defendant
25   AGUNWA's Nigerian bank account and 183,000 naira to the Nigerian bank
26   account of AGUNWA's coconspirator.

27       Overt Act No. 190:  On or about June 27, 2017, an unknown
28   coconspirator fraudulently induced B.P. to send a wire transfer of

approximately $1,500 from her First Hawaiian Bank account in Hawaii to the Chase 7605 Account.

Overt Act No. 191:  On or about June 29, 2017, defendant MANSBANGURA checked the Chase 7605 Account for a payment from B.P., at the request of defendant IGBOKWE.

Overt Act No. 192:  On or about July 5, 2017, defendant IGBOKWE instructed UICC 4 to make payments of 50,000 naira to defendant AGUNWA's Nigerian bank account and 367,000 naira to the Nigerian bank account of AGUNWA's coconspirator.

Overt Act No. 193:  On or about July 13, 2017, an unknown coconspirator fraudulently induced B.P. to send a wire transfer of approximately $2,550 from her First Hawaiian Bank account in Hawaii to the Chase 7605 Account.

Victim Solicitor Firm

Overt Act No. 194:  On or about June 20, 2017, defendant OCHIAGHA asked defendant IGBOKWE for a bank account that could be used to receive an approximately $200,000 BEC fraud payment from the Victim Solicitor Firm.

Overt Act No. 195:  On or about June 21, 2017, in response to defendant IGBOKWE's request to open a bank account that could receive an approximately $200,000 BEC fraud payment, defendant IRO sent defendant IGBOKWE the account information for a Chase account ending in 7633 of UICC 14, in Culver City, California ("Chase 7633 Account"), including the account number and the routing number.

Overt Act No. 196:  On or about June 22, 2017, an unknown coconspirator fraudulently induced the Victim Solicitor Firm to send a wire transfer of approximately $199,960 from its account at Lloyds Bank in the United Kingdom to the Chase 7633 Account.

1    Overt Act No. 197:   On June 22, 2017, after defendant CATHEY

2    told defendant IRO that a payment of approximately $199,000 arrived

3    in the Chase 7633 Account and asked about the cut he would receive,

4    defendant IRO told him "[y]ou guys get 40k" and instructed him to

5    "keep the acc[ount] good" by servicing it.

6    Overt Act No. 198:   On or about June 23, 2017, defendants IRO

7    and CATHEY caused a sum of approximately $43,750 to be transferred

8    from the Chase 7633 Account to a Chase account ending in 6781 of UICC

9    15 in Los Angeles, California ("Chase 6781 Account"), which was

10   provided to defendant IRO by defendant IKOGHO.

11   Overt Act No. 199:   On or about June 24, 2017, defendants IRO

12   and CATHEY caused the purchase of a cashier's check of approximately

13   $9,150 from the Chase 7633 Account.

14                            Victim Company 12

15   Overt Act No. 200:   On or about May 25, 2017, following a

16   request by defendant XPLORA G for a bank account in the name of a

17   specific South Korean company (the "Korean Company"), defendant IRO

18   asked defendant CATHEY to open a bank account in the name of the

19   Korean Company.

20   Overt Act No. 201:   On or about May 30, 2017, defendant CATHEY

21   sent defendant IRO the account information for a Chase account ending

22   in 6679 that had been opened in the name of the Korean Company, in

23   Inglewood, California ("Chase 6679 Account"), including the account

24   number and the routing number, which information defendant IRO

25   provided to defendant XPLORA G.

26   Overt Act No. 202:   On or about June 28, 2017, an unknown

27   coconspirator attempted to fraudulently induce Victim Company 12 to

28

1 send a wire transfer of approximately $2,502,585.30 from its account
2 in Texas to the Chase 6679 Account.

3    Overt Act No. 203:  On or about June 30, 2017, defendant
4 XPLORA G told defendant IRO that the payment would be from Victim
5 Company 12 to the Korean Company, and defendant IRO provided that
6 information to defendant CATHEY.

7                            Victim D.A.

8    Overt Act No. 204:  On or about June 16, 2017, an unknown
9 coconspirator fraudulently induced D.A. to send a wire transfer of
10 approximately $500 from his Capital City Bank account in Kansas to
11 the Chase 5027 Account.

12    Overt Act No. 205:  On or about June 16, 2017, defendant NWANGWU
13 sent defendant IGBOKWE a wire transfer confirmation page for an
14 approximately $500 wire from D.A. to the Chase 5027 Account, which
15 listed D.A.'s name, address, and social security number.

16    Overt Act No. 206:  On or about June 16, 2017, defendant IGBOKWE
17 sent to defendant MANSBANGURA the wire confirmation page for the
18 approximately $500 wire from D.A. to the Chase 5027 Account, which
19 listed D.A.'s name, address, and social security number.

20                            Victim M.G.

21    Overt Act No. 207:  On or about July 3, 2017, in response to
22 defendant MACWILLIAM CHUKWUOCHA's request for a bank account that
23 could receive an approximately $11,000 romance scam payment from
24 Mexico, defendant IGBOKWE provided defendant MACWILLIAM CHUKWUOCHA
25 with the account information for the BOA 3563 Account, including the
26 account number and the routing number.

27    Overt Act No. 208:  On or about July 6, 2017, an unknown
28 coconspirator fraudulently induced M.G. to send a wire transfer of

                                   51

approximately $11,000 from her HSBC account in Mexico to defendant EROHA's BOA 3563 Account.

Overt Act No. 209:  On or about July 6, 2017, defendant MACWILLIAM CHUKWUOCHA told defendant IGBOKWE that the "client" had paid approximately $11,000, and sent a photograph of a computer screen showing a wire-transfer order.

Overt Act No. 210:  On or about July 10, 2017, defendant IGBOKWE caused defendant EROHA to send a wire transfer of approximately $6,000 from the BOA 3563 Account to a Wells Fargo account ending in 5736 of defendant MACWILLIAM CHUKWUOCHA, in Orlando, Florida (the "Wells Fargo 5736 Account").

Overt Act No. 211:  On or about July 11, 2017, defendant IGBOKWE caused to be sent a wire transfer of approximately $2,800 from defendant EROHA's BOA 3563 Account to the Wells Fargo 5736 Account.

Overt Act No. 212:  On or about July 17, 2017, an unknown coconspirator fraudulently induced M.G. to send a wire transfer of approximately $5,000 from her HSBC account in Mexico to defendant EROHA's BOA 3563 Account.

Overt Act No. 213:  On or about July 17, 2017, defendants IGBOKWE and EROHA caused approximately $5,000 to be withdrawn as cash from the BOA 3563 Account and approximately $4,150 to be redeposited into the Wells Fargo 5736 Account.

Overt Act No. 214:  On or about December 15, 2017, an unknown coconspirator fraudulently induced M.G. to send a wire transfer of approximately $5,500 from her HSBC account in Mexico to a BOA account ending in 3349 of defendant AJAEZE in Harbor City, California (the "BOA 3349 Account").

1    <u>Overt Act No. 215:</u>  On or about December 22, 2017, an unknown

2  coconspirator fraudulently induced M.G. to send a wire transfer of

3  approximately $2,000 from her HSBC account in Mexico to the BOA 3349

4  Account.

5    <u>Overt Act No. 216:</u>  On or about May 2, 2018, an unknown

6  coconspirator fraudulently induced M.G. to send a wire transfer of

7  approximately $11,000 from her HSBC account in Mexico to a US Bank

8  account ending in 2910 of defendant AJAEZE in Inglewood, California.

9                              <u>Victim Company 13</u>

10    <u>Overt Act No. 217:</u>  On or about July 9, 2017, defendant SAM MAL

11  asked defendant IRO to open a bank account in the name of a Chinese

12  company ("Chinese Company 2").

13    <u>Overt Act No. 218:</u>  On or about July 11, 2017, defendant IRO

14  asked defendant UMEJESI to open a bank account at BOA or Citibank in

15  the name of Chinese Company 2.

16    <u>Overt Act No. 219:</u>  On or about July 11, 2017, following a

17  request by defendant IRO to open a bank account at Chase in the name

18  of Chinese Company 2, defendant CATHEY sent defendant IRO account

19  information for a Chase account ending in 5092 of UICC 16 opened in

20  the name of Chinese Company 2, in Hawthorne, California (the "Chase

21  5092 Account").

22    <u>Overt Act No. 220:</u>  On or about July 12, 2017, following a

23  request by defendant IRO to open a bank account at Citibank or Wells

24  Fargo in the name of Chinese Company 2, defendant EKECHUKWU sent

25  defendant IRO account information for a Wells Fargo account ending in

26  4636 opened in the name of Chinese Company 2 (the "Wells Fargo 4636

27  Account").

28

1      Overt Act No. 221:   On or about July 17, 2017, defendant SAM MAL
2   told defendant IRO that Victim Company 13 would be making a payment
3   to Chinese Company 2, which defendant IRO then told defendant CATHEY
4   on or about July 18, 2017.

5      Overt Act No. 222:   On or about August 3, 2017, an unknown
6   coconspirator fraudulently induced Victim Company 13 to send a wire
7   transfer of approximately $382,295 from its account at Abu Dhabi
8   Commercial Bank in Dubai to the Chase 5092 Account.

9      Overt Act No. 223:   On or about August 5, 2017, defendants IRO
10  and CATHEY caused a cashier's check of approximately $47,606.40
11  addressed to the name of a United Kingdom company to be purchased
12  from the Chase 5092 Account.

13     Overt Act No. 224:   On or about August 5, 2017, defendants IRO
14  and CATHEY caused a cashier's check of approximately $52,602
15  addressed to the name of Chinese Company 1 to be purchased from the
16  Chase 5092 Account.

17     Overt Act No. 225:   On or about August 7, 2017, defendants IRO
18  and CATHEY caused a cashier's check of approximately $65,965
19  addressed to UICC 10 to be purchased from the Chase 5092 Account.

20     Overt Act No. 226:   On or about August 8, 2017, defendants IRO
21  and CATHEY caused a cashier's check of approximately $35,000
22  addressed to a name similar to an Indian company to be purchased from
23  the Chase 5092 Account.

24     Overt Act No. 227:   On or about August 9, 2017, defendants IRO
25  and CATHEY caused a cashier's check of approximately $35,000
26  addressed to a name similar to an Indian company ("Indian Company 1")
27  to be purchased from the Chase 5092 Account.

28

1    <u>Overt Act No. 228:</u>  On or about August 10, 2017, defendants IRO

2  and CATHEY caused a cashier's check of approximately $35,000

3  addressed to Indian Company 1 to be purchased from the Chase 5092

4  Account.

5    <u>Overt Act No. 229:</u>  On or about August 10, 2017, defendants IRO

6  and CATHEY caused approximately $60,000 to be sent through a wire

7  transfer from the Chase 5092 Account to defendant IGBOKWE's BOA 2660

8  Account.

9    <u>Overt Act No. 230:</u>  On or about August 15, 2017, defendant

10  IGBOKWE sent a wire transfer of approximately $54,600 from his BOA

11  2660 Account to a Chase account ending in 9931 of defendant OGUNGBE,

12  dba "P and P Motors LLC" in Santa Fe Springs, California.

13    <u>Overt Act No. 231:</u>  On or about August 16, 2017, defendants IRO

14  and CATHEY caused a cashier's check of approximately $35,000 to

15  Indian Company 1 to be deposited into a Chase account ending in 5812,

16  opened by UICC 16 in the name of Indian Company 1, in Inglewood,

17  California (the "Chase 5812 Account").

18    <u>Overt Act No. 232:</u>  On or about August 22, 2017, defendants IRO

19  and CATHEY caused a cashier's check of approximately $35,000 to

20  Indian Company 1 to be deposited into the Chase 5812 Account.

21                          <u>Victim Company 14</u>

22    <u>Overt Act No. 233:</u>  On or about January 12, 2018, defendant

23  AJAEZE filed a Fictitious Business Name Statement with the Los

24  Angeles County Registrar-Recorder/County Clerk's Office in the name

25  of a company in Mauritius (the "Mauritius Company").

26    <u>Overt Act No. 234:</u>  On or about January 12, 2018, defendant

27  AJAEZE opened a bank account at Chase ending in 0038 with the name of

28

the Mauritius Company as its business name, in Carson, California (the "Chase 0038 Account").

Overt Act No. 235:  On or about January 18, 2018, an unknown coconspirator fraudulently induced Victim Company 14 to send a wire transfer of approximately $76,688.99 from its account at Commerzbank AG in Germany to defendant AJAEZE's Chase 0038 Account.

Overt Act No. 236:  On or about January 19, 2018, defendant AJAEZE sent a wire transfer of approximately $27,455 from the Chase 0038 Account to a Wells Fargo account in the name "Cadon Auto Corporation."

Overt Act No. 237:  On or about January 19, 2018, defendant AJAEZE sent a wire transfer of approximately $51,865 from the Chase 0038 Account to a Mashreqbank PSC account in the United Arab Emirates in the name "Elite Auto Fze."

Overt Act No. 238:  On or about January 22, 2018, defendants IRO and AJAEZE withdrew approximately $500 from the Chase 0038 Account from an ATM in Los Angeles, California.

Overt Act No. 239:  On or about January 23, 2018, defendant AJAEZE withdrew approximately $500 from the Chase 0038 Account from an ATM in Carson, California.

Overt Act No. 240:  On or about January 30, 2018, an unknown coconspirator fraudulently induced Victim Company 14 to send a wire transfer of approximately $39,004.47 from its account at Commerzbank AG in Germany to defendant AJAEZE's Chase 0038 Account.

Overt Act No. 241:  On or about January 30, 2018, defendant AJAEZE withdrew approximately $500 from the Chase 0038 Account from an ATM in Los Angeles, California.

Overt Act No. 242:   On or about February 1, 2018, defendant AJAEZE purchased a cashier's check of approximately $12,793 from the Chase 0038 Account.

Overt Act No. 243:   On or about January 31, 2018, defendant AJAEZE sent a wire transfer of approximately $19,000 from the Chase 0038 Account to the PNC Bank account of The George Washington University, to pay the Spring 2018 tuition of a student.

Overt Act No. 244:   On or about February 5, 2018, defendant AJAEZE withdrew approximately $2,000 from the Chase 0038 Account from a Chase bank branch in Carson, California.

Overt Act No. 245:   On or about February 5, 2018, defendant AJAEZE withdrew approximately $500 from the Chase 0038 Account from an ATM in Carson, California.

<div align="center">Victim Company 15</div>

Overt Act No. 246:   On or about February 13, 2018, defendant AJAEZE filed a Fictitious Business Name Statement with the Los Angeles County Registrar-Recorder/County Clerk's Office in the name of a Hong Kong-based company ("Chinese Company 3").

Overt Act No. 247:   On or about February 13, 2018, defendant AJAEZE added the name of Chinese Company 3 as a business name on the Chase 0038 Account.

Overt Act No. 248:   On or about February 14, 2018, an unknown coconspirator fraudulently induced Victim Company 15 to send a wire transfer of approximately $886,950 from its account at PT Bank Mandiri Tbk in Indonesia to defendant AJAEZE's Chase 0038 Account.

Overt Act No. 249:   On or about February 15, 2018, defendant AJAEZE sent a wire transfer of approximately $84,985 from the Chase 0038 Account to a BOA account ending in 5903.

Overt Act No. 250:  On or about February 16, 2018, defendant AJAEZE sent a wire transfer of approximately $189,000 from the Chase 0038 Account to a Compass Bank account ending in 3681 of defendant IKOGHO, in Lynwood, California (the "Compass Bank 3681 Account").

Overt Act No. 251:  On or about February 16, 2018, defendant IKOGHO cashed a check for approximately $8,000 from the Compass Bank 3681 Account.

Overt Act No. 252:  On or about February 16, 2018, defendant IKOGHO purchased a cashier's check for approximately $35,000 from the Compass Bank 3681 Account.

Overt Act No. 253:  On or about February 16, 2018, defendant AJAEZE withdrew approximately $8,000 from the Chase 0038 Account from a Chase bank branch in Carson, California.

Overt Act No. 254:  On or about February 17, 2018, defendant AJAEZE withdrew approximately $500 from the Chase 0038 Account from an ATM in Los Angeles, California.

<center>Victim Company 16</center>

Overt Act No. 255:  On or about January 22, 2018, defendant AJAEZE opened a Wells Fargo account ending in 1849, in Carson, California (the "Wells Fargo 1849 Account").

Overt Act No. 256:  On or about February 13, 2018, defendant AJAEZE filed a Fictitious Business Name Statement with the Los Angeles County Registrar-Recorder/County Clerk's Office in the name of a Washington-based company (the "Washington Company").

Overt Act No. 257:  On or about February 15, 2018, an unknown coconspirator fraudulently induced Victim Company 16 to send a wire transfer of approximately $1,750,000 from its account at National

<center>58</center>

1   Westminster Bank PLC, in the United Kingdom, to defendant AJAEZE's
2   Wells Fargo 1849 Account.

3       Overt Act No. 258:  On or about February 16, 2018, defendant
4   AJAEZE opened a Wells Fargo account ending in 7748, in Westchester,
5   California, in the name of the Washington Company (the "Wells Fargo
6   7748 Account").

7       Overt Act No. 259:  On or about February 20, 2018, defendant
8   AJAEZE made a wire transfer of approximately $200,000 from the Wells
9   Fargo 1849 Account to the Wells Fargo 7748 Account.

10      Overt Act No. 260:  On or about February 20, 2018, defendant
11  AJAEZE made a wire transfer of approximately $500,000 from the Wells
12  Fargo 1849 Account to the Wells Fargo 7748 Account.

13      Overt Act No. 261:  On or about February 20, 2018, defendant
14  AJAEZE made a wire transfer of approximately $500,000 from the Wells
15  Fargo 1849 Account to the Wells Fargo 7748 Account.

16                          Additional Overt Acts

17      Overt Act No. 262:  On or about October 7, 2014, defendant IRO
18  told defendant IZUNWANNE that he could get personal and company bank
19  accounts "everywhere," including Malaysia, Indonesia, China, Hong
20  Kong, Italy, Germany, the United Kingdom, and India.

21      Overt Act No. 263:  On or about November 3, 2014, in response to
22  defendant IZUNWANNE's request for a bank account in the Ukraine that
23  could receive the proceeds of a BEC fraud, defendant IRO negotiated
24  the rate that he would charge — telling defendant IZUNWANNE "what
25  matter is . . . making sure your money come out without any story" —
26  and sent defendant IZUNWANNE the account information, including the
27  account number and correspondent bank account number, for the Private
28  Bank Dnipropetrovsk account of P.N.M.

1    <u>Overt Act No. 264:</u>  On or about December 4, 2014, defendant IRO
2    sent defendant ONWUASOANYA the account information, including the
3    account number and the routing number, for a BOA account ending in
4    8074, opened by defendant IRO dba "Iro Enterprises," and defendants
5    IRO and ONWUASOANYA discussed the rates that defendant IRO would
6    charge for receiving and laundering the proceeds of BEC frauds and
7    romance scams.

8    <u>Overt Act No. 265:</u>  On or about March 29, 2016, defendant IRO
9    asked defendant ISAMADE to open a bank account with a specific
10   company name at Chase or US Bank, but not Bank of America.

11   <u>Overt Act No. 266:</u>  On or about November 21, 2016, defendant
12   IGBOKWE sent defendant EZIRIM the account information for the US Bank
13   2982 Account, including the name of UICC 2, the account number, and
14   the routing number.

15   <u>Overt Act No. 267:</u>  On or about January 2, 2017, defendant UGWU
16   requested a bank account that could receive an approximately $500,000
17   BEC fraud payment from Turkey.

18   <u>Overt Act No. 268:</u>  On or about January 2, 2017, defendant
19   IGBOKWE sent defendant IWU the account information for the US Bank
20   2669 Account, including the name of UICC 1, the account number, and
21   the routing number.

22   <u>Overt Act No. 269:</u>  On or about January 16, 2017, defendant
23   IGBOKWE sent defendant UBASINEKE the account information for a
24   SunTrust account ending in 8108 of UICC 18 (the "SunTrust 8108
25   Account"), including the name of UICC 18, the account number, and the
26   routing number, to use in receiving a $150,000 BEC fraud payment.

27   <u>Overt Act No. 270:</u>  On or about January 18, 2017, defendant
28   MEZIENWA told defendant IGBOKWE that he was using the SunTrust 8108

Account that defendant IGBOKWE had provided to him, including the name of UICC 18, the account number, and the routing number, to use in receiving a $200,000 fraudulent payment.

Overt Act No. 271:   On or about January 18, 2017, in response to defendant ODIONYENMA's request for a bank account that could receive an approximately $10,000 BEC fraud payment, defendant IGBOKWE sent defendant ODIONYENMA the account information, including the name of UICC 9, the account numbers, and the routing numbers, for the US Bank 0362 Account and the Wells Fargo 7245 Account.

Overt Act No. 272:   On or about January 21, 2017, in response to defendant IKEWESI's request for a bank account that could receive an approximately $500,000 BEC fraud payment, defendant IGBOKWE sent defendant IKEWESI the account information for a Wells Fargo account ending in 1243 of UICC 17 ("Wells Fargo 1243 Account") and for the US Bank 0362 Account, including the account numbers and the routing numbers.

Overt Act No. 273:   On or about January 21, 2017, in response to defendant MEZIENWA's request for a bank account that could receive an approximately $3,000 fraudulent payment, defendant IGBOKWE sent defendant MEZIENWA the account information for the Chase 7605 Account, including the account number and the routing number.

Overt Act No. 274:   On or about January 23, 2017, in response to defendant NZENWAH's request for a bank account that could receive an approximately $250,000 BEC fraud payment, defendant IGBOKWE sent defendant NZENWAH the account information for a TD Bank account ending in 2396 of UICC 19 (the "TD Bank 2396 Account"), a Regions Bank account ending in 6371 (the "Regions Bank 6371 Account"), and

the SunTrust 8108 Account, including the account numbers and the routing numbers.

Overt Act No. 275:  On or about January 24, 2017, in response to defendant IBETO's request for a bank account that could receive an approximately $1,300 fraudulent payment, defendant IGBOKWE sent defendant IBETO the account information for the Chase 7605 Account, including the account number and the routing number.

Overt Act No. 276:  On or about January 25, 2017, defendant MEGWA sent defendant IGBOKWE the account information for the US Bank 0362 Account, including the account number and the routing number.

Overt Act No. 277:  On or about January 25, 2017, defendant IGBOKWE sent defendant IBETO the account information for the Wells Fargo 7245 Account and the US Bank 0362 Account, including the account numbers and the routing numbers, to use in receiving a fraudulent payment.

Overt Act No. 278:  On or about January 26, 2017, defendant MEGWA sent defendant IGBOKWE the account information for the Wells Fargo 7245 Account, including the account number and the routing number.

Overt Act No. 279:  On or about January 26, 2017, defendant IGBOKWE sent defendant MEGWA the account information for the US Bank 0362 Account, including the account number and the routing number.

Overt Act No. 280:  On or about January 26, 2017, in response to defendant IKEWESI's request for a BOA account that could receive an approximately $500,000 BEC fraud payment, defendant IGBOKWE sent defendant IKEWESI the account information for a BOA account ending in 2942 of UICC 20 (the "BOA 2942 Account"), including the account number and the routing number.

1    <u>Overt Act No. 281:</u>  On or about January 26, 2017, in response to

2    defendant IKEWESI's request for a bank account that could receive an

3    approximately $200,000 BEC fraud payment, defendant IGBOKWE sent

4    defendant IKEWESI the account information for the SunTrust 8108

5    Account, including the name of UICC 18, the account number, and the

6    routing number.

7    <u>Overt Act No. 282:</u>  On or about January 27, 2017, in response to

8    defendant C. DURU's request for a bank account that could receive an

9    approximately $7,000 fraudulent payment, defendant IGBOKWE sent

10   defendant C. DURU the account information for the Chase 7605 Account,

11   including the account number and the routing number.

12   <u>Overt Act No. 283:</u>  On or about February 3, 2017, in response to

13   defendant AGUBE's request for a bank account that could receive an

14   approximately $192,000 fraudulent payment, defendant IGBOKWE sent

15   defendant AGUBE the account information for the Chase 7605 Account,

16   including the account number and the routing number.

17   <u>Overt Act No. 284:</u>  On or about February 6, 2017, defendant

18   IGBOKWE sent defendant UGWU the account information for the US Bank

19   2982 Account, including the name of UICC 2, the account number, and

20   the routing number.

21   <u>Overt Act No. 285:</u>  On or about February 9, 2017, in response to

22   defendant OSUJI's request for a bank account that could receive an

23   approximately $20,000 fraudulent payment, defendant IGBOKWE sent

24   defendant OSUJI the account information for the Chase 7605 Account,

25   including the account number and the routing number.

26   <u>Overt Act No. 286:</u>  On or about February 10, 2017, in response

27   to defendant UCHE's request for a bank account that could receive an

28   approximately $50,000 romance scam payment, defendant IGBOKWE sent

1   defendant UCHE the account information for the Chase 7605 Account,
2   including the account number and the routing number.

3       Overt Act No. 287:  On or about February 11, 2017, after
4   defendant IGBOKWE sent defendant MEGWA the account information for
5   the US Bank 0362 Account and two Wells Fargo Accounts — including the
6   account numbers and the routing numbers — defendant MEGWA told
7   defendant IGBOKWE that the US Bank account was "alive" but that the
8   Wells Fargo accounts had been closed.

9       Overt Act No. 288:  On or about February 13, 2017, in response
10  to defendant ONUDOROGU's request for a bank account to receive an
11  approximately $6,000 fraudulent payment, defendant IGBOKWE sent
12  defendant ONUDOROGU the account information for the Chase 7605
13  Account, including the account number and the routing number.

14      Overt Act No. 289:  On or about February 15, 2017, defendant
15  IGBOKWE sent defendant IWUOHA the account information for the Chase
16  7605 Account, including the account number and the routing number,
17  for use in receiving fraudulent payments.

18      Overt Act No. 290:  On or about February 16, 2017, defendant
19  IGBOKWE sent defendant MEGWA the account information for the US Bank
20  2982 Account, including the name of UICC 2, the account number, and
21  the routing number.

22      Overt Act No. 291:  On or about February 20, 2017, in response
23  to defendant MARK CHUKWUOCHA's request for a bank account that could
24  receive an approximately $146,000 fraudulent payment, defendant
25  IGBOKWE sent defendant MARK CHUKWUOCHA the account information for
26  the US Bank 0362 Account, including the account number and the
27  routing number.

28

1        <u>Overt Act No. 292:</u>  On or about February 21, 2017, in response
2    to defendant MACWILLIAM CHUKWUOCHA's request for a bank account that
3    could receive a fraudulent wire of approximately $100,000 from Qatar,
4    defendant IGBOKWE provided defendant MACWILLIAM CHUKWUOCHA the
5    account information for a Chase account ending in 3228 of UICC 21
6    (the "Chase 3228 Account"), including the account number and the
7    routing number.

8        <u>Overt Act No. 293:</u>  On or about February 21, 2017, after
9    defendant MARK CHUKWUOCHA told defendant IGBOKWE that approximately
10   $8,304.57 had been deposited to the Wells Fargo 1243 Account,
11   defendant IGBOKWE told him that the account had been closed due to
12   fraudulent transactions.

13       <u>Overt Act No. 294:</u>  On or about February 22, 2017, in response
14   to defendant OHAJIMKPO's request for a credit card to use in
15   receiving approximately $850,000 in fraudulent funds, defendant
16   IGBOKWE responded, in part, "if use my card FBI will come 4 me."

17       <u>Overt Act No. 295:</u>  On or about February 23, 2017, in response
18   to defendant EJIOFOR's request for a bank account that could receive
19   an approximately $16,000 fraudulent payment, defendant IGBOKWE sent
20   defendant EJIOFOR the account information for the Wells Fargo 7245
21   Account, including the name of UICC 9, the account number, and the
22   routing number.

23       <u>Overt Act No. 296:</u>  On or about February 24, 2017, in response
24   to defendant EZIRIM's request for a bank account that could receive
25   an approximately $100,000 BEC fraud payment from Korea, defendant
26   IGBOKWE provided defendant EZIRIM the account information for the
27   Chase 3228 Account, including the account number and the routing
28   number.

1    <u>Overt Act No. 297:</u>  On or about February 25, 2017, defendant IRO

2    sent defendant CHUKWU the account information for a Wells Fargo

3    account ending in 6969 of defendant EKECHUKWU (the "Wells Fargo 6969

4    Account"), including the account number and the routing number.

5    <u>Overt Act No. 298:</u>  On or about February 28, 2017, in response

6    to defendant UCHE's request for a bank account that could receive an

7    approximately $60,000 fraudulent payment, defendant IGBOKWE sent

8    defendant UCHE the account information for the US Bank 0362 Account,

9    including the account number and the routing number.

10   <u>Overt Act No. 299:</u>  On or about March 1, 2017, defendant UMEJESI

11   sent defendant IGBOKWE the account information for the US Bank 0362

12   Account, including the account number and the routing number.

13   <u>Overt Act No. 300:</u>  On or about March 1, 2017, defendant IGBOKWE

14   sent defendant UCHE the account information for the US Bank 0362

15   Account, including the account number and the routing number.

16   <u>Overt Act No. 301:</u>  On or about March 1, 2017, defendant IGBOKWE

17   sent defendant UCHE the account information for the US Bank 2982

18   Account, including the name of UICC 2, the account number, and the

19   routing number.

20   <u>Overt Act No. 302:</u>  On or about March 1, 2017, in response to a

21   request by defendant OFORKA in coded language for a bank account that

22   could receive a fraudulent payment of approximately $28,000,

23   defendant IRO sent defendant OFORKA the account information for the

24   Wells Fargo 6969 Account, including the account number and the

25   routing number.

26   <u>Overt Act No. 303:</u>  On or about March 2, 2017, defendant IGBOKWE

27   sent defendant IWU the account information for a Wells Fargo account

28   ending in 6307 of UICC 2 (the "Wells Fargo 6307 Account"), including

66

1   the account number and the routing number, to receive fraudulent

2   payments.

3       <u>Overt Act No. 304</u>:  On or about March 3, 2017, in response to

4   defendant MBA's request for a bank account that could receive an

5   approximately $32,000 BEC fraud payment, defendant IGBOKWE sent

6   defendant MBA the account information for the Wells Fargo 6307

7   Account, including the account number and the routing number.

8       <u>Overt Act No. 305</u>:  On or about March 5, 2017, defendant IGBOKWE

9   sent defendant OHAJIMKPO the account information for the Wells Fargo

10  7245 Account, including the name of UICC 9, the account number, and

11  the routing number.

12      <u>Overt Act No. 306</u>:  On or about March 6, 2017, in response to

13  defendant MBA's request for a bank account that could receive an

14  approximately $25,000 BEC fraud payment, defendant IGBOKWE sent

15  defendant MBA the account information for the Wells Fargo 7245

16  Account, including the name of UICC 9, the account number, and the

17  routing number.

18      <u>Overt Act No. 307</u>:  On or about March 6, 2017, in response to

19  defendant CHUKWU's request for a bank account that could receive an

20  approximately $50,000 romance scam payment, defendant IGBOKWE sent

21  defendant CHUKWU the account information for the BOA 2942 Account,

22  including the account number and the routing number.

23      <u>Overt Act No. 308</u>:  On or about March 6, 2017, defendant IGBOKWE

24  told defendant IWU that he could use the Wells Fargo 6307 Account to

25  receive a romance scam payment.

26      <u>Overt Act No. 309</u>:  On an unknown date, no later than March 7,

27  2017, defendant UKACHUKWU gave defendant AGWUEGBO the phone number of

28  defendant IGBOKWE.

1    Overt Act No. 310:  On or about March 7, 2017, after defendant
2  AGWUEGBO told defendant IGBOKWE that he needed Wells Fargo accounts
3  to receive BEC fraud payments from China, defendant IGBOKWE sent
4  defendant AGWUEGBO the account information for a US Bank account
5  ending in 9570 ("US Bank 9570 Account), including the account number
6  and the routing number.

7    Overt Act No. 311:  On or about March 7, 2017, defendant IGBOKWE
8  sent defendant UCHE the account information for the US Bank 9570
9  Account, including the account number and the routing number.

10    Overt Act No. 312:  On or about March 9, 2017, in response to
11  defendant MADUFOR's request for a bank account that could receive an
12  approximately $130,000 fraudulent payment, defendant IGBOKWE sent
13  defendant MADUFOR the account information for the TD Bank 2396
14  Account, including the account number and the routing number.

15    Overt Act No. 313:  On or about March 10, 2017, in response to
16  defendant OKORIE's request for a bank account that could receive an
17  approximately $9,000 romance scam payment, defendant IGBOKWE sent
18  defendant OKORIE the account information for the Chase 7605 Account,
19  including the account number and the routing number.

20    Overt Act No. 314:  On or about March 10, 2017, defendant
21  IGBOKWE sent defendant IBETO the account information for the US Bank
22  9570 Account, including the account number and the routing number.

23    Overt Act No. 315:  On or about March 10, 2017, defendant
24  IGBOKWE sent defendant EJIOFOR the account information for the Chase
25  3228 Account, including the account number and the routing number, to
26  use in receiving a fraudulent transaction.

27
28

1    Overt Act No. 316:  On or about March 14, 2017, defendant
2    IGBOKWE sent defendant UMEJESI the account information for the BOA
3    4859 Account, including the account number and the routing number.

4    Overt Act No. 317:  On or about March 14, 2017, defendant
5    IGBOKWE sent defendant ISAMADE the account information for the BOA
6    4859 Account, including the account number and the routing number, to
7    receive romance scam payments, which defendant ISAMADE expected to
8    total approximately $59,000.

9    Overt Act No. 318:  On or about March 14, 2017, in response to
10   defendant AGWUEGBO's request for a bank account that could receive an
11   approximately $100,000 fraudulent transaction, defendant IGBOKWE sent
12   defendant AGWUEGBO the account information for the US Bank 0362
13   Account, including the account number and the routing number.

14   Overt Act No. 319:  On or about March 16, 2017, in response to
15   defendant UCHE's request for a bank account that could receive a
16   fraudulent payment of approximately $1,300,000 from Tanzania,
17   defendant IGBOKWE provided defendant UCHE the account information for
18   the Chase 5027 Account, including the account number and the routing
19   number.

20   Overt Act No. 320:  On or about March 16, 2017, defendant
21   IGBOKWE sent defendant UKACHUKWU the account information for the BOA
22   4859 Account, including the account number and the routing number.

23   Overt Act No. 321:  On or about March 16, 2017, defendant
24   IGBOKWE sent defendant MBA the account information for the Wells
25   Fargo 7245 Account, including the account number and the routing
26   number.

27   Overt Act No. 322:  On or about March 16, 2017, in response to
28   defendant OHIRI's request for a bank account that could receive an

approximately $5,000 romance scam payment, defendant IGBOKWE sent defendant OHIRI the account information for the US Bank 2982 Account, including the account number and the routing number.

Overt Act No. 323:  On or about March 17, 2017, defendant UMEJESI sent defendant IRO the account information for the Wells Fargo 7245 Account, including the account number and the routing number.

Overt Act No. 324:  On or about March 17, 2017, in response to defendant OKAFOR's request for a bank account that could receive an approximately $88,000 BEC fraud payment, defendant IRO sent defendant OKAFOR the account information for the Wells Fargo 7245 Account, including the account number and the routing number.

Overt Act No. 325:  On or about March 20, 2017, defendant IGBOKWE sent defendant ONUWA the account information for the Chase 5027 Account, including the name of UICC 1, the account number, and the routing number.

Overt Act No. 326:  On or about March 21, 2017, in response to defendant OGBONNA's request for a bank account that could receive an approximately $700,000 romance scam payment, defendant IRO sent defendant OGBONNA the account information for the Chase 5027 Account, including the account number and the routing number.

Overt Act No. 327:  On or about March 21, 2017, defendant IRO sent defendant OKAFOR the account information for the Chase 5027 Account, including the account number and the routing number, for use in a romance scam scheme.

Overt Act No. 328:  On or about March 22, 2017, defendant IRO sent defendant OGUNGBE the account information for the Chase 5027

Account, including the account number and the routing number, to receive an approximately $3,000,000 transaction from the Philippines.

Overt Act No. 329:  On or about March 23, 2017, defendant IRO sent defendant ANOZIE an audio recording of himself on the phone with a Chase representative, in which defendant IRO purported to be defendant IGBOKWE while inquiring about a Chase account ending in 0595, opened by defendant IGBOKWE.

Overt Act No. 330:  On or about March 29, 2017, defendant NNAMDI DURU created an email account at the request of defendant IRO, which email account used the name of UICC 25.

Overt Act No. 331:  On or about March 29, 2017, in response to defendant OKAFOR's request for a bank account that could receive an approximately $100,000 BEC fraud payment, defendant IRO sent defendant OKAFOR the account information for a BOA account ending in 0358 (the "BOA 0358 Account"), including the account number and the routing number.

Overt Act No. 332:  On or about March 30, 2017, defendant IGBOKWE sent defendant OBASI the account information for a Citibank account ending in 0126 of UICC 2, including the account number and the routing number, to receive a BEC fraud payment.

Overt Act No. 333:  On or about April 2, 2017, in response to defendant ANYANWU's request for a bank account that could receive approximately $59,000 in BEC fraud payments, defendant IRO sent defendant ANYANWU the account information for a Wells Fargo account ending in 7276 of UICC 21 (the "Wells Fargo 7276 Account"), including the account number and the routing number.

Overt Act No. 334:  On or about April 2, 2017, in response to defendant OBASI's request for a bank account that could receive an

approximately $159,000 BEC fraud payment, defendant IGBOKWE sent
defendant OBASI the account information for the Wells Fargo 7276
Account, including the account number and the routing number.

Overt Act No. 335:  On or about April 3, 2017, defendant IRO
sent defendant NNAMDI DURU photographs of banking documents in the
name of UICC 25, including the Chase 7866 Account and the Chase 9927
Account.

Overt Act No. 336:  On or about April 3, 2017, in response to
defendant OKAFOR's request for a bank account that could receive an
approximately $70,000 BEC fraud payment, defendant IRO sent defendant
OKAFOR the account information for a BOA account ending in 8560 of
UICC 10 in Forest Park, Georgia (the "BOA 8560 Account"), including
the account number and the routing number.

Overt Act No. 337:  On or about April 3, 2017, defendant IRO
assisted defendant NNAMDI DURU in purchasing a list of email
addresses of real estate agents in New York State for use in sending
emails intended to disseminate malicious software in furtherance of
fraudulent schemes.

Overt Act No. 338:  On or about April 3, 2017, in response to
defendant OHAJIMKPO's request for a bank account that could receive
an approximately $98,000 BEC fraud payment from China, defendant
IGBOKWE sent defendant OHAJIMKPO the account information for the BOA
1004 Account, including the account number and the routing number.

Overt Act No. 339:  On or about April 4, 2017, defendant OJIMBA
opened a bank account at the request of defendant IRO, and assured
defendant IRO that his work for defendant would remain a "secret."

Overt Act No. 340:  On or about April 4, 2017, in response to
defendant OFORKA's request in coded language for a bank account that

could receive an approximately $600,000 BEC fraud payment, with total anticipated BEC fraud payments of approximately $12,000,000, defendant IRO sent defendant OFORKA the account information for a BOA account ending in 4560 of UICC 22 (the "BOA 4560 Account"), including the account number and the routing number.

Overt Act No. 341:  On or about April 4, 2017, in response to defendant NNAMDI DURU's request for a bank account that could receive a fraudulent payment of approximately $1,700,000 from Dubai, defendant IRO sent defendant NNAMDI DURU the account information for the BOA 8560 Account, including the account number and the routing number.

Overt Act No. 342:  On or about April 7, 2017, in response to defendant OHAJIMKPO's request for a bank account to receive an approximately $150,000 romance scam payment, defendant IGBOKWE sent defendant OHAJIMKPO the account information for the Chase 5027 Account, including the account number and the routing number.

Overt Act No. 343:  On or about April 10, 2017, defendant NNAMDI DURU told defendant IRO about a Brazilian company that would be making a fraudulent payment.

Overt Act No. 344:  On or about April 12, 2017, defendant IGBOKWE sent defendant MBA the account information for the Wells Fargo 4899 Account of defendant P. DURU, including the account number and the routing number, and told defendant MBA to use the bank account for "big money."

Overt Act No. 345:  On or about April 12, 2017, in response to defendant ANYANWU's request for a bank account that could receive an approximately $100,000 BEC fraud payment, defendant IRO sent

defendant ANYANWU the account information for the BOA 8560 Account, including the account number and the routing number.

Overt Act No. 346:   On or about April 12, 2017, in response to defendant ANYANWU's request for a bank account that could receive an approximately $80,000 romance scam payment, defendant IRO sent defendant ANYANWU the account information for the Chase 7866 Account, including the name of UICC 25, the account number, and the routing number.

Overt Act No. 347:   On or about April 12, 2017, in response to defendant E. DIKE's request for a bank account that could receive approximately $3,000 in romance scam payments, defendant IRO sent defendant E. DIKE the account information for the Chase 7866 Account, including the name of UICC 25, the account number, and the routing number.

Overt Act No. 348:   On or about April 13, 2017, defendant ODIMARA asked defendant IGBOKWE for multiple bank accounts to receive fraudulent payments totaling more than $450,000.

Overt Act No. 349:   On or about April 13, 2017, in response to a request from defendant AWAK for a bank account that could receive the proceeds of a romance scam, defendant IRO sent defendant AWAK the account information for the Chase 7866 Account, including the name of UICC 25, the account number, and the routing number.

Overt Act No. 350:   On or about April 13, 2017, defendant OJIMBA sent defendant IRO the account information for a BOA account ending in 7032 of UICC 22 (the "BOA 7032 Account"), including the name of UICC 22, the account number, and the routing number, and asked defendant IRO not to use that account again because BOA told UICC 22 it was investigating the account.

1    <u>Overt Act No. 351:</u>  On or about April 13, 2017, defendant IRO
2    advised defendant OJIMBA to attempt to reopen the BOA 7032 Account at
3    Chase or US Bank, and to use the same business name as the BOA 7032
4    Account.

5    <u>Overt Act No. 352:</u>  On or about April 14, 2017, defendant OJIMBA
6    sent defendant IRO the account information for a US Bank account
7    ending in 1789 (the "US Bank 1789 Account"), including the name of
8    UICC 22, the account number, and the routing number.

9    <u>Overt Act No. 353:</u>  On or about April 14, 2017, after defendant
10   NNAMDI DURU requested a bank account that could receive $200,000,000
11   in fraudulent funds, defendant IRO sent defendant NNAMDI DURU the
12   account information for the BOA 8560 Account and the Wells Fargo 4899
13   Account, but then sent the account information for the Chase 5027
14   Account, which defendant IRO said was "stronger."

15   <u>Overt Act No. 354:</u>  On or about April 14, 2017, defendant
16   IGBOKWE sent defendant OCHIAGHA the account information for the Wells
17   Fargo 4899 Account and the BOA 1004 Account, including the account
18   numbers and the routing numbers, and told defendant OCHIAGHA that the
19   BOA 1004 Account could be used to receive a BEC fraud payment.

20   <u>Overt Act No. 355:</u>  On or about April 16, 2017, in response to
21   defendant OGBONNA's request for a bank account that could receive an
22   approximately $25,000 romance scam payment, defendant IRO sent
23   defendant OGBONNA the account information for the Chase 7866 Account,
24   including the name of UICC 25, the account number, and the routing
25   number.

26   <u>Overt Act No. 356:</u>  On or about April 16, 2017, in response to
27   defendant CHIKA's request for a bank account that could receive an
28   approximately $10,000 romance scam payment, defendant IRO sent

1  defendant CHIKA the account information for the Chase 7866 Account,
2  including the name of UICC 25, the account number, and the routing
3  number.

4      Overt Act No. 357:  On or about April 17, 2017, after defendant
5  CHILAKA requested a bank account that could receive the proceeds of a
6  BEC fraud, defendant IGBOKWE sent defendant CHILAKA the account
7  information for the BOA 4859 Account, including the account number
8  and the routing number.

9      Overt Act No. 358:  On or about April 20, 2017, defendant
10 IGBOKWE sent defendant UMEJESI the account information for the Wells
11 Fargo 4899 Account, including the account number and the routing
12 number.

13     Overt Act No. 359:  On or about April 20, 2017, defendant
14 IGBOKWE sent defendant UZOKA the account information for the Wells
15 Fargo 4899 Account, including the account number and the routing
16 number.

17     Overt Act No. 360:  On or about April 20, 2017, defendant
18 IGBOKWE sent defendant ODIONYENMA the account information for the
19 Wells Fargo 4899 Account, including the account number and the
20 routing number.

21     Overt Act No. 361:  On or about April 24, 2017, defendant
22 IGBOKWE sent defendant ONUWA the account information for the Chase
23 5027 Account, including the name of UICC 1, the account number, and
24 the routing number.

25     Overt Act No. 362:  On or about April 24, 2017, in response to
26 defendant MADUFOR's request for a bank account that could receive an
27 approximately $150,000 BEC fraud payment, defendant IGBOKWE sent
28 defendant MADUFOR the account information for the Wells Fargo 4899

1    Account and the BOA 1004 Account, including the account numbers and
2    the routing numbers.

3        Overt Act No. 363:  On or about April 25, 2017, defendant IRO
4    told defendant OJIMBA to "start servicing" the US Bank 1789 account
5    because he was expecting a payment of approximately $1,700,000 to
6    arrive in the account.

7        Overt Act No. 364:  On or about April 25, 2017, in response to a
8    request from defendant ISAMADE for a bank account that could receive
9    a BEC fraud payment, defendant IGBOKWE sent defendant ISAMADE the
10   account information for a Wells Fargo account ending in 5309 of UICC
11   23 ("Wells Fargo 5309 Account"), including the name of UICC 23, the
12   account number, and the routing number.

13       Overt Act No. 365:  On or about April 25, 2017, defendant
14   IGBOKWE sent defendant NNEBEDUM the account information for the Wells
15   Fargo 5309 Account, including the account-holder's name, the account
16   number, and the routing number, to receive fraudulent transactions
17   totaling approximately $157,000.

18       Overt Act No. 366:  On or about April 27, 2017, defendant
19   IGBOKWE sent defendant UGWU the account information for the BOA 1004
20   Account, including the name of UICC 11, the account number, and the
21   routing number.

22       Overt Act No. 367:  On or about April 28, 2017, defendants
23   ODIMARA and IGBOKWE discussed a fraudulent payment of approximately
24   $36,274 made to the Wells Fargo 7276 Account.

25       Overt Act No. 368:  On or about April 29, 2017, defendant
26   IGBOKWE sent defendant ONYEKA the account information for the US Bank
27   0362 Account, including the account number and the routing number.

28

1       <u>Overt Act No. 369:</u>  On or about May 2, 2017, in response to

2   defendant OKOLO's request for a bank account that could receive an

3   approximately $766,000 BEC fraud payment, defendant IGBOKWE sent

4   defendant OKOLO the account information for the Chase 5899 Account,

5   including the account number and the routing number.

6       <u>Overt Act No. 370:</u>  On or about May 4, 2017, defendant IRO sent

7   defendant E. DIKE the account information for the BOA 2660 Account,

8   including the account number and the routing number, for use in

9   receiving a romance scam payment and told him how to avoid having his

10  victim learn the money would be deposited to a bank account in

11  California.

12      <u>Overt Act No. 371:</u>  On or about May 5, 2017, defendant IGBOKWE

13  sent defendant ONUWA the account information for the Chase 5027

14  Account, including the name of UICC 1, the account number, and the

15  routing number.

16      <u>Overt Act No. 372:</u>  On or about May 8, 2017, in response to a

17  request from defendant UZOKA for a bank account that could receive an

18  approximately $300,000 BEC fraud payment, defendant IGBOKWE sent

19  defendant UZOKA the account information for the Chase 5899 Account,

20  including the account number and the routing number.

21      <u>Overt Act No. 373:</u>  On or about May 15, 2017, in response to

22  defendant ONWUASOANYA's request for a bank account that could receive

23  a romance scam payment totaling approximately $200,000, defendant IRO

24  sent defendant ONWUASOANYA the account information for defendant

25  IGBOKWE's BOA 2660 Account, including the account number and the

26  routing number.

27      <u>Overt Act No. 374:</u>  On or about May 17, 2017, in response to a

28  request by defendant AZUBUIKE for a bank account that could receive

1  an approximately $70,000 romance scam payment, defendant IGBOKWE sent
2  defendant AZUBUIKE the account information for a Wells Fargo account
3  ending in 4216 (the "Wells Fargo 4216 Account"), including the name
4  of UICC 22, the account number, and the routing number.

5      Overt Act No. 375:  On or about May 17, 2017, defendant IGBOKWE
6  sent defendant UGWU the account information for a Chase account
7  ending in 3995 of UICC 22 (the "Chase 3995 Account"), including the
8  name of UICC 22, the account number, and the routing number.

9      Overt Act No. 376:  On or about May 17, 2017, in response to
10  defendant OKEREKE's request for a bank account that could receive an
11  approximately $35,000 romance scam payment, defendant IGBOKWE sent
12  defendant OKEREKE the account information for the Wells Fargo 1147
13  Account, including the account number and the routing number.

14      Overt Act No. 377:  On or about May 17, 2017, defendant IGBOKWE
15  sent defendant OKEREKE the account information for the Chase 5027
16  Account, including the name of UICC 1, the account number, and the
17  routing number, to receive an approximately $2,000 romance scam
18  payment.

19      Overt Act No. 378:  On or about May 19, 2017, in response to a
20  request by defendant UZOKA for a bank account that could receive an
21  approximately $350,000 romance scam payment, defendant IGBOKWE sent
22  defendant UZOKA the account information for the Chase 7605 Account,
23  including the name the account number and the routing number.

24      Overt Act No. 379:  On or about May 23, 2017, defendant AGUH
25  told defendant IGBOKWE that he was using the BOA 2660 Account that
26  defendant IGBOKWE had provided to him, including the account number,
27  and the routing number, to use in receiving a fraudulent payment.

28

1         Overt Act No. 380:  On or about May 23, 2017, defendants IRO and

2    EKI discussed whether the Chase 7866 Account had received a

3    fraudulent payment.

4         Overt Act No. 381:  On or about May 26, 2017, in response to

5    defendant OFORKA's request for a bank account that could receive a

6    fraudulent payment of approximately $100,000, defendant IRO sent

7    defendant OFORKA the account information for the Chase 5027 Account,

8    including the account number and the routing number.

9         Overt Act No. 382:  On or about May 29, 2017, in response to

10   defendant OKOLO's request for a bank account that could receive an

11   approximately $92,000 BEC fraud payment, defendant IGBOKWE sent

12   defendant OKOLO the account information for the Wells Fargo 5309

13   Account and the Chase 3995 Account, including the account numbers and

14   the routing numbers.

15        Overt Act No. 383:  On or about June 1, 2017, defendant IGBOKWE

16   sent defendant ODIMARA the account information for the Wells Fargo

17   5309 Account, including the account number and the routing number.

18        Overt Act No. 384:  On or about June 1, 2017, in response to

19   defendant OSUJI's request for a bank account that could receive an

20   approximately $4,000 fraudulent payment, defendant IGBOKWE sent

21   defendant OSUJI the account information for the Chase 7605 Account,

22   including the name of UICC 1, the account number, and the routing

23   number.

24        Overt Act No. 385:  On or about June 2, 2017, defendant IGBOKWE

25   sent defendant ONUDOROGU the account information for the BOA 2660

26   Account, including the account number and the routing number, to use

27   in receiving a fraudulent payment of approximately $12,593.

28

1    <u>Overt Act No. 386:</u>  On or about June 3, 2017, defendant IGBOKWE
2    sent defendant NWANEGWO the account information for the Chase 7605
3    Account, including the name of UICC 1, the account number, and the
4    routing number, for use in receiving a fraudulent transaction.

5    <u>Overt Act No. 387:</u>  On or about June 6, 2017, in response to
6    defendant G. DIKE's request for a bank account that could receive an
7    approximately $100,000 fraudulent payment, defendant IGBOKWE sent
8    defendant G. DIKE the account information for the BOA 7032 Account,
9    including the account number and the routing number.

10   <u>Overt Act No. 388:</u>  On or about June 7, 2017, in response to a
11   request by defendant AZUBUIKE for a bank account that could receive
12   an approximately $50,000 BEC fraud payment, defendant IGBOKWE sent
13   defendant AZUBUIKE the account information for the Wells Fargo 4216
14   Account, including the account number and the routing number.

15   <u>Overt Act No. 389:</u>  On or about June 7, 2017, in response to
16   defendant OFORKA's request for a bank account that could receive an
17   approximately $5,000 romance scam payment, defendant IGBOKWE sent
18   defendant OFORKA the account information for the Chase 5027 Account,
19   including the account number and the routing number.

20   <u>Overt Act No. 390:</u>  On or about June 8, 2017, in response to
21   defendant EZIRIM's request for a bank account that could receive an
22   approximately $100,000 fraudulent payment, defendant IGBOKWE provided
23   defendant EZIRIM the account information for the Chase 5027 Account,
24   including the account number and the routing number.

25   <u>Overt Act No. 391:</u>  On or about June 8, 2017, defendants IRO and
26   OKAFOR discussed the closure of the Wells Fargo 4216 Account.

27
28

Overt Act No. 392:  On or about June 9, 2017, defendant IGBOKWE sent defendant OFORKA the account information for the US Bank 0362 Account, including the account number and the routing number.

Overt Act No. 393:  On or about June 11, 2017, defendant IGBOKWE sent defendant ODIMARA the account information for the Chase 7605 Account, including name of UICC 1, the account number, and the routing number.

Overt Act No. 394:  On or about June 12, 2017, in response to defendant ONYEKA's request for a bank account that could receive a BEC fraud payment, defendant IGBOKWE sent defendant ONYEKA the account information for the BOA 1004 Account, including the account number and the routing number.

Overt Act No. 395:  On or about June 13, 2017, in response to defendant AWAK's request for a bank account that could receive an approximately $50,000 romance scam payment, defendant IRO sent defendant AWAK the account information for the BOA 2660 Account, including the account number and the routing number.

Overt Act No. 396:  On or about June 13, 2017, defendant IGBOKWE sent defendant NWANEGWO the account information for the BOA 2660 Account, including the account number and the routing number, to use in receiving a fraudulent payment.

Overt Act No. 397:  On or about June 15, 2017, in response to defendant OFORKA's request for a bank account that could receive a fraudulent payment of approximately $18,000, defendant IGBOKWE sent defendant OFORKA the account information for the Chase 5027 Account, including the account number and the routing number.

Overt Act No. 398:  On or about June 17, 2017, defendant IGBOKWE sent defendant ESHIMBU the account information for the BOA 2660

1  Account, including the account number and the routing number, to use
2  in receiving a fraudulent payment.

3     Overt Act No. 399:  On or about June 18, 2017, in response to a
4  request by defendant EGWUMBA for a Chase bank account that could
5  receive an approximately $2,000,000 fraudulent wire, defendant IRO
6  sent defendant EGWUMBA the account information for the Chase 5027
7  Account, including the account number and the routing number, and
8  told defendant EGWUMBA that the coconspirator conducting the fraud
9  would receive 40% of the proceeds, that the person who opened the
10 bank account would receive 40%, and that defendants IRO and EGWUMBA
11 would split the remaining 20%.

12    Overt Act No. 400:  On or about June 18, 2017, in response to
13 defendant OHIRI's  request for a bank account that could receive an
14 approximately $500,000 BEC fraud payment, defendant IGBOKWE sent
15 defendant OHIRI the account information for a Citizens Bank account
16 ending in 7430 (the "Citizens Bank 7430 Account"), including the
17 account number and the routing number.

18    Overt Act No. 401:  On or about June 19, 2017, in response to
19 defendant OGANDU's request for a bank account that could receive an
20 approximately $50,000 romance scam payment, defendant IGBOKWE sent
21 defendant OGANDU the account information for the Chase 7605 Account,
22 including the name of UICC 1, the account number, and the routing
23 number.

24    Overt Act No. 402:  On or about June 19, 2017, in response to a
25 request by defendant NWACHUKWU for a bank account that could receive
26 an approximately $130,000 fraudulent payment, defendant IRO sent
27 defendant NWACHUKWU the account information for the Chase 5027
28 Account, including the account number and the routing number.

1    Overt Act No. 403:  On or about June 21, 2017, defendant IRO
2    told defendant NNAMDI that the exchange rate that defendant IRO
3    provided was low given that his money exchangers provided a low
4    exchange rate to him because they helped "clean" the funds.

5    Overt Act No. 404:  On or about June 22, 2017, defendant IGBOKWE
6    sent defendant AGWUEGBO the account information for the Wells Fargo
7    5309 Account, including the name of UICC 23, the account number, and
8    the routing number.

9    Overt Act No. 405:  On or about June 22, 2017, defendant IGBOKWE
10   sent defendant IWUOHA the account information for the BOA 2660
11   Account, including the account number and the routing number, to use
12   in receiving a fraudulent payment.

13   Overt Act No. 406:  On or about June 25, 2017, defendant AGUH
14   told defendant IGBOKWE that he was using the Chase 7605 Account that
15   defendant IGBOKWE had provided to him, including the name of UICC 1,
16   the account number, and the routing number, to use in receiving a
17   fraudulent payment.

18   Overt Act No. 407:  On or about June 26, 2017, in response to
19   defendant G. DIKE's request for a MoneyGram account that could
20   receive a fraudulent payment, defendant IGBOKWE sent defendant
21   G. DIKE the name of UICC 1.

22   Overt Act No. 408:  On or about June 27, 2017, after defendant
23   OSMUND asked for a bank account that could receive romance scam
24   funds, defendant IGBOKWE sent defendant OSMUND the account
25   information for the Chase 7605 Account, including the account number
26   and the routing number.

27   Overt Act No. 409:  On or about June 28, 2017, in response to a
28   request by defendant OGANDU for a bank account that could receive an

approximately 43,000 euro BEC payment, defendant IGBOKWE sent
defendant OGANDU the account information for the BOA 7032 Account,
including the name of UICC 22, the account number, and the routing
number; and the Chase 7003 Account, including the account number and
the routing number.

Overt Act No. 410:  On or about June 28, 2017, in response to
defendant ONYEKA's request for a bank account that could receive an
approximately $200,000 BEC fraud payment, defendant IGBOKWE sent
defendant ONYEKA the account information for a BOA account ending in
0307 (the "BOA 0307 Account"), including the account number and the
routing number.

Overt Act No. 411:  On or about June 29, 2017, in response to a
request by defendant EGWUMBA for a bank account that could receive a
BEC fraud payment, defendant IRO sent defendant EGWUMBA the account
information for the US Bank 1789 Account, including the name of
UICC 22, the account number, and the routing number.

Overt Act No. 412:  On or about July 2, 2017, in response to a
request by defendant NWACHUKWU for a bank account that could receive
an approximately $3,000 romance scam payment, defendant IRO sent
defendant NWACHUKWU the account information for a BOA account ending
in 0305 (the "BOA 0305 Account"), including the name of UICC 25, the
account number, and the routing number.

Overt Act No. 413:  On or about July 5, 2017, defendant IRO sent
defendant CHIKA the account information for the BOA 3563 Account,
including the account number and the routing number, and the account
information for the BOA 0305 Account, including the name of UICC 25,
the account number, and the routing number, for use in receiving
romance scam payments.

Overt Act No. 414:  On or about July 5, 2017, defendant IRO sent defendant EKI the account information for the BOA 3563 Account, including the account number and the routing number, and the account information for the BOA 0305 Account, including the name of UICC 25, the account number, and the routing number, for use in receiving romance scam payments.

Overt Act No. 415:  On or about July 6, 2017, in response to a request by defendant AZUBUIKE for a bank account that could receive an approximately $370,000 payment, defendant IGBOKWE sent defendant AZUBUIKE the account information for four BOA accounts, including the account numbers and the routing numbers.

Overt Act No. 416:  On or about July 7, 2017, in response to defendant AJAH's request for a bank account that could receive approximately $15,000 in romance scam payments, defendant IRO sent defendant AJAH the account information for the BOA 0305 Account, including the name of UICC 25, the account number, and the routing number, and the BOA 3563 Account, including the account number and the routing number.

Overt Act No. 417:  On or about July 8, 2017, defendant IGBOKWE sent defendant IHEJIUREME the account information for a Wells Fargo account ending in 0848, to use in receiving a fraudulent payment.

Overt Act No. 418:  On or about July 9, 2017, in response to a request by defendant EKECHUKWU for a bank account that could receive a fraudulent wire of approximately $500,000, defendant IGBOKWE sent defendant EKECHUKWU the account information for the Wells Fargo 5309 Account, including the name of UICC 23, the account number, and the routing number.

Overt Act No. 419:  On or about July 11, 2017, in response to defendant UCHE's request for a bank account that could receive an approximately $300,000 BEC fraud payment, defendant IGBOKWE sent defendant UCHE the account information for the Wells Fargo 5309 Account and then sent him the account information for a Chase account ending in 7003 of UICC 11 (the "Chase 7003 Account").

Overt Act No. 420:  On or about July 11, 2017, in response to a request by defendant MACWILLIAM CHUKWUOCHA for a bank account that could receive a fraudulent wire of approximately $280,000, defendant IGBOKWE sent defendant MACWILLIAM CHUKWUOCHA the account information for the Wells Fargo 5309 Account, including the name of UICC 23, the account number, and the routing number.

Overt Act No. 421:  On or about July 12, 2017, in response to a request by defendant AWAK for a bank account that could receive a fraudulent wire of approximately $500,000, defendant IRO sent defendant AWAK the account information for the BOA 3563 Account, including the account number and the routing number.

Overt Act No. 422:  On or about July 12, 2017, defendant EGWUMBA discussed with defendant EROHA how defendant EGWUMBA had been using a computer virus.

Overt Act No. 423:  On or about July 12, 2017, defendant IRO told defendant EROHA that for receiving and laundering the proceeds of BEC transactions he would charge a rate of 45%-60% and for romance schemes he could charge 20%-25%, and defendant EROHA provided that information to defendant EGWUMBA.

Overt Act No. 424:  On or about January 12, 2017, defendant IGBOKWE sent defendant IHEJIUREME the name of defendant MANSBANGURA

as the money service account to which defendant IHEJIUREME could direct a fraudulent payment.

Overt Act No. 425:  On or about July 13, 2017, defendant IGBOKWE sent defendant ESHIMBU the account information for defendant IGBOKWE's BOA account ending in 2673 (the "BOA 2673 Account"), including the account number and the routing number, to use in receiving a fraudulent payment.

Overt Act No. 426:  On or about July 15, 2017, defendant IGBOKWE sent defendant ODIMARA the account information for a BOA 4560 Account, including the account number and the routing number.

### Additional Transfers to Nigerian Bank Accounts

Overt Act No. 427:  On or about February 7, 2017, defendant IRO instructed UICC 3 to transfer approximately 28,800,000 naira from his Nigerian bank account to the Nigerian bank account of defendant OGUNGBE, and noted that those funds were to "buy usd."

Overt Act No. 428:  On or about April 4, 2017, defendant IRO instructed UICC 3 to transfer approximately 3,300,000 naira from his Nigerian bank account to the Nigerian bank account of defendant MBA.

Overt Act No. 429:  On or about May 8, 2017, defendant OGUNGBE confirmed to defendant IRO that he had paid approximately 5,000,000 naira to the Nigerian bank account of UICC 3 on or about April 16, 2017.

Overt Act No. 430:  On or about April 19, 2017, defendant IRO instructed defendant IKOGHO to transfer funds from his Nigerian bank account to the Nigerian bank account of UICC 3 and two other Nigerian bank accounts.

1        Overt Act No. 431:  On or about April 24, 2017, defendant IRO
2    instructed defendant IKOGHO to transfer funds from his Nigerian bank
3    account to the Nigerian bank account of UICC 3.

4        Overt Act No. 432:  On or about April 25, 2017, defendant IRO
5    instructed defendant IKOGHO to transfer approximately 1,250,510 naira
6    from his Nigerian bank account to the Nigerian bank account of UICC
7    3.

8        Overt Act No. 433:  On or about April 25, 2017, defendant IRO
9    instructed defendant IKOGHO to transfer approximately 6,532,000 naira
10   from his Nigerian bank account to the Nigerian bank account of
11   defendant AZUBUIKE.

12       Overt Act No. 434:  On or about April 28, 2017, defendant IRO
13   instructed defendant OGUNGBE to transfer approximately $3,550,000
14   from his Nigerian bank account to the Nigerian bank account of UICC
15   3.

16       Overt Act No. 435:  On or about May 3, 2017, defendant IRO
17   instructed UICC 3 to transfer approximately 5,000,000 naira from his
18   Nigerian bank account to the Nigerian bank account of defendant
19   N. DURU.

20       Overt Act No. 436:  On or about May 8, 2017, defendant IRO
21   instructed defendant IKOGHO to transfer funds from his Nigerian bank
22   account to the Nigerian bank account of defendant N. DURU.

23       Overt Act No. 437:  On or about May 9, 2017, defendant IRO
24   instructed defendant IKOGHO to transfer approximately 26,927,500
25   naira from his Nigerian bank account to the Nigerian bank account of
26   defendant N. DURU.

27       Overt Act No. 438:  On or about May 9, 2017, defendant IRO
28   instructed defendant IKOGHO to transfer approximately 11,791,200

naira from his Nigerian bank account to the Nigerian bank account of UICC 3.

Overt Act No. 439:  On or about May 9, 2017, defendant IRO instructed defendant IKOGHO to transfer approximately 1,600,000 naira from his Nigerian bank account to the Nigerian bank account of defendant NNAMDI.

Overt Act No. 440:  On or about May 9, 2017, defendant IRO instructed defendant IKOGHO to transfer approximately 3,960,000 naira from his Nigerian bank account to the Nigerian bank account of UICC 5.

Overt Act No. 441:  On or about May 9, 2017, defendant IRO instructed defendant IKOGHO to transfer approximately 4,440,200 naira from his Nigerian bank account to the Nigerian bank account of UICC 3.

Overt Act No. 442:  On or about May 13, 2017, defendant IRO instructed defendant IKOGHO to transfer approximately 21,300,000 naira from his Nigerian bank account to the Nigerian bank account of UICC 5.

Overt Act No. 443:  On or about May 15, 2017, defendant IRO instructed UICC 3 to transfer approximately 24,700,000 naira from his Nigerian bank account to the Nigerian bank account of defendant N. DURU.

Overt Act No. 444:  On or about May 15, 2017, defendant IRO instructed UICC 3 to transfer approximately 742,500 naira from his Nigerian bank account to the Nigerian bank account of defendant AWAK.

Overt Act No. 445:  On or about May 15, 2017, defendant IRO instructed UICC 3 to transfer approximately 200,000 naira from his

1  Nigerian bank account to the Nigerian bank account of defendant
2  AZUBUIKE.

3       Overt Act No. 446:  On or about May 7, 2017, defendant OGUNGBE
4  confirmed to defendant IRO that he had paid approximately 5,000,000
5  naira to the Nigerian bank account of UICC 3.

6       Overt Act No. 447:  On or about July 12, 2017, defendants IRO
7  and OGUNGBE discussed a transfer of approximately 2,626,500 to the
8  Nigerian bank account of defendant AJAH.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## COUNT TWO

2

[18 U.S.C. § 1349]

3

[ALL DEFENDANTS]

4    21.   The Grand Jury re-alleges and incorporates paragraphs 1

5  through 16 of the Introductory Allegations of this Indictment here.

6  A.   OBJECTS OF THE CONSPIRACY

7    22.   Beginning on a date unknown to the Grand Jury, but no later

8  than October 7, 2014, and continuing through an unknown date, but no

9  earlier than on or about May 2, 2018, in Los Angeles County, within

10  the Central District of California, and elsewhere, defendants IRO,

11  IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE,

12  EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, N. DURU, OFORKA, MARK

13  CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA,

14  ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM,

15  OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU,

16  IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR,

17  NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE,

18  OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, P. DURU, IWU, CHIKA, MEZIENWA,

19  AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU,

20  AJAH, EJIOFOR, UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA,

21  C. DURU, IHEJIUREME, and MADEKWE, together with UICC 1 through UICC

22  26 and others known and unknown to the Grand Jury, knowingly

23  conspired to commit the following offenses:

24        a.   wire fraud, in violation of Title 18, United States

25  Code, Section 1343;

26        b.   mail fraud, in violation of Title 18, United States

27  Code, Section 1341; and

28

1         c.   bank fraud, in violation of Title 18, United States

2    Code, Section 1344(2).

3    B.   THE MANNER AND MEANS OF THE CONSPIRACY

4         23.  The objects of the conspiracy were to be accomplished, in

5    substance, as follows:

6         a.   Defendants UMEJESI, OGUNGBE, EKECHUKWU, XPLORA G,

7    OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA,

8    OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM

9    CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA,

10   IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI,

11   ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE,

12   ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU,

13   AGWUEGBO, CHUKWU, MEGWA, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE,

14   AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR,

15   UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, and

16   IHEJIUREME, or their coconspirators, would identify a potential

17   victim of a BEC fraud, escrow fraud, romance scam, or other

18   fraudulent scheme.

19         i.   As to a potential BEC fraud and escrow fraud

20   victim, this would be done in part by hacking into the email system

21   of either the potential BEC fraud victim or a party with whom the

22   potential BEC fraud victim was communicating, intercepting

23   communications, and directly communicating with the potential victim.

24         ii.  As to a potential romance scam victim, this would

25   be done by employing false and fraudulent personas to virtually meet

26   a potential victim on online dating or social media platforms and

27   attempting to cultivate relationships such that the potential victim

28

1    would incorrectly believe herself or himself to be in a relationship

2    or to be friends with the false and fraudulent persona.

3              b.    The Grand Jury re-alleges and incorporates paragraphs

4    19.a through 19.i of Section B of Count One of this Indictment here.

5    C.    OVERT ACTS

6         24.   In furtherance of the conspiracy, and to accomplish its

7    objects, defendants IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY,

8    MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, N.

9    DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE,

10   ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK,

11   EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU,

12   AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA,

13   ISAMADE, MADUFOR, NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH,

14   OBASI, AGUBE, OKORIE, OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, P. DURU,

15   IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE,

16   UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR, UBASINEKE, IBETO,

17   NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, IHEJIUREME, and MADEKWE,

18   together with other known and unknown to the Grand Jury, on or about

19   the dates set forth below, committed and caused to be committed

20   various overt acts, in the Central District of California and

21   elsewhere, including, but not limited to, the following:

22        Overt Act Nos. 1-447:  The Grand Jury re-alleges and

23   incorporates Overt Act Number 1 through Overt Act Number 447 of

24   Section C of Count One of this Indictment here.

25

26

27

28

COUNT THREE

[18 U.S.C. § 1349]

[DEFENDANTS IRO, ONWUASOANYA, AND IZUNWANNE]

25.  The Grand Jury re-alleges and incorporates paragraphs 1 and 8 of the Introductory Allegations of this Indictment here.

A.   OBJECTS OF THE CONSPIRACY

26.  Beginning on a date unknown to the Grand Jury, but no later than September 1, 2014, and continuing through an unknown date, but no earlier than on or about September 11, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendants IRO, ONWUASOANYA, and IZUNWANNE, together with others known and unknown to the Grand Jury, knowingly conspired to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

B.   THE MANNER AND MEANS OF THE CONSPIRACY

27.  The object of the conspiracy was to be accomplished, in substance, as follows:

a.   Defendants ONWUASOANYA, IZUNWANNE, or their coconspirators, would identify a potential victim of BEC fraud.  This would be done in part by hacking into the email system of either the potential BEC fraud victim or a party with whom the potential BEC fraud victim was communicating, intercepting communications, and directly communicating with the potential victims.

b.   Defendants ONWUASOANYA, IZUNWANNE, or their coconspirators, would through false and fraudulent pretenses, representations, and promises, and concealment of material facts, persuade a victim to wire funds into a bank account.

1      c.     Defendants ONWUASOANYA, IZUNWANNE, IRO, and their

2  coconspirators, would also make false and fraudulent statements,

3  representations, and promises, and conceal material facts, in order

4  to avoid discovery of the fraudulent nature of the deposit, wire, or

5  transfer.

6      d.     Defendants ONWUASOANYA, IZUNWANNE, or their

7  coconspirators would withdraw, and attempt to withdraw, the

8  fraudulently-obtained funds from a bank account before the victim

9  became aware of the fraudulent nature of the transactions, so as to

10  obtain the money and so as to conceal and disguise the nature,

11  location, source, ownership and control of the proceeds.

12  C.   OVERT ACTS

13  Overt Act No. 1:    On or about September 3, 2014, an unknown

14  coconspirator fraudulently induced Victim Company 1 to send a wire

15  transfer of approximately $45,783.97 from its City National Bank

16  account in San Diego County, California, to a fraudulent bank account

17  at HSBC ending in 6100.

18  Overt Act No. 2:    On or about September 11, 2014, prior to

19  Victim Company 1 discovering that it had been defrauded, defendant

20  ONWUASOANYA arranged for defendant IRO to impersonate an employee of

21  Victim Company 1 when speaking to a Chinese representative of Victim

22  Company 1, in order to avoid having the fraudulent scheme be

23  detected.

24  Overt Act No. 3:    On or about September 11, 2014, prior to

25  Victim Company 1 discovering that it had been defrauded, defendant

26  IZUNWANNE provided information to IRO so that defendant IRO could

27  impersonate an employee of Victim Company 1 when speaking to a

28

Chinese representative of Victim Company 1, in order to avoid having the fraudulent scheme be detected.

COUNTS FOUR THROUGH FORTY-NINE

[18 U.S.C. §§ 1343, 2(a)]

[DEFENDANTS IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, NNAMDI, CHILAKA, ODIONYENMA, OGBONNA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, SAM MAL, AZUBUIKE, ANUNOBI, ONUWA, P. DURU, ANOZIE, AGUNWA, AND NWANGWU]

28.   The Grand Jury re-alleges and incorporates paragraphs 1 through 16 of the Introductory Allegations of this Indictment here.

A.   SCHEMES TO DEFRAUD

29.   Beginning on unknown dates no later than on or about September 3, 2015 and continuing through unknown dates no earlier than on or about May 2, 2018, in Los Angeles County, within the Central District of California, and elsewhere, the defendant(s) identified in each Count listed in paragraph 31, together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and with intent to defraud, devised, participated in, and executed and attempted to execute a scheme to defraud a victim as to material matters, and to obtain money and property from such victim by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

30.   The fraudulent schemes were operated and were carried out, in substance, as set forth in paragraph 23 of Count Two of this Indictment.

B.   USE OF THE WIRES

31.   On or about the following dates, within the Central District of California, and elsewhere, the following defendants, and others known and unknown to the Grand Jury, for the purpose of

executing and attempting to execute the above-described schemes to defraud, transmitted and caused the transmission of the following items by means of wire communication in interstate and foreign commerce:

| COUNT | DEFENDANT(S) | DATE | ITEM WIRED |
|-------|--------------|------|------------|
| Scheme as to Victim M.S. | | | |
| 4 | IRO and OGBONNA | 9/3/2015 | Wire transfer of approximately $23,000 from the BOA account of M.S., held in Monterey Park, California, through interstate wires, to Chase checking account ending in 9837 of defendant IRO, doing business as ("dba") "VOI Enterprises," held in Carson, California (the "Chase 9837 Account") |
| 5 | IRO and OGBONNA | 9/8/2015 | Wire transfer of approximately $46,500 from the BOA account of M.S., held in Monterey Park, California, through interstate wires, to the Chase 9837 Account |
| 6 | IRO and OGBONNA | 9/10/2015 | Wire transfer of approximately $4,700 from the BOA account of M.S., held in Monterey Park, California, through interstate wires, to the Chase 9837 Account |
| 7 | IRO and OGBONNA | 9/14/2015 | Wire transfer of approximately $17,000 from the BOA account of M.S., held in Monterey Park, California, through interstate wires, to the Chase 9837 Account |
| Scheme as to Victim Company 2 | | | |
| 8 | IRO | 2/12/2016 | Wire transfer of approximately $186,686 from the United Bank of Africa account of Victim Company 2, through interstate wires, to the Chase 9837 Account |

| | | | Scheme as to Victim R.B. | |
|---|---|---|---|
| 9 | IRO, ODIONYENMA, and AWAK | 3/31/2016 | Wire transfer of approximately $18,000 from a Wells Fargo account of R.B., held in Panama City Beach, Florida, to a bank account at Comerica ending in 2663 of defendant IRO, dba "IRVA Auto Sales & Equip Broker LLC," held in Carson, California ("Comerica 2663 Account") |
| 10 | IRO, ODIONYENMA, and AWAK | 4/4/2016 | Wire transfer of approximately $39,000 from a Wells Fargo account of R.B., held in Panama City Beach, Florida, to the Comerica 2663 Account |
| 11 | IRO, ODIONYENMA, and AWAK | 4/7/2016 | Wire transfer of approximately $30,000 from a Wells Fargo account of R.B., held in Panama City Beach, Florida, to a Wells Fargo account ending in 7410 |
| | | | Scheme as to Victim F.K. | |
| 12 | IGBOKWE, MANSBANGURA, and ANUNOBI | 5/30/2016 | Wire transfer of approximately $6,824 from a bank account in Japan to a Chase account ending in 1577 of UICC 2, held in Los Angeles, California |
| 13 | IGBOKWE, MANSBANGURA, and ANUNOBI | 7/13/2016 | Wire transfer of approximately $33,128.26 from a bank account in Japan to a Chase account ending in 0655 of UICC 1 |
| | | | Scheme as to Victim J.G. | |
| 14 | IGBOKWE and MANSBANGURA | 10/26/2016 | Wire transfer of approximately $30,000 from a Heritage Bank of Nevada account to a US Bank account ending in 2669 of UICC 1, held in Los Angeles, California |
| | | | Scheme as to Victim Company 3 | |
| 15 | IGBOKWE and MANSBANGURA | 12/19/2016 | Wire transfer of approximately $18,457.13 from Chase account of Victim Company 3, held in Oklahoma, to a US Bank account ending in 2982 of UICC 2, held in Los Angeles, California |

| | | | |
|---|---|---|---|
| Scheme as to Victim B.Z. | | | |
| 16 | IGBOKWE, MANSBANGURA, and ONUWA | 3/16/2017 | Wire transfer of approximately $11,900 from a Chemical Bank account of B.Z., held in Michigan, to a Chase account ending in 7605 of UICC 1, in Los Angeles, California (the "Chase 7605 Account") |
| Scheme as to Victim Company 4 | | | |
| 17 | IGBOKWE, UMEJESI, and OJIMBA | 3/29/2017 | Wire transfer of approximately $29,679.17 from a Banco Bilbao Vizcaya Argentaria, S.A. account of Victim Company 4, held in Colombia, to a Wells Fargo account ending in 7245 of UICC 9, held in Whittier, California |
| Scheme as to Victim A.V. | | | |
| 18 | IGBOKWE, CHILAKA, and MANSBANGURA | 4/11/2017 | Wire transfer of approximately $8,035 from a Capital One account of A.V., held in Maryland, to a Wells Fargo account ending in 1147 of UICC 24, in Los Angeles, California |
| 19 | IGBOKWE, CHILAKA, and MANSBANGURA | 4/27/2017 | Wire transfer of approximately $2,700 from a Capital One account of A.V., held in Maryland, to a Chase account ending in 5027 of UICC 1, which account was held in Los Angeles, California (the "Chase 5027 Account") |
| 20 | IGBOKWE, CHILAKA, and MANSBANGURA | 5/1/2017 | Wire transfer of approximately $3,360 from a Capital One account of A.V., held in Maryland, to the Chase 5027 Account |
| Scheme as to Victims Je.F. and Jo.F. | | | |
| 21 | IRO, EKECHUKWU, AZUBUIKE, and ANOZIE | 4/17/2017 | Wire transfer of approximately $135,800 from a BMO Harris Bank account of Je.F. and Jo.F., held in Illinois, to a Chase account ending in 6217 of UICC 24, held in Hawthorne, California |

| Scheme as to Victim Company 6 | | | |
|---|---|---|---|
| 22 | IRO, CATHEY, and NNAMDI | 4/10/2017 | Message from defendant NNAMDI requesting that defendant IRO open a bank account in the name of a Chinese company ("Chinese Company 1"), related to an approximately $900,000 wire transfer to be fraudulently-obtained from Victim Company 6 |
| Scheme as to Victim Company 7 | | | |
| 23 | IRO and ANOZIE | 4/21/2017 | Wire transfer of approximately $23,789 from a BOA account of Victim Company 7, held in North Carolina, to a Chase checking account ending in 7866 of UICC 25, held in Carson, California |
| Scheme as to Victim D.J. | | | |
| 24 | IGBOKWE, ODIONYENMA, MANSBANGURA, and P. DURU | 5/5/2017 | Photo of a deposit receipt sent by defendant ODIONYENMA to defendant IGBOKWE, from the deposit of a money order of approximately $25,600 from a Wells Fargo branch in Minnesota, by D.J., into a Wells Fargo account ending in 4899 of defendant P. DURU |
| Scheme as to Victim L.B. | | | |
| 25 | IRO, AWAK, and IGBOKWE | 5/9/2017 | Wire transfer of approximately $3,000 from a Wells Fargo account of L.B., held in Alabama, to a BOA account ending in 2660 of defendant IGBOKWE, held in Los Angeles, California |
| Scheme as to Victim Company 9 | | | |
| 26 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/10/2017 | Wire transfer of approximately $220,462.68 from a First Caribbean International Bank account of Victim Company 9, held in St. Vincent, to a BOA account ending in 1004 of UICC 11, held in Northridge, California |

| | | Scheme as to Victim Law Firm | | |
|---|---|---|---|---|
| 27 | IRO, IGBOKWE, CATHEY, and OCHIAGHA | 5/11/2017 | Wire transfer of approximately $83,140.98 from a SunTrust account of the Victim Law Firm, held in North Carolina, to a Chase account ending in 5899, held in Los Angeles, California | |
| | | Scheme as to Victim D.V. | | |
| 28 | IGBOKWE and MANSBANGURA | 5/13/2017 | Payment of approximately $500 by D.V. via Western Union to the account of UICC 1, in Los Angeles, California | |
| 29 | IGBOKWE and MANSBANGURA | 5/15/2017 | Payment of approximately $500 by D.V. via Western Union to the account of UICC 1, in Los Angeles, California | |
| | | Scheme as to Victim Company 10 | | |
| 30 | IRO, IGBOKWE, CATHEY, and OCHIAGHA | 5/17/2017 | Wire transfer of approximately $301,201.20 from a China Merchants Bank account of Victim Company 10, held in China, to a Chase account ending in 7262 of UICC 12, held in Inglewood, California | |
| | | Scheme as to Victim T.P. | | |
| 31 | IRO, CATHEY, NNAMDI, and OGUNGBE | 6/5/2017 | Wire transfer of approximately $64,554 from a HSBC bank account used by T.P., held in Hong Kong, to a Chase account ending in 7522, held in Los Angeles, California | |
| | | Scheme as to Victim Company 11 | | |
| 32 | IRO, IKOGHO, UMEJESI, CATHEY, EROHA, and XPLORA G | 6/13/2017 | Wire transfer of approximately $297,617.11 from an Arab Bank PLC account of Victim Company 11, held in Lebanon, to a BOA account ending in 4180, of UICC 12, held in Inglewood, California | |
| 33 | IRO, IKOGHO, UMEJESI, CATHEY, EROHA, and XPLORA G | 6/22/2017 | Wire transfer of approximately $297,617.11 from an Arab Bank PLC account of Victim Company 11, held in Lebanon, to a Wells Fargo account ending in 7984 of UICC 13, held in Inglewood, California | |

| | | | Scheme as to Victim B.P. |
|---|---|---|---|
| 34 | IGBOKWE, MANSBANGURA, and AGUNWA | 6/23/2017 | Wire transfer of approximately $750 from a First Hawaiian Bank account of B.P., held in Hawaii, to the Chase 7605 Account |
| 35 | IGBOKWE, MANSBANGURA, and AGUNWA | 6/27/2017 | Wire transfer of approximately $1,500 from a First Hawaiian Bank account of B.P., held in Hawaii, to the Chase 7605 Account |
| 36 | IGBOKWE, MANSBANGURA, and AGUNWA | 7/13/2017 | Wire transfer of approximately $2,550 from a First Hawaiian Bank account of B.P., held in Hawaii, to the Chase 7605 Account |
| | | | Scheme as to Victim Solicitor Firm |
| 37 | IRO, IGBOKWE, IKOGHO, CATHEY, and OCHIAGHA | 6/22/2017 | Wire transfer of approximately $199,960 from a Lloyds Bank account of Victim Solicitor Firm, held in the United Kingdom, to a Chase account ending in 7633 of UICC 14, held in Culver City, California |
| | | | Scheme as to Victim Company 12 |
| 38 | IRO, CATHEY, and XPLORA G | 5/30/2017 | Account information, including the account number and routing number, for a Chase account ending in 6679 sent by defendant IRO to defendant XPLORA G |
| | | | Scheme as to Victim D.A. |
| 39 | IGBOKWE, MANSBANGURA, and NWANGWU | 6/16/2017 | Wire transfer of approximately $500 from a Capital City Bank account of a Kansas company, held in Kansas, to the Chase 5027 Account |
| | | | Scheme as to Victim M.G. |
| 40 | IRO, IGBOKWE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/6/2017 | Wire transfer of approximately $11,000 from an HSBC account of M.G., held in Mexico, to a BOA account ending in 3563 of defendant EROHA, held in Inglewood, California (the "BOA 3563 Account") |
| 41 | IRO, IGBOKWE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/17/2017 | Wire transfer of approximately $5,000 from an HSBC account of M.G., held in Mexico, to the BOA 3563 Account |

| 42 | IRO, IGBOKWE, AJAEZE, and MACWILLIAM CHUKWUOCHA | 12/15/2017 | Wire transfer of approximately $5,500 from an HSBC account of M.G., held in Mexico, to a BOA account ending in 3349 of defendant AJAEZE in Harbor City, California (the "BOA 3349 Account") |
|---|---|---|---|
| 43 | IRO, IGBOKWE, AJAEZE, and MACWILLIAM CHUKWUOCHA | 12/22/2017 | Wire transfer of approximately $2,000 from an HSBC account of M.G., held in Mexico, to the BOA 3349 Account |
| 44 | IRO, IGBOKWE, AJAEZE, and MACWILLIAM CHUKWUOCHA | 5/2/2018 | Wire transfer of approximately $11,000 from an HSBC account of M.G., held in Mexico, to a US Bank account ending in 2910 of defendant AJAEZE, held in Inglewood, California |
| Scheme as to Victim Company 13 | | | |
| 45 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/3/2017 | Wire transfer of approximately $382,295 from an Abu Dhabi Commercial Bank of Victim Company 13, held in Dubai, to a Chase account ending in 5092 of UICC 16, held in Hawthorne, California (the "Chase 5092 Account") |
| Scheme as to Victim Company 14 | | | |
| 46 | IRO and AJAEZE | 1/18/2018 | Wire transfer of approximately $76,688.99 from Commerzbank AG account of Victim Company 14, held in Germany, to a Chase account ending in 0038 of defendant AJAEZE, held in Carson, California (the "Chase 0038 Account") |
| 47 | IRO and AJAEZE | 1/30/2018 | Wire transfer of approximately $39,004.47 from Commerzbank AG account of Victim Company 14, held in Germany, to the Chase 0038 Account |
| Scheme as to Victim Company 15 | | | |
| 48 | IRO, IKOGHO, and AJAEZE | 2/14/2018 | Wire transfer of approximately $886,950 from a PT Bank Mandiri Tbk account, held in Indonesia, to the Chase 0038 Account |

| Scheme as to Victim Company 16 | | | |
|---|---|---|---|
| 49 | IRO and AJAEZE | 2/15/2018 | Wire transfer of approximately $1,750,000 from a National Westminster Bank PLC account, held in the United Kingdom, to a Wells Fargo account ending in 1849 of defendant AJAEZE, held in Carson, California |

COUNTS FIFTY AND FIFTY-ONE

[18 U.S.C. §§ 1344(2); 2(a)]

[DEFENDANTS IRO, IGBOKWE, AND MANSBANGURA]

32.   The Grand Jury re-alleges and incorporates paragraphs 1, 2, and 13 of the Introductory Allegations of this Indictment here.

A.   THE SCHEME TO DEFRAUD

33.   Beginning on an unknown date, but no later than on or about February 17, 2017, and continuing through on or about June 21, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants IRO, IGBOKWE, and MANSBANGURA, together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and with intent to defraud, executed, and attempted to execute a scheme to obtain moneys, funds, credits, assets, and other property owned by and under the custody and control of Wells Fargo by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

34.   The fraudulent scheme operated, in substance, in the following manner:

a.   Defendant IRO would instruct defendant IGBOKWE to have defendant MANSBANGURA and UICC 1 open a bank account in the name of Victim Company 5.

b.   Defendant IGBOKWE would relay to defendant MANSBANGURA defendant IRO's request to open a bank account in the name of Victim Company 5.

c.   Defendant MANSBANGURA would cause to be filed with the Los Angeles County Registrar-Recorder/County Clerk's Office a Fictitious Business Name Statement similar to the name of Victim Company 5.

1        d.    Defendant MANSBANGURA would cause to be opened a bank

2 account in the name of UICC 1, with the business name of the bank

3 account similar to that of Victim Company 5.

4        e.    Defendant MANSBANGURA would provide the bank account

5 information, including the name of UICC 1, the account number, and

6 the routing number, to defendant IGBOKWE who, in turn, would provide

7 it to defendant IRO.

8        f.    Unknown coconspirators would send or cause to be sent

9 to Wells Fargo a forged and fraudulent request purporting to be from

10 Victim Company 5, requesting that Wells Fargo close the bank account

11 of Victim Company 5 held at Wells Fargo and transfer the balance of

12 the account to the bank account opened in the name of UICC 1.

13 B.   EXECUTION OF THE FRAUDULENT SCHEME

14    35.  On or about the following dates, in Los Angeles County,

15 within the Central District of California, and elsewhere, defendants

16 IRO, IGBOKWE, and MANSBANGURA, together with others known and unknown

17 to the Grand Jury, each aiding and abetting the other, committed the

18 following acts, each of which constituted an execution of the

19 fraudulent scheme:

| COUNT | DATE | ACT |
|-------|------|-----|
| 50 | 3/29/17 | An unknown coconspirator caused to be sent to Wells Fargo a forged and fraudulent request purporting to be from Victim Company 5, requesting that Victim Company 5's account at Wells Fargo be closed and that the balance, which was approximately $17,300,844.58 at the time, be transferred to a Chase account ending in 5027 of UICC 1, which defendants IRO, IGBOKWE, and MANSBANGURA caused to be opened and which account was held in Los Angeles, California (the "Chase 5027 Account") |

| 51 | 6/3/2017 | An unknown coconspirator caused to be sent to Wells Fargo a forged and fraudulent request purporting to be from Victim Company 5, requesting that Victim Company 5's account at Wells Fargo be closed and that the balance, which was approximately $12,760,922.93 at the time, be transferred to the Chase 5027 Account, which defendants IRO, IGBOKWE, and MANSBANGURA caused to be opened |

COUNTS FIFTY-TWO THROUGH ONE HUNDRED TWENTY-THREE

[18 U.S.C. §§ 1956(a)(1)(B)(i); 2(a)]

[DEFENDANTS IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, OCHIAGHA, OGBONNA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, SAM MAL, ONUWA, AND ANOZIE]

36.   The Grand Jury re-alleges and incorporates paragraphs 1 through 16 of the Introductory Allegations of this Indictment here.

37.   On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, the following defendants and others known and unknown to the Grand Jury, each aiding and abetting the other, conducted and attempted to conduct the financial transactions described below affecting interstate and foreign commerce, knowing that the property involved represented the proceeds of some form of unlawful activity, and which transactions, in fact, involved the proceeds of specified unlawful activity, namely, wire fraud, in violation of Title 18, United States Code, Section 1343; and mail fraud, in violation of Title 18, United States Code, Section 1341; and bank fraud, in violation of Title 18, United States Code, Section 1344(2), and knowing that each of the transactions was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of such proceeds:

| COUNT | DEFENDANT(S) | DATE | TRANSACTION |
|---|---|---|---|
| 52 | IRO and OGBONNA | 9/4/2015 | Withdrawal of approximately $14,000 from the Chase checking account ending in 9837 of defendant IRO, doing business as ("dba") "VOI Enterprises," held in Carson, California (the "Chase 9837 Account") |
| 53 | IRO and OGBONNA | 9/8/2015 | Withdrawal of approximately $8,000 from the Chase 9837 Account |

| 54 | IRO and OGBONNA | 9/10/2015 | Withdrawal of approximately $30,000 from the Chase 9837 Account |
| 55 | IRO and OGBONNA | 9/10/2015 | Withdrawal of approximately $9,000 from the Chase 9837 Account |
| 56 | IRO and OGBONNA | 9/17/2015 | Withdrawal of approximately $10,000 from the Chase 9837 Account |
| 57 | IRO and OGBONNA | 9/17/2015 | Withdrawal of approximately $20,000 from the Chase 9837 Account |
| 58 | IRO and OGBONNA | 9/17/2015 | Withdrawal of approximately $5,000 from the Chase 9837 Account |
| 59 | IRO | 2/12/2016 | Transfer of approximately $188,600 from the Chase 9837 Account to a Chase savings account ending in 0820 of defendant IRO, dba VOI Enterprises, held in Carson, California ("Chase 0820 Account") |
| 60 | IRO | 2/12/2016 | Transfer of approximately $161,700 from the Chase 0820 Account to the Chase 9837 Account |
| 61 | IRO | 2/16/2016 | Wire transfer of approximately $132,950 from the Chase 9837 Account to a Wells Fargo account ending in 6061 of defendant IRO, dba "Irva Auto Sales & Equip Broker LLC," held in Carson, California ("Wells Fargo 6061 Account") |
| 62 | IRO | 2/16/2016 | Wire transfer of approximately $28,670 from the Chase 9837 Account to the bank account ending in 3107 of UICC 7 at CalCom FCU, held in Torrance, California ("CalCom 3107 Account") |
| 63 | IRO | 2/16/2016 | Wire transfer of approximately $27,500 from the CalCom 3107 Account to the Wells Fargo 6061 Account |
| 64 | IRO | 2/16/2016 | Wire transfer of approximately $50,000 from the Wells Fargo 6061 Account to a BOA account ending in 1824 |
| 65 | IRO | 2/16/2016 | Withdrawal of approximately $50,000 from the Wells Fargo 6061 Account |
| 66 | IRO | 2/18/2016 | Wire transfer of approximately $30,500 from the Wells Fargo 6061 Account to a Chase account ending in 1279 of UICC 8 |
| 67 | IGBOKWE and MANSBANGURA | 10/28/2016 | Withdrawal of approximately $5,500 from a US Bank account ending in 2669 of UICC 1, held in Los Angeles, California (the "US Bank 2669 Account"), through check addressed to defendant MANSBANGURA |
| 68 | IGBOKWE and MANSBANGURA | 10/28/2016 | Withdrawal of approximately $8,845 from the US Bank 2669 Account, through check addressed to UICC 2 |

| 69 | IGBOKWE and MANSBANGURA | 10/31/2016 | Withdrawal of approximately $7,580 from the US Bank 2669 Account, through check addressed to UICC 2 |
| 70 | IGBOKWE and MANSBANGURA | 11/1/2016 | Withdrawal of approximately $7,500 from the US Bank 2669 Account, through check addressed to defendant MANSBANGURA |
| 71 | IGBOKWE and MANSBANGURA | 12/20/2016 | Withdrawal of approximately $8,500 from a US Bank account ending in 2982 of UICC 2, held in Los Angeles, California ("US Bank 2982 Account") |
| 72 | IGBOKWE, MANSBANGURA, and ONUWA | 3/16/2017 | Withdrawal of approximately $4,000 from a Chase account ending in 7605 of UICC 1, in Los Angeles, California (the "Chase 7605 Account"), through a check for "Rent" |
| 73 | IGBOKWE, UMEJESI, and OJIMBA | 3/31/2017 | Withdrawal of approximately $11,160 from a Wells Fargo account ending in 7245 of UICC 9, held in Whittier, California (the "Wells Fargo 7245 Account"), through a check addressed to defendant UMEJESI |
| 74 | IGBOKWE, UMEJESI, and OJIMBA | 3/31/2017 | Withdrawal of approximately $16,520 from the Wells Fargo 7245 Account, through a check addressed to defendant OJIMBA |
| 75 | IRO and ANOZIE | 4/21/2017 | Transfer of approximately $2,700 from a Chase checking account ending in 7866 of UICC 25, held in Carson, California (the "Chase 7866 Account") to a Chase savings account ending in 9927 of UICC 25, held in Carson, California (the "Chase 9927 Account") |
| 76 | IRO and ANOZIE | 4/24/2017 | Wire transfer of approximately $18,598 from the Chase 7866 Account to a SunTrust account of "B&B Motors of Tampa Bay Inc." |
| 77 | IRO and ANOZIE | 4/24/2017 | Withdrawal of approximately $500 from the Chase 7866 Account |
| 78 | IRO and ANOZIE | 4/25/2017 | Wire transfer of approximately $1,450 from the Chase 7866 Account to a U.S. Bank account ending in 0953 |
| 79 | IRO, IGBOKWE and AWAK | 6/7/2017 | Payment of approximately $1,225 from a BOA account ending in 2660 of defendant IGBOKWE, held in Los Angeles, California (the "BOA 2660 Account") to U.S. Citizenship and Immigration services for defendant IGBOKWE's application for lawful permanent residence |

| 80 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/11/2017 | Wire transfer of approximately $60,000 from a BOA account ending in 1004 of UICC 11, held in Northridge, California (the "BOA 1004 Account") to a BOA account ending in 5283, held in Paramount, California (the "BOA 5283 Account") |
|----|----|----|----|
| 81 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/12/2017 | Wire transfer of approximately $75,500 from the BOA 1004 Account to a BOA account ending in 9405, held in Bellingham, Massachusetts (the "BOA 9405 Account") |
| 82 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/15/2017 | Withdrawal of a cashier's check of approximately $21,000, addressed to defendant UMEJESI, from the BOA 1004 Account |
| 83 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/15/2017 | Purchase of a cashier's check of approximately $9,500, addressed to defendant IGBOKWE, from the BOA 1004 Account |
| 84 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/15/2017 | Wire transfer of approximately $30,000 from the BOA 1004 Account to the BOA 9405 Account |
| 85 | IGBOKWE and MANSBANGURA | 5/15/2017 | Withdrawal of approximately $500 from the Western Union account of UICC 1, in Los Angeles, California |
| 86 | IGBOKWE and MANSBANGURA | 5/15/2017 | Withdrawal of approximately $500 from the Western Union account of UICC 1, in Los Angeles, California |
| 87 | IRO, OGUNGBE, CATHEY, and NNAMDI | 6/6/2017 | Withdrawal of approximately $8,500 from a Chase account ending in 7522, held in Los Angeles, California (the "Chase 7522 Account") |
| 88 | IRO, OGUNGBE, CATHEY, and NNAMDI | 6/7/2017 | Withdrawal of approximately $7,100 from the Chase 7522 Account |
| 89 | IRO, OGUNGBE, CATHEY, and NNAMDI | 6/7/2017 | Wire transfer of approximately $47,000 from the Chase 7522 Account to a Citibank account of a Hong Kong company |

| 90 | IRO, IGBOKWE, IKOGHO, CATHEY, and OCHIAGHA | 6/23/2017 | Withdrawal of approximately $43,750 from a Chase account ending in 7633 of UICC 14, held in Culver City, California ("Chase 7633 Account"), through check deposited to a Chase account ending in 6781 of UICC 15 in Los Angeles, California ("Chase 6781 Account") |
|----|--------------------------------------------|-----------|---|
| 91 | IRO, IGBOKWE, IKOGHO, CATHEY, and OCHIAGHA | 6/26/2017 | Withdrawal of approximately $9,150 from the Chase 7633 Account through a cashier's check |
| 92 | IRO, IGBOKWE, AJAEZE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/10/2017 | Wire transfer of approximately $6,000 from a BOA account ending in 3563 of defendant EROHA, held in Inglewood, California (the "BOA 3563 Account") to a Wells Fargo account ending in 5736 of defendant MACWILLIAM CHUKWUOCHA, held in Orlando, Florida (the "Wells Fargo 5736 Account") |
| 93 | IRO, IGBOKWE, AJAEZE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/11/2017 | Wire transfer of approximately $2,800 from the BOA 3563 Account to the Wells Fargo 5736 Account |
| 94 | IRO, IGBOKWE, AJAEZE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/17/2017 | Withdrawal of approximately $5,000 from the BOA 3563 Account |
| 95 | IRO, IGBOKWE, AJAEZE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/17/2017 | Deposit of approximately $4,150 to the Wells Fargo 5736 Account |
| 96 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/5/2017 | Withdrawal of approximately $47,606.40 from a Chase account ending in 5092 of UICC 16, held in Hawthorne, California (the "Chase 5092 Account") through a cashier's check |
| 97 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/5/2017 | Withdrawal of approximately $52,602 from the Chase 5092 Account through a cashier's check |

| 98 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/7/2017 | Withdrawal of approximately $65,965 from the Chase 5092 Account through a cashier's check |
|---|---|---|---|
| 99 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/8/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |
| 100 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/9/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |
| 101 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/10/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |
| 102 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/10/2017 | Wire transfer of approximately $60,000 from the Chase 5092 Account to the BOA 2660 Account |
| 103 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/15/2017 | Wire transfer of approximately $54,600 from the BOA 2660 Account to a Chase account ending in 9931 of OGUNGBE, dba "P and P Motors LLC," held in Santa Fe Springs, California. |
| 104 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/15/2017 | Deposit of a cashier's check of approximately $35,000, issued from Chase 5092 Account, into a Chase account ending in 5812 of UICC 16, held in Inglewood, California ("Chase 5812 Account") |

| 105 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/22/2017 | Deposit of a cashier's check of approximately $35,000, issued from the Chase 5092 Account, into the Chase 5812 Account |
|---|---|---|---|
| 106 | IRO and AJAEZE | 1/19/2018 | Wire transfer of approximately $27,455 from a Chase account ending in 0038 of defendant AJAEZE, held in Carson, California (the "Chase 0038 Account"), to a Wells Fargo account in the name "Cadon Auto Corporation" |
| 107 | IRO and AJAEZE | 1/19/2018 | Wire transfer of approximately $51,865 from the Chase 0038 Account to a Mashreqbank PSC account, held in the United Arab Emirates, in the name "Elite Auto Fze" |
| 108 | IRO and AJAEZE | 1/22/2018 | Withdrawal of approximately $500 from the Chase 0038 Account from an ATM in Los Angeles, California |
| 109 | IRO and AJAEZE | 1/23/2018 | Withdrawal of approximately $500 from the Chase 0038 Account from an ATM in Carson, California |
| 110 | IRO and AJAEZE | 1/30/2018 | Withdrawal of approximately $500 from the Chase 0038 Account from an ATM in Los Angeles, California |
| 111 | IRO and AJAEZE | 1/31/2018 | Wire transfer of approximately $19,000 from the Chase 0038 Account to a PNC Bank account of The George Washington University to pay the Spring 2018 tuition of a student |
| 112 | IRO and AJAEZE | 2/1/2018 | Purchase of a cashier's check of approximately $12,793 from the Chase 0038 Account |
| 113 | IRO and AJAEZE | 2/5/2018 | Withdrawal of approximately $2,000 from the Chase 0038 Account from a Chase bank branch in Carson, California |
| 114 | IRO and AJAEZE | 2/5/2018 | Withdrawal of approximately $500 from the Chase 0038 Account from an ATM in Carson, California |
| 115 | IRO, IKOGHO, and AJAEZE | 2/15/2018 | Wire transfer of approximately $84,985 from the Chase 0038 Account to a BOA account ending in 5903 |
| 116 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Wire transfer of approximately $189,000 from the Chase 0038 Account to a Compass Bank account ending in 3681 of defendant IKOGHO, held in Lynwood, California (the "Compass Bank 3681 Account") |
| 117 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Check of approximately $8,000 negotiated from the Compass Bank 3681 Account |

| 118 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Purchase of cashier's check of approximately $35,000 from the Compass Bank 3681 Account |
| 119 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Withdrawal of approximately $8,000 from the Chase 0038 Account from a Chase bank branch in Carson, California |
| 120 | IRO, IKOGHO, and AJAEZE | 2/17/2018 | Withdrawal of approximately $500 from the Chase 0038 Account from an ATM in Los Angeles, California |
| 121 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $200,000 from a Wells Fargo account ending in 1849 of defendant AJAEZE, held in Carson, California (the "Wells Fargo 1849 Account") to a Wells Fargo account ending in 7748 of defendant AJAEZE, held in Westchester, California (the "Wells Fargo 7748 Account") |
| 122 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $500,000 from the Wells Fargo 1849 Account to the Wells Fargo 7748 Account |
| 123 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $500,000 from the Wells Fargo 1849 Account to the Wells Fargo 7748 Account |

COUNTS ONE HUNDRED TWENTY-FOUR THROUGH ONE HUNDRED SIXTY

[18 U.S.C. §§ 1957; 2(a)]

[DEFENDANTS IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, AJAEZE,

EKECHUKWU, OCHIAGHA, OGBONNA, UZOKA, SAM MAL, AND ANOZIE]

38.   The Grand Jury re-alleges and incorporates paragraphs 1 through 16 of the Introductory Allegations of this Indictment here.

39.   On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, the following defendants and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly engaged in, attempted to engage in, and caused others to engage in and attempt to engage in the following monetary transactions, in and affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, by making the following transfers, such property having been derived from specified unlawful activity, namely, wire fraud, in violation of Title 18, United States Code, Section 1343, and bank fraud, in violation of Title 18, United States Code, Section 1344(2), knowing that the funds involved represented the proceeds of some form of unlawful activity:

| COUNT | DEFENDANT(S) | DATE | TRANSACTION |
|-------|--------------|------|-------------|
| 124 | IRO and OGBONNA | 9/4/2015 | Withdrawal of approximately $14,000 from the Chase checking account ending in 9837 of defendant IRO, doing business as ("dba") "VOI Enterprises," held in Carson, California (the "Chase 9837 Account") |
| 125 | IRO and OGBONNA | 9/10/2015 | Withdrawal of approximately $30,000 from the Chase 9837 Account |

| 126 | IRO | 2/12/2016 | Transfer of approximately $188,600 from the Chase 9837 Account to a Chase savings account ending in 0820 of defendant IRO, dba VOI Enterprises, held in Carson, California ("Chase 0820 Account") |
|---|---|---|---|
| 127 | IRO | 2/12/2016 | Transfer of approximately $161,700 from the Chase 0820 Account to the Chase 9837 Account |
| 128 | IRO | 2/16/2016 | Wire transfer of approximately $132,950 from the Chase 9837 Account to a Wells Fargo account ending in 6061 of defendant IRO, dba "Irva Auto Sales & Equip Broker LLC," held in Carson, California ("Wells Fargo 6061 Account") |
| 129 | IRO | 2/16/2016 | Wire transfer of approximately $28,670 from the Chase 9837 Account to the bank account ending in 3107 of UICC 7 at CalCom FCU, held in Torrance, California ("CalCom 3107 Account") |
| 130 | IRO | 2/16/2016 | Wire transfer of approximately $27,500 from the CalCom 3107 Account to the Wells Fargo 6061 Account |
| 131 | IRO | 2/16/2016 | Wire transfer of approximately $50,000 from the Wells Fargo 6061 Account to a BOA account ending in 1824 |
| 132 | IRO | 2/16/2016 | Withdrawal of approximately $50,000 from the Wells Fargo 6061 Account |
| 133 | IRO | 2/18/2016 | Wire transfer of approximately $30,500 from the Wells Fargo 6061 Account to a Chase account ending in 1279 of UICC 8 |
| 134 | IRO and ANOZIE | 4/24/2017 | Wire transfer of approximately $18,598 from the Chase 7866 Account to a SunTrust account of B&B Motors of Tampa Bay Inc. |
| 135 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/11/2017 | Wire transfer of approximately $60,000 from a BOA account ending in 1004 of UICC 11, held in Northridge, California (the "BOA 1004 Account") to a BOA account ending in 5283, held in Paramount, California |
| 136 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/12/2017 | Wire transfer of approximately $75,500 from the BOA 1004 Account to a BOA account ending in 9405, held in Bellingham, Massachusetts (the "BOA 9405 Account") |

| 137 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/15/2017 | Withdrawal of cashier's check of approximately $21,000, addressed to defendant UMEJESI, from the BOA 1004 Account |
|---|---|---|---|
| 138 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/15/2017 | Wire transfer of approximately $30,000 from the BOA 1004 Account to the BOA 9405 Account |
| 139 | IRO, OGUNGBE, CATHEY, and NNAMDI | 6/7/2017 | Wire transfer of approximately $47,000 from a Chase account ending in 7522, held in Los Angeles, California, to a Citibank account of a Hong Kong company |
| 140 | IRO, IGBOKWE, IKOGHO, CATHEY, and OCHIAGHA | 6/23/2017 | Withdrawal of approximately $43,750 from a Chase account ending in 7633 of UICC 14, held in Culver City, California, through check deposited to a Chase account ending in 6781 of UICC 15 in Los Angeles, California |
| 141 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/5/2017 | Withdrawal of approximately $47,606.40 from a Chase account ending in 5092 of UICC 16, held in Hawthorne, California (the "Chase 5092 Account") through a cashier's check |
| 142 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/5/2017 | Withdrawal of approximately $52,602 from the Chase 5092 Account through a cashier's check |
| 143 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/7/2017 | Withdrawal of approximately $65,965 from the Chase 5092 Account through a cashier's check |
| 144 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/8/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |

| 145 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/9/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |
| 146 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/10/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |
| 147 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/10/2017 | Wire transfer of approximately $60,000 from the Chase 5092 Account to the BOA 2660 Account |
| 148 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/15/2017 | Wire transfer of approximately $54,600 from the BOA 2660 Account to a Chase account ending in 9931 of OGUNGBE, dba "P and P Motors LLC," held in Santa Fe Springs, California. |
| 149 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/15/2017 | Deposit of a cashier's check of approximately $35,000, issued from Chase 5092 Account, into a Chase account ending in 5812 of UICC 16, held in Inglewood, California ("Chase 5812 Account") |
| 150 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/22/2017 | Deposit of a cashier's check of approximately $35,000, issued from the Chase 5092 Account, into the Chase 5812 Account |
| 151 | IRO and AJAEZE | 1/19/2018 | Wire transfer of approximately $27,455 from a Chase account ending in 0038 of defendant AJAEZE, held in Carson, California (the "Chase 0038 Account"), to a Wells Fargo account in the name "Cadon Auto Corporation" |
| 152 | IRO and AJAEZE | 1/19/2018 | Wire transfer of approximately $51,865 from the Chase 0038 Account to a Mashreqbank PSC account, held in the United Arab Emirates, in the name "Elite Auto Fze" |

| 153 | IRO and AJAEZE | 1/31/2018 | Wire transfer of approximately $19,000 from the Chase 0038 Account to a PNC Bank account of The George Washington University to pay the Spring 2018 tuition of a student |
|---|---|---|---|
| 154 | IRO and AJAEZE | 2/1/2018 | Purchase of cashier's check of approximately $12,793 from the Chase 0038 Account |
| 155 | IRO, IKOGHO, and AJAEZE | 2/15/2018 | Wire transfer of approximately $84,985 from the Chase 0038 Account to a BOA account ending in 5903 |
| 156 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Wire transfer of approximately $189,000 from the Chase 0038 Account to a Compass Bank account ending in 3681 of defendant IKOGHO, held in Lynwood, California (the "Compass Bank 3681 Account") |
| 157 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Purchase of a cashier's check of approximately $35,000 from the Compass Bank 3681 Account |
| 158 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $200,000 from a Wells Fargo account ending in 1849 of defendant AJAEZE, held in Carson, California (the "Wells Fargo 1849 Account") to a Wells Fargo account ending in 7748 of defendant AJAEZE, held in Westchester, California (the "Wells Fargo 7748 Account") |
| 159 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $500,000 from the Wells Fargo 1849 Account to the Wells Fargo 7748 Account |
| 160 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $500,000 from the Wells Fargo 1849 Account to the Wells Fargo 7748 Account |

COUNT ONE HUNDRED SIXTY-ONE

[18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]

[DEFENDANT IRO]

Beginning on a date unknown, and continuing at least until May 2, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant VALENTINE IRO, also known as ("aka") "Iro Enterprises," aka "Valentine Obinna Iro," aka "Obinna Iro," aka "Obinna Nassa," doing business as ("dba") V.O.I Enterprises LLC, dba IRVA Auto Sales and Equip Broker LLC ("IRO"), knowingly conducted, controlled, managed, supervised, directed, and owned an unlicensed money transmitting business affecting interstate and foreign commerce that (1) operated without an appropriate money transmitting license in California where such operation is punishable as a felony under state law; (2) failed to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and the regulations thereunder; and (3) involved the transportation and transmission of funds that were known to defendant IRO to have been derived from a criminal offense and were intended to be used to promote and support unlawful activity.

1

COUNT ONE HUNDRED SIXTY-TWO

2

[18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]

3

[DEFENDANTS IGBOKWE AND MANSBANGURA]

4

Beginning on a date unknown, and continuing at least until May

5 2, 2018, in Los Angeles County, within the Central District of

6 California, and elsewhere, defendants CHUKWUDI CHRISTOGUNUS IGBOKWE,

7 also known as ("aka") "Christogunus C. Igbokwe," aka "Chris Kudon,"

8 aka "Atete," aka "Still Kudon" ("IGBOKWE") and TITYAYE MARINA

9 MANSBANGURA, aka "Tityaye Igbokwe," aka "Marina Mansour," aka "Marina

10 Mansaray," aka "Marina Tityaye Mans Bangura" ("MANSBANGURA"), each

11 aiding and abetting the other, knowingly conducted, controlled,

12 managed, supervised, directed, and owned an unlicensed money

13 transmitting business affecting interstate and foreign commerce that

14 (1) operated without an appropriate money transmitting license in

15 California where such operation is punishable as a felony under state

16 law; (2) failed to comply with the money transmitting business

17 registration requirements under Section 5330 of Title 31, United

18 States Code, and the regulations thereunder; and (3) involved the

19 transportation and transmission of funds that were known to

20 defendants IGBOKWE and MANSBANGURA to have been derived from a

21 criminal offense and were intended to be used to promote and support

22 unlawful activity.

23

24

25

26

27

28

1
                <u>COUNT ONE HUNDRED SIXTY-THREE</u>

2
      [18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]

3
                    [DEFENDANT IKOGHO]

4
     Beginning on a date unknown, and continuing at least until

5
February 17, 2018, in Los Angeles County, within the Central District

6
of California, and elsewhere, defendant JERRY ELO IKOGHO, also known

7
as "J Man" ("IKOGHO"), knowingly conducted, controlled, managed,

8
supervised, directed, and owned an unlicensed money transmitting

9
business affecting interstate and foreign commerce that (1) operated

10
without an appropriate money transmitting license in California where

11
such operation is punishable as a felony under state law; (2) failed

12
to comply with the money transmitting business registration

13
requirements under Section 5330 of Title 31, United States Code, and

14
the regulations thereunder; and (3) involved the transportation and

15
transmission of funds that were known to defendant IKOGHO to have

16
been derived from a criminal offense and were intended to be used to

17
promote and support unlawful activity.

18

19

20

21

22

23

24

25

26

27

28

COUNT ONE HUNDRED SIXTY-FOUR

[18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]

[DEFENDANT UMEJESI]

Beginning on a date unknown, and continuing at least until 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant IZUCHUKWU KINGSLEY UMEJESI, also known as ("aka") "Kingsley Umejesi," aka "Armenian Man," aka "Kingsley LA," aka "Izuking Aka Aku" ("UMEJESI"), knowingly conducted, controlled, managed, supervised, directed, and owned an unlicensed money transmitting business affecting interstate and foreign commerce that (1) operated without an appropriate money transmitting license in California where such operation is punishable as a felony under state law; (2) failed to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and the regulations thereunder; and (3) involved the transportation and transmission of funds that were known to defendant UMEJESI to have been derived from a criminal offense and were intended to be used to promote and support unlawful activity.

1

<div align="center">COUNT ONE HUNDRED SIXTY-FIVE</div>

2

<div align="center">[18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]</div>

3

<div align="center">[DEFENDANT OGUNGBE]</div>

4

Beginning on a date unknown, and continuing at least until 2018,

5 in Los Angeles County, within the Central District of California, and

6 elsewhere, defendant ADEGOKE MOSES OGUNGBE, also known as ("aka") "P

7 & P Motors," aka "Pp," doing business as "P & P Motors LLC"

8 ("OGUNGBE"), knowingly conducted, controlled, managed, supervised,

9 directed, and owned an unlicensed money transmitting business

10 affecting interstate and foreign commerce that (1) operated without

11 an appropriate money transmitting license in California where such

12 operation is punishable as a felony under state law; (2) failed to

13 comply with the money transmitting business registration requirements

14 under Section 5330 of Title 31, United States Code, and the

15 regulations thereunder; and (3) involved the transportation and

16 transmission of funds that were known to defendant OGUNGBE to have

17 been derived from a criminal offense and were intended to be used to

18 promote and support unlawful activity.

19

20

21

22

23

24

25

26

27

28

1

## COUNT ONE HUNDRED SIXTY-SIX

2                [18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]

3                                [DEFENDANT MADEKWE]

4        Beginning on a date unknown, and continuing at least until

5    January 18, 2017, in Los Angeles County, within the Central District

6    of California, and elsewhere, defendant OBI ONYEDIKA MADEKWE, also

7    known as "Odu Investment" ("MADEKWE"), knowingly conducted,

8    controlled, managed, supervised, directed, and owned an unlicensed

9    money transmitting business affecting interstate and foreign commerce

10   that (1) operated without an appropriate money transmitting license

11   in California where such operation is punishable as a felony under

12   state law; (2) failed to comply with the money transmitting business

13   registration requirements under Section 5330 of Title 31, United

14   States Code, and the regulations thereunder; and (3) involved the

15   transportation and transmission of funds that were known to defendant

16   MADEKWE to have been derived from a criminal offense and were

17   intended to be used to promote and support unlawful activity.

18

19

20

21

22

23

24

25

26

27

28

<u>COUNT ONE HUNDRED SIXTY-SEVEN</u>

[18 U.S.C. § 2232(a)]

[DEFENDANT IRO]

On or about July 19, 2017, in Los Angeles County, within the Central District of California, prior to and during execution of a federal search warrant by special agents of the Federal Bureau of Investigation, defendant VALENTINE IRO, also known as ("aka") "Iro Enterprises," aka "Valentine Obinna Iro," aka "Obinna Iro," aka "Obinna Nassa," knowingly destroyed, damaged, wasted, disposed of, and transferred, and knowingly attempted to destroy, damage, waste, dispose of, and transfer, a Samsung phone, Model Number SM-G925F, with IMEI 359523064940172 and serial number R58G60161CA, for the purpose of preventing and impairing the government's lawful authority to take such property into its custody and control.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>COUNT ONE HUNDRED SIXTY-EIGHT</u>

[18 U.S.C. § 2232(a)]

[DEFENDANT IGBOKWE]

On or about July 19, 2017, in Los Angeles County, within the Central District of California, prior to and during execution of a federal search warrant by special agents of the Federal Bureau of Investigation, defendant CHUKWUDI CHRISTOGUNUS IGBOKWE, also known as ("aka") "Christogunus C. Igbokwe," aka "Chris Kudon," aka "Atete," aka "Still Kudon," knowingly destroyed, damaged, wasted, disposed of, and transferred, and knowingly attempted to destroy, damage, waste, dispose of, and transfer, a gold Apple iPhone 7, Model A1784, FCC ID: BCG-E3092A, with IMEI 359217079598600 and serial number F2LSM1HZHFYH, and a silver Samsung Galaxy Note 5, with IMEI 356000070040951 and serial number RF8GA2MXBZD, for the purpose of preventing and impairing the government's lawful authority to take such property into its custody and control.

## COUNT ONE HUNDRED SIXTY-NINE

[18 U.S.C. § 2232(a)]

[DEFENDANT EROHA]

On or about July 19, 2017, in Los Angeles County, within the Central District of California, prior to and during execution of a federal search warrant by special agents of the Federal Bureau of Investigation, defendant CHUKS EROHA, also known as ("aka") "Chuks Nassa Iro," aka "Nassa," aka "Prince Chuddy," aka "Nurse Chuddy," knowingly destroyed, damaged, wasted, disposed of, and transferred, and knowingly attempted to destroy, damage, waste, dispose of, and transfer, a black Apple iPhone 7 Plus, Model A1661, with IMEI 353818086081872 and serial number FCCSW9H3HFXW, for the purpose of preventing and impairing the government's lawful authority to take such property into its custody and control.

1

## COUNT ONE HUNDRED SEVENTY

2

[18 U.S.C. § 1001(a)(2)]

3

[DEFENDANT IRO]

4      On or about July 19, 2017, in Los Angeles County, within the

5 Central District of California, in a matter within the jurisdiction

6 of the executive branch of the government of the United States of

7 America, namely, an investigation by the Federal Bureau of

8 Investigation ("FBI") into the receipt and laundering of proceeds of

9 fraudulent schemes, defendant VALENTINE IRO, also known as ("aka")

10 "Iro Enterprises," aka "Valentine Obinna Iro," aka "Obinna Iro," aka

11 "Obinna Nassa" ("IRO"), knowingly and willfully made materially

12 false, fictitious, and fraudulent statements and representations.

13      Specifically, defendant IRO stated:  (1) that he had broken his

14 Samsung phone, Model Number SM-G925F, with IMEI 359523064940172 (the

15 "Samsung phone") on the morning of July 18, 2017 following a fight

16 with his wife, a day prior to the execution of federal search

17 warrants by special agents of the FBI at his apartment in Carson,

18 California; and (2) that his breaking of the Samsung phone was

19 unconnected to the FBI's execution of search warrants.

20      The statements were materially false, fictitious, and fraudulent

21 because, as defendant IRO then knew:  (1) the Samsung phone was

22 functioning and unbroken at the time that the FBI knocked on the door

23 of defendant IRO's apartment in Carson, California at approximately

24 6:00 a.m. on July 19, 2017; and (2) defendant IRO broke his Samsung

25 phone at approximately 6:01 a.m. on or about July 19, 2017 after the

26 FBI knocked and announced its intention to execute search warrants.

27

28

<u>COUNTS ONE HUNDRED SEVENTY-ONE THROUGH TWO HUNDRED FORTY-NINE</u>

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[DEFENDANTS IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, P. DURU, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR, UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, AND IHEJIUREME]

The Grand Jury re-alleges and incorporates paragraphs 1 through 8 of the Introductory Allegations of this Indictment here.

Beginning on or before October 7, 2014, and continuing through at least May 2, 2018, in Los Angeles County, within the Central District of California, and elsewhere, the following defendants knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Wire Fraud, Bank Fraud, and Mail Fraud, as charged in Count Two:

| COUNT | DEFENDANT |
|-------|-----------|
| 171 | IRO |
| 172 | IGBOKWE |
| 173 | IKOGHO |
| 174 | UMEJESI |
| 175 | OGUNGBE |
| 176 | CATHEY |

| 177 | MANSBANGURA |
| 178 | AJAEZE |
| 179 | EKECHUKWU |
| 180 | EROHA |
| 181 | OJIMBA |
| 182 | XPLORA G |
| 183 | OCHIAGHA |
| 184 | N. DURU |
| 185 | OFORKA |
| 186 | MARK CHUKWUOCHA |
| 187 | NNAMDI |
| 188 | CHILAKA |
| 189 | OHAJIMKPO |
| 190 | UCHE |
| 191 | ODIONYENMA |
| 192 | OGBONNA |
| 193 | ONWUASOANYA |
| 194 | MACWILLIAM CHUKWUOCHA |
| 195 | UZOKA |
| 196 | AWAK |
| 197 | EGWUMBA |
| 198 | EZIRIM |
| 199 | OKAFOR |
| 200 | SAM MAL |
| 201 | MBA |
| 202 | IKEWESI |
| 203 | OGANDU |
| 204 | ANYANWU |
| 205 | AZUBUIKE |
| 206 | NWACHUKWU |
| 207 | IZUNWANNE |
| 208 | OSUJI |
| 209 | ONYEKA |
| 210 | ANUNOBI |
| 211 | OKOLO |
| 212 | ONUWA |
| 213 | ISAMADE |
| 214 | MADUFOR |
| 215 | NNEBEDUM |
| 216 | OKEREKE |
| 217 | ODIMARA |
| 218 | ONUDOROGU |
| 219 | NZENWAH |
| 220 | OBASI |
| 221 | AGUBE |
| 222 | OKORIE |
| 223 | OHIRI |
| 224 | UGWU |
| 225 | AGWUEGBO |
| 226 | CHUKWU |
| 227 | MEGWA |
| 228 | IWU |
| 229 | CHIKA |

134

| 230 | MEZIENWA |
|-----|----------|
| 231 | AGUH |
| 232 | ESHIMBU |
| 233 | ANOZIE |
| 234 | AGUNWA |
| 235 | G. DIKE |
| 236 | UKACHUKWU |
| 237 | OSMUND |
| 238 | NWANGWU |
| 239 | AJAH |
| 240 | EJIOFOR |
| 241 | UBASINEKE |
| 242 | IBETO |
| 243 | NWANEGWO |
| 244 | E. DIKE |
| 245 | EKI |
| 246 | IWUOHA |
| 247 | C. DURU |
| 248 | IHEJIUREME |
| 249 | MADEKWE |

1

## COUNT TWO HUNDRED FIFTY

2

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

3

[DEFENDANTS IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, AND UZOKA]

4 Beginning on or before April 24, 2017, and continuing through at

5 least May 16, 2017, in Los Angeles County, within the Central

6 District of California, and elsewhere, defendants VALENTINE IRO, also

7 known as ("aka") "Iro Enterprises," aka "Valentine Obinna Iro," aka

8 "Obinna Iro," aka "Obinna Nassa," CHUKWUDI CHRISTOGUNUS IGBOKWE, aka

9 "Christogunus C. Igbokwe," aka "Chris Kudon," aka "Atete," aka "Still

10 Kudon," JERRY ELO IKOGHO, aka "J Man," IZUCHUKWU KINGSLEY UMEJESI,

11 aka "Kingsley Umejesi," aka "Armenian Man," aka "Kingsley LA," aka

12 "Izuking Aka Aku," ADEGOKE MOSES OGUNGBE, aka "P & P Motors," aka

13 "Pp," and EMMANUEL ONYEKA UZOKA, aka "Emmanuel Mansion," aka

14 "Mansion," aka "Son of God," aka "Ezirim Uzoma," each aiding and

15 abetting the other, knowingly transferred, possessed, and used,

16 without lawful authority, a means of identification of another person

17 during and in relation to a felony violation of Title 18, United

18 States Code, Section 1343, Wire Fraud, as charged in Count 26.

19

20

21

22

23

24

25

26

27

28

1

## COUNT TWO HUNDRED FIFTY-ONE

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[DEFENDANTS IRO, CATHEY, AND NNAMDI]

Beginning on or before April 12, 2017, and continuing through at least April 24, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants VALENTINE IRO, also known as ("aka") "Iro Enterprises," aka "Valentine Obinna Iro," aka "Obinna Iro," aka "Obinna Nassa," ALBERT LEWIS CATHEY, aka "Alb," aka "Abert Jag," aka "Al," and AUGUSTINE NNAMDI, aka "Nnamdi Augustine," aka "Jazz," each aiding and abetting the other, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1343, Wire Fraud, as charged in Count 22.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>COUNT TWO HUNDRED FIFTY-TWO</u>

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[DEFENDANTS IGBOKWE, MANSBANGURA, ODIONYENMA, and P. DURU]

Beginning on or before January 19, 2017, and continuing through at least May 19, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants CHUKWUDI CHRISTOGUNUS IGBOKWE, also known as ("aka") "Christogunus C. Igbokwe," aka "Chris Kudon," aka "Atete," aka "Still Kudon," CHIKA AUGUSTINE ODIONYENMA, aka "Tony Augustin Odionyenma," aka "Chika Tony," aka "CTA Finance Source Intl," and TITYAYE MARINA MANSBANGURA, aka "Tityaye Igbokwe," aka "Marina Mansour," aka "Marina Mansaray," aka "Marina Tityaye Mans Bangura," each aiding and abetting the other, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1343, Wire Fraud, as charged in Count 24.

On or about the above dates and place, defendant PRINCEWILL ARINZE DURU, aka "Arnzi Prince Will," aka "Arinze," knowingly and intentionally aided, abetted, counseled, commanded, induced, and procured the commission of the offense alleged above.

## FORFEITURE ALLEGATION ONE

[18 U.S.C. § 982 and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), in the event of any Defendant's conviction of the offenses set forth in any of Counts One and Fifty-Two through One Hundred Sixty-Six of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

(a) Any property, real or personal, involved in such offense, and any property traceable to such property; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 18, United States Code, Section 982(b)(2), any defendant so convicted shall forfeit substitute property, if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty. Substitution of assets shall not be ordered, however, where the convicted defendant acted merely as an

intermediary who handled but did not retain the property in the course of the money laundering offense unless the defendant, in committing the offense or offenses giving rise to the forfeiture, conducted three or more separate transactions involving a total of $100,000.00 or more in any twelve-month period.

1                          FORFEITURE ALLEGATION TWO

2              [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

3        1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4   Procedure, notice is hereby given that the United States of America

5   will seek forfeiture as part of any sentence, pursuant to Title 18,

6   United States Code, Section 981(a)(1)(C) and Title 28, United States

7   Code, Section 2461(c), in the event of any Defendant's conviction of

8   the offenses set forth in any of Counts Two through Forty-Nine of

9   this Indictment.

10       2.    Any defendant so convicted shall forfeit to the United

11  States of America the following:

12            (a)   All right, title, and interest in any and all

13  property, real or personal, constituting, or derived from, any

14  proceeds traceable to the offense; and

15            (b)   To the extent such property is not available for

16  forfeiture, a sum of money equal to the total value of the property

17  described in subparagraph (a).

18       3.    Pursuant to Title 21, United States Code, Section 853(p),

19  as incorporated by Title 28, United States Code, Section 2461(c), the

20  defendant, if so convicted, shall forfeit substitute property, up to

21  the value of the property described in the preceding paragraph if, as

22  the result of any act or omission of said defendant, the property

23  described in the preceding paragraph or any portion thereof (a)

24  cannot be located upon the exercise of due diligence; (b) has been

25  transferred, sold to, or deposited with a third party; (c) has been

26  placed beyond the jurisdiction of the court; (d) has been

27  substantially diminished in value; or (e) has been commingled with

28  other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION THREE

[18 U.S.C. § 982]

1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(2), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts Fifty and Fifty-One of this Indictment.

2.   Any defendant so convicted shall forfeit to the United States of America the following:

        (a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and

        (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

1  in value; or (e) has been commingled with other property that cannot

2  be divided without difficulty.

FORFEITURE ALLEGATION FOUR

[18 U.S.C. §§ 982 and 1028 and 28 U.S.C. §2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 982 and 1028 and Title 28, United States Code, Section 2461(c) in the event of any defendant's conviction of the offenses set forth in any of Counts One Hundred Seventy-One through Two Hundred Fifty-Two of this Indictment.

2.   Any defendant so convicted shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense;

(b)  Any personal property used or intended to be used to commit the offense; and

(c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b) and 1028(g), any defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the

144

1  court; (d) has been substantially diminished in value; or (e) has

2  been commingled with other property that cannot be divided without

3  difficulty.

4                                          A TRUE BILL

5

6                                          /s/

7                                          Foreperson

8  NICOLA T. HANNA
   United States Attorney
9

10 PtR Tf

11 PATRICK R. FITZGERALD
   Assistant United States Attorney
12 Chief, National Security Division

13 RYAN WHITE
   Assistant United States Attorney
14 Chief, Cyber and Intellectual
      Property Crimes Section
15

16 ANIL J. ANTONY
   Assistant United States Attorney
17 Cyber and Intellectual Property
      Crimes Section

18

19

20

21

22

23

24

25

26

27

28