CC: USPO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALENTINE IRO (1),<br><br>　　　　Defendant. | Case No. CR 19-380-VAP-1<br><br>**ORDER CONTINUING SENTENCING OF DEFENDANT VALENTINE IRO** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties:

　　The sentencing hearing of defendant Valentine Iro is continued to April 25, 2022, at 9:00 am.

IT IS SO ORDERED

DATED: June 22, 2021

By _____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge